## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLGATE-PALMOLIVE COMPANY,    ) | |
|      Plaintiff,    ) | |
|      v.    ) | Civil Action No. |
| RANIR, L.L.C.    ) | |
|      Defendant.    ) | |

## COMPLAINT

Plaintiff Colgate-Palmolive Company, by and through its attorneys and for its Complaint against Ranir, L.L.C. states and alleges as follows:

### THE PARTIES

1.     Plaintiff Colgate-Palmolive Company is a corporation organized under the laws of the State of Delaware and has a principal place of business at 300 Park Avenue, New York, New York 10022.

2.     On information and belief, Defendant Ranir, L.L.C. ("Ranir") is a limited liability company organized and existing under the laws of the State of Delaware and has a principal place of business at 4701 East Paris Avenue, S.E., Grand Rapids, Michigan 49512.

### JURISDICTION AND VENUE

3.     This is an action for patent infringement under the Patent Act, 35 U.S.C. § 1 *et seq.*

4.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a).

5.      This Court may exercise personal jurisdiction over Ranir because Ranir has minimum contacts with this forum as a result of business regularly conducted within the State of Delaware and this judicial district.  Such jurisdiction exists generally as well as specifically as a result of, at least, Ranir placing its products that infringe Colgate's patents into the stream of commerce, with knowledge that the likely destination of these infringing products is within this judicial district.  Ranir's conduct and connections with this judicial district are and have been such that Ranir should reasonably have anticipated being brought into court in this judicial district.

6.      Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1400.

## FACTS COMMON TO ALL COUNTS

7.      For many years, Colgate has continuously engaged in the development, manufacture and sale of a wide variety of oral care products.  Among its many oral care products, Colgate develops, manufactures, and sells toothbrushes.

8.      Colgate has taken steps over the years to protect its innovative toothbrushes and toothbrush designs.  In particular, Colgate is and has been the sole owner of all right, title and interest to each of the seven (7) United States Design Patents identified in Table 1 below (the "Colgate Design Patents").  Each of the Colgate Design Patents was duly and legally issued to Colgate on the date indicated.  A copy of each of the Colgate Design Patents is attached as an exhibit to this Complaint as indicated in Table 1.

| TABLE 1: COLGATE DESIGN PATENTS | | |
|---|---|---|
| **United States Design Patent Number** | **Issue Date of Patent** | **Complaint Exhibit** |
| D513,882 (the '882 patent) | January 31, 2006 | A |
| D514,812 (the '4812 patent) | February 14, 2006 | B |
| D516,818 (the '818 patent) | March 14, 2006 | C |
| D516,819 (the '819 patent) | March 14, 2006 | D |
| D517,812 (the '7812 patent) | March 28, 2006 | E |
| D517,813 (the '813 patent) | March 28, 2006 | F |
| D520,753 (the '753 patent) | May 16, 2006 | G |

9.    On information and belief, Ranir is in the business of manufacturing or having manufactured, offering to sell, selling, and importing into the United States oral care products, including toothbrushes, in competition with major manufacturers, including Colgate.

10.    On information and belief, Ranir offers to sell and sells its toothbrushes to private label customers, including, among others, Rite Aid Corporation ("Rite Aid").

11.    On information and belief, Ranir has, without authority or license from Colgate, made, used, offered to sell, sold and/or imported into the United States toothbrushes having product designs that are covered by the Colgate Design Patents (the "Infringing Toothbrushes"). Upon information and belief, the Infringing Toothbrushes are intentionally designed to look like Colgate's 360° toothbrush. Exemplary Infringing Toothbrushes marketed, offered for sale, and/or otherwise placed in U.S. commerce by Ranir are the Rite Aid "Orbit" toothbrushes.

12.    Charts 1-7 compare exemplary figures from the Colgate Design Patents to images of an infringing Rite Aid "Orbit" toothbrush.



**Chart 1:  Comparison of COLGATE'S D513,882 Patent and the Infringing Rite Aid "Orbit" Toothbrush**

U.S. Patent No. Des. 513,882, Fig. 1

Image of Infringing
Rite Aid "Orbit" Toothbrush



**Chart 2: Comparison of COLGATE'S D513,882 Patent and the Infringing Rite Aid "Orbit" Toothbrush**

U.S. Patent No. Des. 514,812, Figs. 4 and 5

Image of Infringing Rite Aid "Orbit" Toothbrush



**Chart 3: Comparison of COLGATE'S D516,818 Patent and the Infringing Rite Aid "Orbit" Toothbrush**

U.S. Patent No. Des. 516,818, Figs. 4 and 5

Image of Infringing Rite Aid "Orbit" Toothbrush

| **Chart 4: Comparison of COLGATE'S D516,819 Patent and the Infringing Rite Aid "Orbit" Toothbrush** ||
|---|---|
|  |  |
| U.S. Patent No. Des. 516,819, excerpt from Fig. 4 | Image of Infringing Rite Aid "Orbit" Toothbrush |

| **Chart 5: Comparison of COLGATE'S D517,812 Patent and the Infringing Rite Aid "Orbit" Toothbrush** ||
|---|---|
|  |  |
| U.S. Patent No. Des. 517,812, Figs. 3, 4, and 5 | Image of Infringing Rite Aid "Orbit" Toothbrush |

**Chart 6:  Comparison of COLGATE'S D517,813 Patent and the Infringing Rite Aid "Orbit" Toothbrush**



| U.S. Patent No. Des. 517,813, Figs. 4 and 5 | Image of Infringing Rite Aid "Orbit" Toothbrush |

**Chart 7:  Comparison of COLGATE'S D520,753 Patent and the Infringing Rite Aid "Orbit" Toothbrush**



| U.S. Patent No. Des. 520,753, Fig. 6 | Image of Infringing Rite Aid "Orbit" Toothbrush |

## COUNT I
## INFRINGEMENT OF THE '882 PATENT

13.     As a cause of action and ground for relief, Colgate alleges design patent infringement under 35 U.S.C. §§ 271 and 281, and incorporates herein by reference the allegations set forth in Paragraphs 1-12 of this Complaint.

14.     On information and belief, Ranir has been and still is making, using, offering to sell, selling and/or importing into the United States toothbrushes that infringe the '882 patent in violation of 35 U.S.C. § 271(a).

15.     On information and belief, Ranir has been and still is actively inducing others to infringe the '882 in violation of 35 U.S.C. § 271(b).

16.     On information and belief, Ranir's infringement has been intentional and willful, making this an exceptional case.

17.     By reason of Ranir's infringement, Colgate has been irreparably harmed, and unless and until Ranir is enjoined by this Court, Colgate will continue to suffer irreparable damage and injury for which it has no adequate remedy at law.

## COUNT II
## INFRINGEMENT OF THE '4812 PATENT

18.     As a cause of action and ground for relief, Colgate alleges design patent infringement under 35 U.S.C. §§ 271 and 281, and incorporates herein by reference the allegations set forth in Paragraphs 1-12 of this Complaint.

