IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLGATE-PALMOLIVE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | |
| RANIR, L.L.C. | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S RULE 7.1 STATEMENT

Plaintiff Colgate-Palmolive Company ("Colgate-Palmolive"), by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

(a) *The identity of any parent corporation*: Colgate-Palmolive has no parent corporation.

(b) *The identity of any publicly held corporation that owns 10% or more of its stock*: No publicly held corporation owns 10% or more of Colgate-Palmolive's stock.

Dated: June 30, 2006

_____
Francis DiGiovanni (#3189)
Stanley C. Macel, III (#492)
Stephanie O'Byrne (#4446)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

Robert F. Altherr, Jr.
Nina L. Medlock
Christopher B. Roth
Elizabeth Almeter
BANNER & WITCOFF, LTD.
1001 G Street, N.W.
Suite 1100
Washington, DC 20001
Phone (202) 824-3000

*Attorneys for Plaintiff Colgate-Palmolive Company*

473474_1