IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLGATE-PALMOLIVE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. |
| ) | |
| RANIR, L.L.C. ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following attorneys to represent the plaintiff, Colgate-Palmolive, Inc. in this matter:

> Robert F. Altherr, Jr.
> Nina L. Medlock
> Christopher B. Roth
> Elizabeth Almeter
> BANNER & WITCOFF, LTD.
> 1001 G Street, N.W.
> Suite 1100
> Washington, DC 20001
> PHONE: 202-824-3000

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is forwarded with this motion.

Dated: June 30, 2006

/s/ signature

Francis DiGiovanni (#3189)
Stanley C. Macel, III (#492)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
*Attorneys for Plaintiff Colgate-Palmolive Company*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of Ohio, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 23, 2006

Robert F. Altherr, Jr.
BANNER & WITCOFF, LTD.
1001 G Street, N.W.
Suite 1100
Washington, D.C. 20001
Phone: (202) 824-3000
FAX: (202) 824-3001
raltherr@bannerwitcoff.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 23, 2006

Nina L. Medlock
BANNER & WITCOFF, LTD.
1001 G Street N.W.
Suite 1100
Washington, D.C. 20001
Phone: (202) 824-3000
FAX: (202) 824-3001
nmedlock@bannerwitcoff.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the Commonwealth of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 26, 2006

_____
Christopher B. Roth
BANNER & WITCOFF, LTD.
1001 G Street N.W.
Suite 1100
Washington, D.C. 20001
Phone: (202) 824-3000
FAX: (202) 824-3001
croth@bannerwitcoff.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 26, 2006

Elizabeth Almeter
BANNER & WITCOFF, LTD.
1001 G Street N.W.
Suite 1100
Washington, D.C. 20001
Phone: (202) 824-3000
FAX: (202) 824-3001
ealmeter@bannerwitcoff.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLGATE-PALMOLIVE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | |
| RANIR, L.L.C. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admissions *pro hac vice* of Robert F. Altherr, Jr., Nina L. Medlock, Christopher B. Roth, and Elizabeth Almeter is GRANTED.

Date: _____, 2006

_____
UNITED STATES DISTRICT JUDGE