✎ AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   X  Patents or   ☐ Trademarks:

| DOCKET NO.<br>06cv417 | DATE FILED<br>6/30/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Colgate-Palmolive Company | | DEFENDANT<br>Ranir, L.L.C. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US D513,882 S | 1/31/06 | Colgate-Palmolive Company |
| 2 | US D514,812 S | 2/14/06 | Colgate-Palmolive Company |
| 3 | US D516,818 S | 3/14/06 | Colgate-Palmolive Company |
| 4 | US D516,819 S | 3/14/06 | Colgate-Palmolive Company |
| 5 | US D517,812 S | 3/28/06 | Colgate-Palmolive Company |
|   | US D517,813 S | 3/28/06 | Colgate-Palmolive Company |
|   | US D520,753 S | 5/16/06 | Colgate-Palmolive Company |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br>July 3, 2006 |
|---|---|---|

AO 120 (Rev. 3/04)

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**