# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

COLGATE-PALMOLIVE COMPANY,

      **Plaintiff,**

**SUMMONS IN A CIVIL CASE**

      v.

CASE NUMBER: 0 6 — 4 1 7

RANIR, L.L.C.

      **Defendant.**

TO:

    Ranir, L.L.C.
    c/o The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Francis DiGiovanni, Esquire
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 North Orange Street
    P. O. Box 2207
    Wilmington, Delaware  19899-2207

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**          6-30-06

CLERK        DATE

*[signature]*

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| | DATE 6/30/06 |
| NAME OF SERVER (PRINT) BRIAN CROSSAN | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PERSONALLY SERVED RANIR, LLC by SERVING its REGISTERED AGENT, THE CORPORATION TRUST Co AT 1209 ORANGE ST, WILM DE 19801 AT 4:12 PM PERSON ACCEPTING SERVICE: SCOTT LASCALA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/30/06
Date

Signature of Server

PARCELS INC
230 N. MARKET ST, WILM DE 19801
Address of Server

474030