**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| COLGATE-PALMOLIVE COMPANY,<br><br>        Plaintiffs,<br><br>    v.<br><br>RANIR, L.L.C.,<br><br>        Defendant. | C.A. No. 06-417 |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Francis DiGiovanni on behalf of plaintiff, Colgate-Palmolive Company, a Delaware corporation, in the above-referenced matter.

    /s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Stanley C. Macel, III (#492)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
1220 Market Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141

Attorneys for Plaintiff
Colgate-Palmolive Company

476017_1