IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLGATE-PALMOLIVE COMPANY,  )<br>  )<br>       Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>RANIR, L.L.C.,  )<br>  )<br>       Defendant.  ) | C.A. No. 06-417-GMS |

**STIPULATED ORDER**

WHEREAS, defendant's counsel in the above action are in the process of investigating the factual and legal allegations in suit, in an effort to evaluate the appropriate response to plaintiff's complaint and advise their client accordingly;

WHEREAS, defendant's counsel respectfully request additional time so that they can conduct their investigation with appropriate care; and

WHEREAS, plaintiff does not oppose a 30-day extension of defendant's deadline to respond to the complaint; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the date by which defendant must answer, move, or otherwise respond to the complaint in the captioned matter is extended through and including August 21, 2006.

| CONNOLLY BOVE LODGE & HUTZ LLP | ASHBY & GEDDES |
|---|---|
| */s/ Francis DiGiovanni* | */s/ Steven J. Balick* |
| Francis DiGiovanni (#3189)<br>Stanley C. Macel, III (#492)<br>Stephanie O'Byrne (#4446)<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, DE 19801<br>302-658-9141<br>fdigiovanni@cblh.com<br>smacel@cblh.com<br>sobyrne@cblh.com | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>302-654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

171432.1