19.     On information and belief, Ranir has been and still is making, using, offering to sell, selling and/or importing into the United States toothbrushes that infringe the '4812 patent in violation of 35 U.S.C. § 271(a).

20.    On information and belief, Ranir has been and still is actively inducing others to infringe the '4812 patent in violation of 35 U.S.C. § 271(b).

21.    On information and belief, Ranir's infringement has been intentional and willful, making this an exceptional case.

22.    By reason of Ranir's infringement, Colgate has been irreparably harmed, and unless and until Ranir is enjoined by this Court, Colgate will continue to suffer irreparable damage and injury for which it has no adequate remedy at law.

## COUNT III
## INFRINGEMENT OF THE '818 PATENT

23.    As a cause of action and ground for relief, Colgate alleges design patent infringement under 35 U.S.C. §§ 271 and 281, and incorporates herein by reference the allegations set forth in Paragraphs 1-12 of this Complaint.

24.    On information and belief, Ranir has been and still is making, using, offering to sell, selling and/or importing into the United States toothbrushes that infringe the '818 patent in violation of 35 U.S.C. § 271(a).

25.    On information and belief, Ranir has been and still is actively inducing others to infringe the '818 patent in violation of 35 U.S.C. § 271(b).

26.    On information and belief, Ranir's infringement has been intentional and willful, making this an exceptional case.

27.    By reason of Ranir's infringement, Colgate has been irreparably harmed, and unless and until Ranir is enjoined by this Court, Colgate will continue to suffer irreparable damage and injury for which it has no adequate remedy at law.

## COUNT IV
## INFRINGEMENT OF THE '819 PATENT

28.     As a cause of action and ground for relief, Colgate alleges design patent infringement under 35 U.S.C. §§ 271 and 281, and incorporates herein by reference the allegations set forth in Paragraphs 1-12 of this Complaint.

29.     On information and belief, Ranir has been and still is making, using, offering to sell, selling and/or importing into the United States toothbrushes that infringe the '819 patent in violation of 35 U.S.C. § 271(a).

30.     On information and belief, Ranir has been and still is actively inducing others to infringe the '819 patent in violation of 35 U.S.C. § 271(b).

31.     On information and belief, Ranir's infringement has been intentional and willful, making this an exceptional case.

32.     By reason of Ranir's infringement, Colgate has been irreparably harmed, and unless and until Ranir is enjoined by this Court, Colgate will continue to suffer irreparable damage and injury for which it has no adequate remedy at law.

## COUNT V
## INFRINGEMENT OF THE '7812 PATENT

33.     As a cause of action and ground for relief, Colgate alleges design patent infringement under 35 U.S.C. §§ 271 and 281, and incorporates herein by reference the allegations set forth in Paragraphs 1-12 of this Complaint.

34.     On information and belief, Ranir has been and still is making, using, offering to sell, selling and/or importing into the United States toothbrushes that infringe the '7812 patent in violation of 35 U.S.C. § 271(a).

35.     On information and belief, Ranir has been and still is actively inducing others to infringe the '7812 patent in violation of 35 U.S.C. § 271(b).

36.     On information and belief, Ranir's infringement has been intentional and willful, making this an exceptional case.

37.     By reason of Ranir's infringement, Colgate has been irreparably harmed, and unless and until Ranir is enjoined by this Court, Colgate will continue to suffer irreparable damage and injury for which it has no adequate remedy at law.

### COUNT VI
### INFRINGEMENT OF THE '813 PATENT

38.     As a cause of action and ground for relief, Colgate alleges design patent infringement under 35 U.S.C. §§ 271 and 281, and incorporates herein by reference the allegations set forth in Paragraphs 1-12 of this Complaint.

39.     On information and belief, Ranir has been and still is making, using, offering to sell, selling and/or importing into the United States toothbrushes that infringe the '813 patent in violation of 35 U.S.C. § 271(a).

40.     On information and belief, Ranir has been and still is actively inducing others to infringe the '813 patent in violation of 35 U.S.C. § 271(b).

41.     On information and belief, Ranir's infringement has been intentional and willful, making this an exceptional case.

42.     By reason of Ranir's infringement, Colgate has been irreparably harmed, and unless and until Ranir is enjoined by this Court, Colgate will continue to suffer irreparable damage and injury for which it has no adequate remedy at law.

## COUNT VII
## INFRINGEMENT OF THE '753 PATENT

43.     As a cause of action and ground for relief, Colgate alleges design patent infringement under 35 U.S.C. §§ 271 and 281, and incorporates herein by reference the allegations set forth in Paragraphs 1-12 of this Complaint.

44.     On information and belief, Ranir has been and still is making, using, offering to sell, selling and/or importing into the United States toothbrushes that infringe the '753 patent in violation of 35 U.S.C. § 271(a).

45.     On information and belief, Ranir has been and still is actively inducing others to infringe the '753 patent in violation of 35 U.S.C. § 271(b).

46.     On information and belief, Ranir's infringement has been intentional and willful, making this an exceptional case.

47.     By reason of Ranir's infringement, Colgate has been irreparably harmed, and unless and until Ranir is enjoined by this Court, Colgate will continue to suffer irreparable damage and injury for which it has no adequate remedy at law.


## RELIEF REQUESTED

**WHEREFORE,** plaintiff Colgate respectfully requests the following relief:

A.     Judgment that Ranir has infringed and actively induced others to infringe the Colgate Design Patents;

B.     A permanent injunction enjoining Ranir, its officers, employees, agents, and all others acting in concert with it or participating with it from further infringement and/or inducement of infringement of the Colgate Design Patents;

C.       An award of damages adequate to compensate Colgate for Ranir's infringement of the Colgate Design Patents pursuant to 35 U.S.C. § 284, which shall be trebled as a result of Ranir's willful patent infringement, or an award of Ranir's profits from its infringements pursuant to 35 U.S.C. § 289, whichever is greater, together with prejudgment interest and costs;

D.       An assessment of costs, including reasonable attorney fees, pursuant to 35 U.S.C. § 285, with prejudgment interest; and

E.       Such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, Colgate demands a jury trial on all issues raised in this Complaint triable to a jury.

Dated: June 30, 2006

Francis DiGiovanni (#3189)
Stanley C. Macel, III (#492)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141

Robert F. Altherr, Jr.
Nina L. Medlock
Christopher B. Roth
Elizabeth Almeter
BANNER & WITCOFF, LTD.
1001 G Street, N.W.
Suite 1100
Washington, DC 20001
Phone (202) 824-3000

*Attorneys for Plaintiff Colgate-Palmolive Company*

474071_1

A



US00D513882S

(12) **United States Design Patent**   (10) Patent No.:     **US D513,882 S**

Hohlbein et al.   (45) Date of Patent:    ✱✱   ✱**Jan. 31, 2006**

(54) **TOOTHBRUSH**

(75) Inventors: **Douglas J. Hohlbein**, Pennington, NJ (US); **Luca Casini**, Milan (IT); **Jacob Pringiers**, Milan (IT)

(73) Assignee: **Colgate-Palmolive Company**, New York, NY (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/211,024**

(22) Filed: **Aug. 11, 2004**

**Related U.S. Application Data**

(63) Continuation of application No. 29/189,729, filed on Sep. 10, 2003.

(51) **LOC (8) Cl.** ...................................................... **04-02**
(52) **U.S. Cl.** ........................................................ **D4/104**
(58) **Field of Classification Search** .......... D4/104–112, D4/132, 134, 138; D24/146, 147; 15/105, 15/110, 111, 143.1, 167.1, 167.2, 207.2, DIG. 56; 16/430, 431; 132/308, 309, 311; 601/139, 601/141; 606/160, 161, 235

See application file for complete search history.

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,132,326 A | * | 3/1915 | Fouyer ...................... 15/167.1 |
| 1,588,785 A | | 6/1926 | Van Sant |
| 2,161,349 A | | 6/1939 | Hadden |
| 2,188,005 A | | 1/1940 | Casto |
| 2,262,982 A | * | 11/1941 | Wolcott ...................... 15/167.1 |
| D272,683 S | | 2/1984 | Stocchi |
| D273,635 S | | 5/1984 | Stocchi |
| 4,461,285 A | | 7/1984 | Courtin |
| 4,610,043 A | | 9/1986 | Vezjak |

| | | | |
|---|---|---|---|
| 5,120,225 A | | 6/1992 | Amit |
| D334,474 S | * | 4/1993 | Sauceda ...................... D4/104 |
| 5,242,235 A | | 9/1993 | Li |
| 5,340,808 S | | 11/1993 | Sherman et al. |
| D345,256 S | | 3/1994 | Khin |
| 5,305,489 A | | 4/1994 | Lage |
| 5,396,678 A | | 3/1995 | Bredall et al. |
| 5,398,369 A | | 3/1995 | Heinzelman et al. |
| D371,680 S | | 7/1996 | Juhlin et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| JP | 2000000118 A | * | 1/2000 | |
| JP | 2002191436 A | * | 7/2002 | |
| WO | WO 200117433 A1 | * | 3/2001 | |
| WO | WO 2004/026162 A2 | | 4/2004 | |
| WO | WO 2004/028235 A2 | | 4/2004 | |

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—Lavone D. Tabor
(74) *Attorney, Agent, or Firm*—Harris A. Wolin

(57)     **CLAIM**

The ornamental design for a toothbrush, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective front view of a toothbrush showing our new design;
FIG. 2 is a head end view thereof;
FIG. 3 is a handle end view thereof;
FIG. 4 is a right side view thereof;
FIG. 5 is a left side view thereof;
FIG. 6 is a bottom view thereof; and,
FIG. 7 is a top view thereof.
The broken line showing of the two generally-oval shaped regions on the handle including the unshaded areas therein, and the enclosed region and features on the back of the toothbrush head, is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



**US D513,882 S**
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,628,082 | A | 5/1997 | Moskovich |
| D386,905 | S | 12/1997 | Brady et al. |
| D391,769 | S | 3/1998 | Kling et al. |
| 5,735,011 | A | 4/1998 | Asher |
| 5,735,012 | A | 4/1998 | Heinzelman et al. |
| 5,735,864 | A | 4/1998 | Heisinger, Jr. |
| D412,064 | S | 7/1999 | Achepohl et al. |
| D413,728 | S | 9/1999 | Waguespack et al. |
| D416,685 | S | 11/1999 | Overthun |
| D418,979 | S | 1/2000 | Moskovich et al. |
| D418,981 | S | 1/2000 | Cheong et al. |
| D419,304 | S | 1/2000 | Moskovich et al. |
| D419,773 | S | 2/2000 | Beals et al. |
| D420,802 | S | 2/2000 | Cheong et al. |
| D420,804 | S | 2/2000 | Juhlin et al. |
| D421,841 | S | 3/2000 | Achepohl et al. |
| D427,437 | S | 7/2000 | Vonarburg |
| 6,108,869 | A | 8/2000 | Meessmann et al. |
| D437,486 | S | * 2/2001 | Francos ..................... D4/104 |
| D438,012 | S | * 2/2001 | Cheong et al. .............. D4/104 |
| D439,412 | S | 3/2001 | Volpenhein et al. |
| D440,767 | S | 4/2001 | Moskovich et al. |
| D448,174 | S | 9/2001 | Harris et al. |
| 6,298,516 | B1 | 10/2001 | Beals et al. |
| D450,457 | S | 11/2001 | Hohlbein |
| 6,311,358 | B1 | 11/2001 | Soetewey et al. |
| D452,615 | S | 1/2002 | Cheong et al. |
| D453,270 | S | 2/2002 | Choong |
| D453,998 | S | 3/2002 | Ping |
| D454,252 | S | 3/2002 | Lee |
| D456,139 | S | 4/2002 | Hohlbein |
| 6,374,448 | B2 | 4/2002 | Seifert |
| D456,607 | S | 5/2002 | Carlucci et al. |
| D457,323 | S | 5/2002 | Hohlbein |
| D457,325 | S | 5/2002 | Wilson et al. |
| D458,453 | S | 6/2002 | Baertschi |
| D459,086 | S | 6/2002 | Belton et al. |
| D461,313 | S | 8/2002 | Hohlbein |
| D462,178 | S | 9/2002 | Moskovich et al. |
| D462,528 | S | 9/2002 | Crossman et al. |
| D463,132 | S | 9/2002 | Winter et al. |
| D463,133 | S | 9/2002 | Hohlbein |
| 6,446,295 | B1 | 9/2002 | Calabrese |
| D463,668 | S | 10/2002 | Yoshimoto et al. |
| D466,302 | S | 12/2002 | Ping |
| D471,362 | S | 3/2003 | Moskovich et al. |
| D474,608 | S | 5/2003 | Hohlbein |
| D475,531 | S | 6/2003 | Klimeck et al. |
| D476,158 | S | 6/2003 | Ling |
| D478,213 | S | 8/2003 | Ping |
| D478,424 | S | 8/2003 | Saindon et al. |
| D478,425 | S | 8/2003 | Ping |
| D478,727 | S | 8/2003 | Wong |
| D479,046 | S | 9/2003 | Winkler |
| D479,047 | S | 9/2003 | Wong |
| D479,914 | S | 9/2003 | Choong |
| D480,213 | S | 10/2003 | Ping |
| D483,183 | S | 12/2003 | De Salvo |
| 6,654,979 | B2 | 12/2003 | Calabrese |
| D486,649 | S | 2/2004 | Sprosta et al. |
| 6,687,940 | B1 | 2/2004 | Gross et al. |
| D487,195 | S | 3/2004 | Winkler |
| 6,735,804 | B2 | 5/2004 | Carlucci et al. |
| 2001/0023516 | A1 | 9/2001 | Driesen et al. |
| 2002/0004964 | A1 | 1/2002 | Luchino et al. |
| 2002/0100134 | A1 | 8/2002 | Dunn et al. |
| 2002/0138926 | A1 | 10/2002 | Brown, Jr. et al. |
| 2002/0138931 | A1 | 10/2002 | Davies |

* cited by examiner



FIG. 1



# FIG. 2



# FIG. 3

**U.S. Patent**     Jan. 31, 2006     Sheet 3 of 4     US D513,882 S





FIG. 4                    FIG. 5





FIG. 6

FIG. 7

B



US00D514812S

(12) **United States Design Patent**      (10) Patent No.:      **US D514,812 S**
Hohlbein et al.                                                 (45) Date of Patent:      ∗∗  **Feb. 14, 2006**

(54) **HANDLE PORTION OF A TOOTHBRUSH**

(75) Inventors: **Douglas J. Hohlbein**, Pennington, NJ (US); **Luca Casini**, Milan (IT); **Jacob Pringiers**, Milan (IT)

(73) Assignee: **Colgate-Palmolive Company**, New York, NY (US)

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/211,027**

(22) Filed: **Aug. 11, 2004**

**Related U.S. Application Data**

(63) Continuation of application No. 29/189,729, filed on Sep. 10, 2003.

(51) **LOC (8) Cl.** ..................................................... **04-02**
(52) **U.S. Cl.** ...................................................... **D4/104**
(58) **Field of Classification Search** .......... D4/104–112, D4/132, 134, 138; D24/146, 147; 15/105, 15/110, 111, 143.1, 167.1, 167.2, 207.2, DIG. 5, 15/6; 16/430, 431; 132/308, 309, 311; 601/139, 601/141; 606/160, 161, 235
See application file for complete search history.

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D334,474 S | ∗ 4/1993 | Sauceda | ...................... D4/104 |
| 5,398,369 A | 3/1995 | Heinzelman et al. | |
| D371,680 S | 7/1996 | Juhlin et al. | |
| 5,735,012 A | 4/1998 | Heinzelman et al. | |
| D416,685 S | 11/1999 | Overthun | |
| D418,981 S | 1/2000 | Cheong et al. | |
| D420,802 S | 2/2000 | Cheong et al. | |
| D420,804 S | 2/2000 | Juhlin et al. | |
| D421,841 S | 3/2000 | Achepohl et al. | |
| D427,437 S | 7/2000 | Vonarburg | |
| D437,486 S | ∗ 2/2001 | Francos | ...................... D4/104 |
| D439,412 S | 3/2001 | Volpenhein et al. | |
| D448,174 S | 9/2001 | Harris et al. | |
| 6,298,516 B1 | 10/2001 | Beals et al. | |
| D450,457 S | 11/2001 | Hohlbein | |
| D452,615 S | 1/2002 | Cheong et al. | |

| | | |
|---|---|---|
| D453,270 S | 2/2002 | Choong |
| D454,252 S | 3/2002 | Lee |
| D457,323 S | 5/2002 | Hohlbein |
| D458,453 S | 6/2002 | Baertschi |
| D461,313 S | 8/2002 | Hohlbein |
| D462,178 S | 9/2002 | Moskovich et al. |
| D462,528 S | 9/2002 | Crossman et al. |
| D463,132 S | 9/2002 | Winter et al. |
| D463,668 S | 10/2002 | Yoshimoto et al. |
| D466,302 S | 12/2002 | Ping |
| D471,362 S | 3/2003 | Moskovich et al. |
| D474,608 S | 5/2003 | Hohlbein |
| D475,531 S | 6/2003 | Klimeck et al. |
| D478,727 S | 8/2003 | Wong |
| D479,914 S | 9/2003 | Choong |
| D480,213 S | 10/2003 | Ping |
| 2002/0100134 A1 | 8/2002 | Dunn et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 200117433 A1 ∗ | 3/2001 |
| WO | WO 2004/026162 A2 | 4/2004 |
| WO | WO 2004/028235 A2 | 4/2004 |

∗ cited by examiner

Primary Examiner—Alan P. Douglas
Assistant Examiner—Lavone D. Tabor
(74) Attorney, Agent, or Firm—Harris A. Wolin

(57)                    **CLAIM**

The ornamental design for a handle portion of a toothbrush, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective front view of a handle portion of a toothbrush showing our new design;
FIG. 2 is a right side view thereof;
FIG. 3 is a left side view thereof;
FIG. 4 is a bottom view thereof; and,
FIG. 5 is a top view thereof.
The broken line showing of the two generally-oval shaped regions within the claim boundaries, including the unshaded areas therein, and the remainder of the toothbrush is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 3 Drawing Sheets**





FIG. 1



FIG. 2                    FIG. 3



FIG. 4          FIG. 5

C

US00D516818S

(12) **United States Design Patent**       (10) Patent No.:       **US D516,818 S**
Hohibein et al.                             (45) Date of Patent:    ** *Mar. 14, 2006

---

(54) **HANDLE PORTION OF A TOOTHBRUSH**

(75) Inventors: **Douglas J. Hohibein**, Pennington, NJ
(US); **Luca Casini**, Milan (IT); **Jacob Pringiers**, Milan (IT)

(73) Assignee: **Colgate-Palmolive Company**, New York, NY (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/211,025**

(22) Filed: **Aug. 11, 2004**

**Related U.S. Application Data**

(63) Continuation of application No. 29/189,729, filed on Sep. 10, 2003.

(51) **LOC (8) Cl.** .................................................. **04-02**
(52) **U.S. Cl.** ........................................................ **D4/104**
(58) **Field of Classification Search** ......... D4/104–112, D4/132, 134, 138; D24/146, 147; 15/105, 15/110, 111, 143.1, 167.1, 167.2, 207.2, DIG. 5, 15/DIG. 6; 16/430, 431; 132/308, 309, 311; 601/139, 141, 606/160, 161, 235
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,610,043 | A | 9/1986 | Vezjak |
| D334,474 | S * | 4/1993 | Sauceda ...................... D4/104 |
| D386,905 | S | 12/1997 | Brady et al. |
| D391,769 | S | 3/1998 | Kling et al. |

| | | | |
|---|---|---|---|
| D413,728 | S | 9/1999 | Waguespack et al. |
| D418,979 | S | 1/2000 | Moskovich et al. |
| D418,981 | S | 1/2000 | Cheong et al. |
| D419,304 | S | 1/2000 | Moskovich et al. |
| D419,773 | S | 2/2000 | Beals et al. |
| D422,413 | S * | 4/2000 | Goldinger et al. ........... D4/104 |
| D427,437 | S | 7/2000 | Vonarburg |
| 6,108,869 | A | 8/2000 | Messmann et al. |
| D437,486 | S * | 2/2001 | Francos ....................... D4/104 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO 200117433 | A1 * | 3/2001 |
| WO | WO 2004/026162 | A2 | 4/2004 |
| WO | WO 2004/028235 | A2 | 4/2004 |

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—Lavone D. Tabor
(74) *Attorney, Agent, or Firm*—Harris A. Wolin

(57) **CLAIM**

The ornamental design for a handle portion of a toothbrush, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective front view of a handle portion of a toothbrush showing our new design;
FIG. 2 is a right side view thereof;
FIG. 3 is a left side view thereof;
FIG. 4 is a bottom view thereof; and,
FIG. 5 is a top view thereof.
The broken line showing of the toothbrush head and of various regions, including the unshaded areas therein, are for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



**US D516,818 S**

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D439,412 S | 3/2001 | Volpenhein et al. |
| 6,298,516 B1 | 10/2001 | Beals et al. |
| D452,615 S | 1/2002 | Cheong et al. |
| D453,998 S | 3/2002 | Ping |
| D456,139 S | 4/2002 | Hohlbein |
| D457,325 S | 5/2002 | Wilson et al. |
| D459,086 S | 6/2002 | Delton et al. |
| D462,178 S | 9/2002 | Moskovich et al. |
| D463,133 S | 9/2002 | Hohlbein |
| D471,362 S | 3/2003 | Moskovich et al. |
| D475,531 S | 6/2003 | Klimeck et al. |

| | | |
|---|---|---|
| D476,158 S | 6/2003 | Ling |
| D478,213 S | 8/2003 | Ping |
| D478,424 S | 8/2003 | Saindon et al. |
| D478,425 S | 8/2003 | Ping |
| D479,047 S | 9/2003 | Wong |
| D479,914 S | 9/2003 | Choong |
| D480,213 S | 10/2003 | Ping |
| D486,649 S | 2/2004 | Sprosta et al. |
| 6,687,940 B1 | 2/2004 | Gross et al. |
| D487,195 S | 3/2004 | Winkler |
| 2002/0138931 A1 | 10/2002 | Davies |

* cited by examiner



FIG. 1



FIG. 2                    FIG. 3





FIG. 4    FIG. 5

**D**



US00D516819S

(12) **United States Design Patent**
Hohlbein

(10) Patent No.: **US D516,819 S**
(45) Date of Patent: ** **Mar. 14, 2006**

(54) **SET OF BRISTLES FOR A TOOTHBRUSH**

(75) Inventor: **Douglas J. Hohlbein**, Pennington, NJ (US)

(73) Assignee: **Colgate-Palmolive Company**, New York, NY (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/211,028**

(22) Filed: **Aug. 11, 2004**

**Related U.S. Application Data**

(63) Continuation of application No. 29/189,729, filed on Sep. 10, 2003.

(51) **LOC (8) Cl.** .................................................. **04-02**
(52) **U.S. Cl.** ....................................................... **D4/104**
(58) **Field of Classification Search** ........... D4/104–112,
D4/132, 134, 138; D24/146, 147; 15/105,
15/110, 111, 143.1, 167.1, 167.2, 207.2, DIG. 5,
15/DIG. 6; 16/430, 431; 132/308, 309, 311;
601/139, 141; 606/160, 161, 235
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,132,326 A | * | 3/1915 | Fouyer ........................ 15/167.1 |
| 1,588,785 A | | 6/1926 | Van Sant |
| 2,161,349 A | | 6/1939 | Hadden |
| 2,186,005 A | | 1/1940 | Casto |
| 2,262,982 A | * | 11/1941 | Wolcott ..................... 15/167.1 |
| D272,683 S | | 2/1984 | Stocchi |
| D273,635 S | | 5/1984 | Stocchi |
| 5,120,225 A | | 6/1992 | Amit |
| 5,396,678 A | | 3/1995 | Dredall et al. |
| D378,166 S | | 2/1997 | Savitt et al. |
| 5,628,082 A | | 5/1997 | Moskovich |

| | | | |
|---|---|---|---|
| D434,906 S | * | 12/2000 | Beals et al. ................... D4/104 |
| D440,767 S | | 4/2001 | Moskovich et al. |
| 6,311,358 B1 | | 11/2001 | Soetewey et al. |
| D451,286 S | * | 12/2001 | Hohlbein ..................... D4/104 |
| 6,374,448 B1 | | 4/2002 | Seifert |
| D456,607 S | | 5/2002 | Carlucci et al. |
| 6,446,295 B1 | | 9/2002 | Calabrese |
| D479,046 S | | 9/2003 | Winkler |
| D483,183 S | | 12/2003 | De Salvo |
| 6,654,979 B1 | | 12/2003 | Calabrese |
| 6,735,804 B1 | | 5/2004 | Carlucci et al. |
| 2001/0023516 A1 | | 9/2001 | Driesen et al. |
| 2002/0004964 A1 | | 1/2002 | Luchino et al. |
| 2002/0108194 A1 | | 8/2002 | Carlucci et al. |
| 2002/0138926 A1 | | 10/2002 | Brown, Jr. et al. |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| JP | 2000000118 A | * | 1/2000 | |
| JP | 2002191436 A | * | 7/2002 | |
| WO | WO 2004/026162 A2 | | 4/2004 | |
| WO | WO 2004/028235 A2 | | 4/2004 | |

* cited by examiner

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—Lavone D. Tabor
(74) *Attorney, Agent, or Firm*—Harris A. Wolin

(57) **CLAIM**

The ornamental design for a set of bristles for a toothbrush, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective front view of a set of bristles for a toothbrush showing my new design;
FIG. 2 is a right side view thereof;
FIG. 3 is a left side view thereof;
FIG. 4 is a top view thereof; and,
FIG. 5 is a head end view thereof.
The broken line showing of the remainder of the toothbrush for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 3 Drawing Sheets**





FIG. 1



FIG. 2          FIG. 3

Case 1:06-cv-00417-GMS    Document 1-5    Filed 06/30/2006    Page 5 of 5



FIG. 4



FIG. 5

E

US00D517812S

(12) **United States Design Patent**
Hohlbein et al.

(10) Patent No.: **US D517,812 S**
(45) Date of Patent: ** **Mar. 28, 2006**

(54) **TOOTHBRUSH**

(75) Inventors: **Douglas J. Hohlbein**, Pennington, NJ (US); **Luca Casini**, Milan (IT); **Jacob Pringiers**, Milan (IT)

(73) Assignee: **Colgate-Palmolive Company**, New York, NY (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/189,729**

(22) Filed: **Sep. 10, 2003**

(51) LOC (8) Cl. .................................................. 04-02
(52) U.S. Cl. ......................................................... D4/104
(58) **Field of Classification Search** .......... D4/104–112, D4/132, 134, 138; D24/146, 147; 15/105, 15/110, 111, 143.1, 167.1, 167.2, 207.2, DIG. 5–DIG. 6; 16/430, 431; 132/308, 309, 311; 601/139, 601/141; 606/160, 161, 235
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,132,326 A | * | 3/1915 | Fouyer ....................... 15/167.1 |
| 1,588,789 A | | 6/1926 | Van Sant |
| 2,161,349 A | | 6/1939 | Hadden |
| 2,186,005 A | | 1/1940 | Casto |
| 2,262,982 A | * | 11/1941 | Wolcott ..................... 15/167.1 |
| D272,683 S | | 2/1984 | Stocchi |
| D273,635 S | | 5/1984 | Stocchi |
| 4,461,285 A | | 7/1984 | Courtin |
| 4,610,043 A | | 9/1986 | Vezjak |
| 5,120,225 A | | 6/1992 | Amit |
| 5,242,235 A | | 9/1993 | Li |
| D340,808 S | | 11/1993 | Sherman et al. |
| D345,256 S | | 3/1994 | Khin |
| 5,305,489 A | | 4/1994 | Lage |
| 5,396,678 A | | 3/1995 | Bredall et al. |
| 3,398,369 A | | 3/1995 | Heinzelman et al. |
| D371,680 S | | 7/1996 | Juhlin et al. |
| 5,628,082 A | | 5/1997 | Moskovich |
| D386,905 S | | 12/1997 | Brady et al. |
| D391,769 S | | 3/1998 | Kling et al. |

| | | |
|---|---|---|
| 5,735,011 A | 4/1998 | Asher |
| 5,735,012 A | 4/1998 | Heinzelman et al. |
| 5,735,864 A | 4/1998 | Heizinger, Jr. |
| D412,064 S | 7/1999 | Achepohl et al. |
| D413,728 S | 9/1999 | Waguespack et al. |
| D416,685 S | 11/1999 | Overthun |
| D418,979 S | 1/2000 | Moskovich et al. |
| D418,981 S | 1/2000 | Cheong et al. |
| D419,304 S | 1/2000 | Moskovich et al. |
| D419,773 S | 2/2000 | Beals et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| JP | 2000000118 A | * | 1/2000 | |
| JP | 2001314232 A | * | 11/2001 | |
| JP | 2002191436 A | * | 7/2002 | |
| WO | WO 9825500 A1 | * | 6/1998 | |
| WO | WO 200117433 A1 | * | 3/2001 | |
| WO | WO 2004/026162 A2 | | 4/2004 | |
| WO | WO 2004/028235 A2 | | 4/2004 | |

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—Lavone D. Tabor
(74) *Attorney, Agent, or Firm*—Harris A. Wolin

(57) **CLAIM**

The ornamental design for a toothbrush, as shown and described.

**DESCRIPTION**

FIG. **1** is a right side front perspective view of a toothbrush of our new design, the left side front perspective view being a mirror image;
FIG. **2** is a right side back perspective view thereof, the left side back perspective view being a mirror image;
FIG. **3** is a back elevation view thereof;
FIG. **4** is a left side elevation view thereof, the right side elevation view being a mirror image;
FIG. **5** is a front elevation view thereof;
FIG. **6** is a bottom plan view thereof; and,
FIG. **7** is a top plan view thereof.
FIGS. **6** and **7** are partial views with the portions not shown being omitted for clarity of the disclosure.

**1 Claim, 3 Drawing Sheets**



**US D517,812 S**

Page 2

| U.S. PATENT DOCUMENTS | | | |
|---|---|---|---|
| D420,802 S | 2/2000 | Cheong et al. | |
| D420,804 S | 2/2000 | Juhlin et al. | |
| D421,841 S | 3/2000 | Achepohl et al. | |
| D427,437 S | 7/2000 | Vonarburg | |
| 6,108,869 A | 8/2000 | Meessmann et al. | |
| D437,486 S | * | 2/2001 | Francos ..................... D4/104 |
| D439,412 S | 3/2001 | Volpenhein et al. | |
| D440,767 S | 4/2001 | Moskovich et al. | |
| D448,174 S | 9/2001 | Harris et al. | |
| 6,298,516 B1 | 10/2001 | Beals et al. | |
| D450,457 S | 11/2001 | Hohlbein | |
| 6,311,358 B1 | 11/2001 | Soetewey et al. | |
| D452,615 S | 1/2002 | Cheong et al. | |
| D453,270 S | 2/2002 | Choong | |
| D453,998 S | 3/2002 | Ping | |
| D454,252 S | 3/2002 | Lee | |
| D456,139 S | 4/2002 | Hohlbein | |
| 6,374,448 B1 | 4/2002 | Seifert | |
| D456,607 S | 5/2002 | Carlucci et al. | |
| D457,323 S | 5/2002 | Hohlbein | |
| D457,325 S | 5/2002 | Wilson et al. | |
| D458,453 S | 6/2002 | Baertschi | |
| D459,086 S | 6/2002 | Belton et al. | |
| D461,313 S | 8/2002 | Hohlbein | |
| D462,178 S | 9/2002 | Moskovich et al. | |
| D462,528 S | 9/2002 | Crossman et al. | |
| D463,132 S | 9/2002 | Winter et al. | |
| D463,133 S | 9/2002 | Hohlbein | |
| 6,446,295 B1 | 9/2002 | Calabrese | |
| D463,668 S | 10/2002 | Yoshimoto et al. | |
| D466,302 S | 12/2002 | Ping | |
| D471,362 S | 3/2003 | Moskovich et al. | |
| D474,608 S | 5/2003 | Hohlbein | |
| D475,531 S | 6/2003 | Klimeck et al. | |
| D476,158 S | 6/2003 | Ling | |
| D478,213 S | 8/2003 | Ping | |
| D478,424 S | 8/2003 | Saindon et al. | |
| D478,425 S | 8/2003 | Ping | |
| D478,727 S | 8/2003 | Wong | |
| D479,046 S | 9/2003 | Winkler | |
| D479,047 S | 9/2003 | Wong | |
| D479,914 S | 9/2003 | Choong | |
| D480,213 S | 10/2003 | Ping | |
| D483,183 S | 12/2003 | De Salvo | |
| 6,654,979 B1 | 12/2003 | Calabrese | |
| D486,649 S | 2/2004 | Sprosta et al. | |
| 6,687,940 B1 | 2/2004 | Gross et al. | |
| D487,195 S | 3/2004 | Winkler | |
| 6,735,804 B1 | 5/2004 | Carlucci et al. | |
| 2001/0023516 A1 | 9/2001 | Driesen et al. | |
| 2002/0004964 A1 | 1/2002 | Luchino et al. | |
| 2002/0100134 A1 | 8/2002 | Dunn et al. | |
| 2002/0138926 A1 | 10/2002 | Brown, Jr. et al. | |
| 2002/0138931 A1 | 10/2002 | Davies | |

* cited by examiner



FIG. 1          FIG. 2



FIG. 3          FIG. 4          FIG. 5

U.S. Patent    Mar. 28, 2006    Sheet 3 of 3    US D517,812 S



**FIG. 6**



**FIG. 7**

**F**



US00D517813S

(12) **United States Design Patent**     (10) Patent No.:       **US D517,813 S**
Hohlbein et al.                          (45) Date of Patent:   ** **Mar. 28, 2006**

(54) **HANDLE PORTION OF A TOOTHBRUSH**

(75) Inventors: **Douglas J. Hohlbein**, Pennington, NJ (US); **Luca Casini**, Milan (IT); **Jacob Pringiers**, Milan (IT)

(73) Assignee: **Colgate-Palmolive Company**, New York, NY (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/211,026**

(22) Filed: **Aug. 11, 2004**

**Related U.S. Application Data**

(63) Continuation of application No. 29/189,729, filed on Sep. 10, 2003.

(51) **LOC (8) Cl.** ................................................. **04-02**
(52) **U.S. Cl.** .................................................... **D4/104**
(58) **Field of Classification Search** ......... D4/104–112, D24/132, 134, 138; D24/146, 147; 15/105, 15/110, 111, 143.1, 167.1, 167.2, 207.2, DIG. 5, 15/6; 16/430, 431; 132/308, 309, 311; 601/139, 601/141; 606/160, 161, 235
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D334,474 S | * | 4/1993 | Sauceda ...................... D4/104 |
| D358,938 S | | 6/1995 | Schneider et al. |
| D391,769 S | | 3/1998 | Kling et al. |
| 5,781,958 A | | 7/1998 | Meessmann et al. |
| D416,685 S | | 11/1999 | Overthun |
| D418,981 S | | 1/2000 | Cheong et al. |
| D419,773 S | | 2/2000 | Beals et al. |
| D422,413 S | | 4/2000 | Goldinger et al. |
| D427,437 S | | 7/2000 | Vonarburg |
| D429,566 S | | 8/2000 | Yoshimoto et al. |
| D429,567 S | | 8/2000 | Yoshimoto et al. |
| 6,108,869 A | | 8/2000 | Meessmann et al. |

| | | | |
|---|---|---|---|
| D437,486 S | * | 2/2001 | Francos ...................... D4/104 |
| D439,412 S | | 2/2001 | Volpenhein et al. |
| 6,298,516 B1 | | 10/2001 | Beals et al. |
| D452,615 S | | 1/2002 | Cheong et al. |
| D457,325 S | | 5/2002 | Wilson et al. |
| D459,086 S | | 6/2002 | Belton et al. |
| D462,178 S | | 9/2002 | Moskovich et al. |
| D463,131 S | | 9/2002 | Winter et al. |
| D463,132 S | | 9/2002 | Winter et al. |
| D463,133 S | | 9/2002 | Hohlbein |
| D463,668 S | | 10/2002 | Yoshimoto |
| D471,362 S | | 3/2003 | Moskovich et al. |
| D475,531 S | | 6/2003 | Klimeck et al. |
| D478,211 S | | 8/2003 | Ping |
| D480,213 S | | 10/2003 | Ping |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO 200117433 A1 | * | 3/2001 |
| WO | 2004/026162 A2 | | 4/2004 |
| WO | 2004/028235 A2 | | 4/2004 |

* cited by examiner

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—Lavone D. Tabor
(74) *Attorney, Agent, or Firm*—Harris A. Wolin

(57) **CLAIM**

The ornamental design for a handle portion of a toothbrush, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective front view of a handle portion of a toothbrush showing our new design;
FIG. 2 is a right side view thereof;
FIG. 3 is a left side view thereof;
FIG. 4 is a bottom view thereof; and,
FIG. 5 is a top view thereof.
The broken line showing of the toothbrush head and of various other regions and the unshaded areas therein are for illustrative purposes only and forms no part of the claimed design. The different shading techniques used represent a contrast in appearance and do not represent any particular color, material or texture.

**1 Claim, 3 Drawing Sheets**



**U.S. Patent**    Mar. 28, 2006    Sheet 1 of 3    US D517,813 S



FIG. 1



FIG. 2                    FIG. 3





FIG. 4    FIG. 5

**G**



US00D520753S

(12) **United States Design Patent**    (10) Patent No.:    **US D520,753 S**

Hohlbein    (45) Date of Patent:    ** *May 16, 2006

(54) **SET OF BRISTLES FOR A TOOTHBRUSH**

(75) Inventor: **Douglas J. Hohlbein**, Pennington, NJ (US)

(73) Assignee: **Colgate-Palmolive Company**, New York, NY (US)

(*) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/211,030**

(22) Filed: **Aug. 11, 2004**

**Related U.S. Application Data**

(63) Continuation of application No. 29/189,729, filed on Sep. 10, 2003.

(51) **LOC (8) Cl.** .................................................... **04-02**
(52) **U.S. Cl.** ......................................................... **D4/104**
(58) **Field of Classification Search** .......... D4/104–112, D4/132, 134, 138; D24/146, 147; 15/105, 15/110, 111, 143.1, 167.1, 167.2, 207.2, DIG. 5, 15/6; 16/430, 431; 132/308, 309, 311; 601/139, 601/141; 606/160, 161, 235
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,132,326 | A | * 3/1915 | Fouyer ......................... 15/167.1 |
| 1,588,785 | A | 6/1926 | Van Sant |
| 2,161,349 | A | 6/1939 | Hadden |
| 2,186,005 | A | 1/1940 | Casto |
| 2,262,982 | A | * 11/1941 | Wolcott ...................... 15/167.1 |
| D272,683 | S | 2/1984 | Stocchi |
| D273,635 | S | 5/1984 | Stocchi |
| 5,120,225 | A | 6/1992 | Amit |
| 5,396,678 | A | 3/1995 | Bredall et al. |
| D360,981 | S | * 8/1995 | Moskovich et al. ......... D4/104 |
| D378,166 | S | 2/1997 | Savitt et al. |
| 5,628,082 | A | 5/1997 | Moskovich |

| | | | |
|---|---|---|---|
| D434,906 | S | * 12/2000 | Beals et al. .................. D4/104 |
| D440,767 | S | 4/2001 | Moskovich et al. |
| 6,311,358 | B1 | 11/2001 | Soetewey et al. |
| D451,286 | S | * 12/2001 | Hohlbein ..................... D4/104 |
| 6,374,448 | B1 | 4/2002 | Seifert |
| D456,607 | S | 5/2002 | Carlucci et al. |
| 6,446,295 | B1 | 9/2002 | Calabrese |
| D479,046 | S | 9/2003 | Winkler |
| D483,183 | S | 12/2003 | De Salvo |
| 6,654,979 | B1 | 12/2003 | Calabrese |
| 6,735,804 | B1 | 5/2004 | Carlucci et al. |
| 2001/0023516 | A1 | 9/2001 | Driesen et al. |
| 2002/0004964 | A1 | 1/2002 | Luchino et al. |
| 2002/0108194 | A1 | 8/2002 | Carlucci et al. |
| 2002/0138926 | A1 | 10/2002 | Brown, Jr. et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 2000000118 A | * | 1/2000 |
| JP | 2002191436 A | * | 7/2002 |
| WO | WO 2004/026162 A2 | | 4/2004 |
| WO | WO 2004/028235 A2 | | 4/2004 |

* cited by examiner

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—Lavone D. Tabor
(74) *Attorney, Agent, or Firm*—Harris A. Wolin

(57) **CLAIM**

The ornamental design for a set of bristles of a toothbrush, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective front view of a set of bristles for a toothbrush showing my new design;
FIG. 2 is a right side view thereof;
FIG. 3 is a left side view thereof;
FIG. 4 is a top view thereof; and
FIG. 5 is an enlarged perspective view thereof; and,
FIG. 6 is an enlarged top view thereof.
The broken line showing of the remainder of the toothbrush for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 4 Drawing Sheets**





U.S. Patent        May 16, 2006        Sheet 1 of 4        US D520,753 S



FIG. 3        FIG. 4





FIG. 1        FIG. 2





FIG. 5



FIG. 6



FIG. 7



FIG. 4

Case 1:06-cv-00417-GMS   Document 1-8   Filed 06/30/2006   Page 6 of 10



FIG. 5



FIG. 6

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : Des. 520,753 S                                        Page 1 of 4
DATED          : May 16, 2006
INVENTOR(S)    : Douglas J. Hohlbein

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

The Title page, showing an illustrative figure 1, should be deleted and substitute the
attached title page.

Drawing sheets, consisting of Fig. 1 thru Fig. 3, should be deleted and replaced with the
drawing sheets, consisting of Fig. 1 thru Fig. 3, as shown on the attached pages.

Signed and Sealed this

Thirteenth Day of June, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

(12) **United States Design Patent**     (10) Patent No.:     **US D520,753 S**

Hohlbein     (45) Date of Patent:     ∗∗ *May 16, 2006

---

(54) **SET OF BRISTLES FOR A TOOTHBRUSH**

(75) Inventor: Douglas J. Hohlbein, Pennington, NJ (US)

(73) Assignee: Colgate-Palmolive Company, New York, NY (US)

(∗) Notice: This patent is subject to a terminal disclaimer.

(∗∗) Term: 14 Years

(21) Appl. No.: 29/211,030

(22) Filed: Aug. 11, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 29/189,729, filed on Sep. 10, 2003.

(51) LOC (8) Cl. ..................................... 04-02
(52) U.S. Cl. ...................................... D4/104
(58) Field of Classification Search ........... D4/104–112, D4/132, 134, 138; D24/146, 147; 15/105, 15/110, 111, 143.1, 167.1, 167.2, 207.2, DIG. 5, 15/6; 16/430, 431; 132/308, 309, 311; 601/139, 601/141; 606/160, 161, 235

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,132,326 A | ∗ 3/1915 | Fouyer | 15/167.1 |
| 1,588,785 A | 6/1926 | Van Sant | |
| 2,161,349 A | 6/1939 | Hadden | |
| 2,186,005 A | 1/1940 | Casto | |
| 2,262,982 A | ∗ 11/1941 | Wolcott | 15/167.1 |
| D272,683 S | 2/1984 | Stocchi | |
| D273,635 S | 5/1984 | Stocchi | |
| 5,120,225 A | 6/1992 | Amit | |
| 5,196,678 A | 3/1993 | Bredall et al. | |
| D360,981 S | ∗ 8/1995 | Moskovich et al. | D4/104 |
| D378,166 S | 3/1997 | Savitt et al. | |
| 5,628,082 A | 5/1997 | Moskovich | |

| | | | |
|---|---|---|---|
| D434,906 S | ∗ 12/2000 | Beals et al. | D4/104 |
| D440,767 S | 4/2001 | Moskovich et al. | |
| 6,311,358 B1 | 11/2001 | Soetewey et al. | |
| D451,286 S | ∗ 12/2001 | Hohlbein | D4/104 |
| 6,374,448 B1 | 4/2002 | Seifert | |
| D456,607 S | 5/2002 | Carlucci et al. | |
| 6,446,295 B1 | 9/2002 | Calabrese | |
| D479,046 S | 9/2003 | Winkler | |
| D483,183 S | 12/2003 | De Salvo | |
| 6,654,979 B1 | 12/2003 | Calabrese | |
| 6,735,804 B1 | 5/2004 | Carlucci et al. | |
| 2001/0023516 A1 | 9/2001 | Driesen et al. | |
| 2002/0004904 A1 | 1/2002 | Luchino et al. | |
| 2002/0108194 A1 | 8/2002 | Carlucci et al. | |
| 2002/0138926 A1 | 10/2002 | Brown, Jr. et al. | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 2000000118 A | ∗ | 1/2000 |
| JP | 2002191436 A | ∗ | 7/2002 |
| WO | WO 2004/026162 A2 | | 4/2004 |
| WO | WO 2004/028235 A2 | | 4/2004 |

∗ cited by examiner

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—Lavone D. Tabor
(74) *Attorney, Agent, or Firm*—Harris A. Wolin

(57) **CLAIM**

The ornamental design for a set of bristles of a toothbrush, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective front view of a set of bristles for a toothbrush showing my new design;
FIG. 2 is a right side view thereof;
FIG. 3 is a left side view thereof;
FIG. 4 is a top view thereof; and
FIG. 5 is an enlarged perspective view thereof; and,
FIG. 6 is an enlarged top view thereof.
The broken line showing of the remainder of the toothbrush for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 4 Drawing Sheets**





**U.S. Patent**        May 16, 2006        Sheet 1 of 4        **D520,753 S**



FIG. 1

**U.S. Patent**        May 16, 2006        Sheet 2 of 4        **D520,753 S**



FIG. 2        FIG. 3

℠JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a)  PLAINTIFFS**

Colgate-Palmolive Company

**DEFENDANTS**

Ranir, L.L.C.

**(b)**  County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

*The Nemours Bldg., 1007 N. Orange Street
Wilmington, DE 19899 (302)658-9141

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)

Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP*

Attorneys (If Known)

**II. BASIS OF JURISDICTION**  (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                          and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT**  (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** ☐ 362 Personal Injury - Med. Malpractice | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 365 Personal Injury - Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |

**V. ORIGIN**  (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Patent Infringement - 35 U.S.C. Section 271 et seq.

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE  6/30/06

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 0 6 - 4 1 7 -

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## _NOTICE OF AVAILABILITY OF A_
## _UNITED STATES MAGISTRATE JUDGE_
## _TO EXERCISE JURISDICTION_

I HEREBY ACKNOWLEDGE RECEIPT OF _____3_____ COPIES OF AO FORM 85.

_6-30-06_
(Date forms issued)

_____
(Signature of Party or their Representative)

Phillip Casale
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action