## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

COLGATE-PALMOLIVE COMPANY,    )
                                     )
      Plaintiff,                )
                                     )
      v.                        )     Civil Action No. 06-417-GMS
                                     )
RANIR, L.L.C.,                )
                                     )
      Defendant.          )

## FIRST AMENDED COMPLAINT

Plaintiff Colgate-Palmolive Company, by and through its attorneys and for its

Complaint against Ranir, L.L.C., states and alleges as follows:

## THE PARTIES

1.     Plaintiff Colgate-Palmolive Company is a corporation organized under the

laws of the State of Delaware and has a principal place of business at 300 Park Avenue,

New York, New York 10022.

2.     On information and belief, Defendant Ranir, L.L.C. ("Ranir") is a limited

liability company organized and existing under the laws of the State of Delaware and has

a principal place of business at 4701 East Paris Avenue, S.E., Grand Rapids, Michigan

49512.

## JURISDICTION AND VENUE

3.     This is an action for patent infringement under the Patent Act, 35 U.S.C.

§ 1 *et seq.*

4.     This Court has subject matter jurisdiction over this action pursuant to

28 U.S.C. §§ 1331, 1338(a).

5.    This Court may exercise personal jurisdiction over Ranir because Ranir has minimum contacts with this forum as a result of business regularly conducted within the State of Delaware and this judicial district.  Such jurisdiction exists generally as well as specifically as a result of, at least, Ranir placing its products that infringe Colgate's patents into the stream of commerce, with knowledge that the likely destination of these infringing products is within this judicial district.  Ranir's conduct and connections with this judicial district are and have been such that Ranir should reasonably have anticipated being brought into court in this judicial district.

6.    Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1400.

## FACTS COMMON TO ALL COUNTS

7.    For many years, Colgate has continuously engaged in the development, manufacture and sale of a wide variety of oral care products.  Among its many oral care products, Colgate develops, manufactures, and sells toothbrushes.

8.    Colgate has taken steps over the years to protect its innovative toothbrushes and toothbrush designs.  In particular, Colgate is and has been the sole owner of all right, title and interest to each of the seven (7) United States Design Patents identified in Table 1 below (the "Colgate Design Patents").  Each of the Colgate Design Patents was duly and legally issued to Colgate on the date indicated.  A copy of each of the Colgate Design Patents is attached as an exhibit to this Complaint as indicated in Table 1.

| TABLE 1: COLGATE DESIGN PATENTS | | |
|---|---|---|
| United States Design Patent Number | Issue Date of Patent | Complaint Exhibit |
| D513,882 (the '882 patent) | January 31, 2006 | A |
| D514,812 (the '4812 patent) | February 14, 2006 | B |
| D516,818 (the '818 patent) | March 14, 2006 | C |
| D516,819 (the '819 patent) | March 14, 2006 | D |
| D517,812 (the '7812 patent) | March 28, 2006 | E |
| D517,813 (the '813 patent) | March 28, 2006 | F |
| D520,753 (the '753 patent) | May 16, 2006 | G |

9.      Colgate also is the sole owner of all right, title and interest to United States Patent No. 7,047,591 (the '591 patent) entitled "Oral Care Implement." The '591 patent was duly and legally issued to Colgate on May 23, 2006. A true and correct copy of the '591 patent is attached to this Complaint as Exhibit H.

10.     On information and belief, Ranir is in the business of manufacturing or having manufactured, offering to sell, selling, and importing into the United States oral care products, including toothbrushes, in competition with major manufacturers, including Colgate.

11.     On information and belief, Ranir offers to sell and sells its toothbrushes to private label customers, including, among others, Rite Aid Corporation ("Rite Aid").

12.     On information and belief, Ranir has, without authority or license from Colgate, made, used, offered to sell, sold and/or imported into the United States toothbrushes having product designs that are covered by the Colgate Design Patents (the

3

"Infringing Toothbrushes"). Upon information and belief, the Infringing Toothbrushes are intentionally designed to look like Colgate's 360º toothbrush. Exemplary Infringing Toothbrushes marketed, offered for sale, and/or otherwise placed in U.S. commerce by Ranir are the Rite Aid "Orbit" toothbrushes.

13.    Charts 1-7 compare exemplary figures from the Colgate Design Patents to images of an infringing Rite Aid "Orbit" toothbrush.

| Chart 1: Comparison of COLGATE'S D513,882 Patent and the Infringing Rite Aid "Orbit" Toothbrush |
| --- |



| U.S. Patent No. Des. 513,882, Fig. 1 | Image of Infringing Rite Aid "Orbit" Toothbrush |



**Chart 2: Comparison of COLGATE'S D513,882 Patent and the Infringing Rite Aid "Orbit" Toothbrush**

U.S. Patent No. Des. 514,812, Figs. 4 and 5

Image of Infringing Rite Aid "Orbit" Toothbrush



**Chart 3: Comparison of COLGATE'S D516,818 Patent and the Infringing Rite Aid "Orbit" Toothbrush**

U.S. Patent No. Des. 516,818, Figs. 4 and 5

Image of Infringing Rite Aid "Orbit" Toothbrush

5

| Chart 4:  Comparison of COLGATE'S D516,819 Patent and the Infringing Rite Aid "Orbit" Toothbrush | |
| --- | --- |
|  |  |
| U.S. Patent No. Des. 516,819, excerpt from Fig. 4 | Image of Infringing Rite Aid "Orbit" Toothbrush |

| Chart 5:  Comparison of COLGATE'S D517,812 Patent and the Infringing Rite Aid "Orbit" Toothbrush | |
| --- | --- |
|  |  |
| U.S. Patent No. Des. 517,812, Figs. 3, 4, and 5 | Image of Infringing Rite Aid "Orbit" Toothbrush |

**Chart 6:  Comparison of COLGATE'S D517,813 Patent
and the Infringing Rite Aid "Orbit" Toothbrush**



| U.S. Patent No. Des. 517,813, Figs.  4 and 5 | Image of Infringing Rite Aid "Orbit" Toothbrush |

**Chart 7:  Comparison of COLGATE'S D520,753 Patent
and the Infringing Rite Aid "Orbit" Toothbrush**



| U.S. Patent No. Des. 520,753, Fig. 6 | Image of Infringing Rite Aid "Orbit" Toothbrush |

## COUNT I
## INFRINGEMENT OF THE '882 PATENT

14.     As a cause of action and ground for relief, Colgate alleges design patent infringement under 35 U.S.C. §§ 271 and 281, and incorporates herein by reference the allegations set forth in Paragraphs 1-13 of this Complaint.

15.     On information and belief, Ranir has been and still is making, using, offering to sell, selling and/or importing into the United States toothbrushes that infringe the '882 patent in violation of 35 U.S.C. § 271(a).

16.     On information and belief, Ranir has been and still is actively inducing others to infringe the '882 in violation of 35 U.S.C. § 271(b).

17.     On information and belief, Ranir's infringement has been intentional and willful, making this an exceptional case.

18.     By reason of Ranir's infringement, Colgate has been irreparably harmed, and unless and until Ranir is enjoined by this Court, Colgate will continue to suffer irreparable damage and injury for which it has no adequate remedy at law.

## COUNT II
## INFRINGEMENT OF THE '4812 PATENT

19.     As a cause of action and ground for relief, Colgate alleges design patent infringement under 35 U.S.C. §§ 271 and 281, and incorporates herein by reference the allegations set forth in Paragraphs 1-13 of this Complaint.

20.     On information and belief, Ranir has been and still is making, using, offering to sell, selling and/or importing into the United States toothbrushes that infringe the '4812 patent in violation of 35 U.S.C. § 271(a).

8

21.     On information and belief, Ranir has been and still is actively inducing others to infringe the '4812 patent in violation of 35 U.S.C. § 271(b).

22.     On information and belief, Ranir's infringement has been intentional and willful, making this an exceptional case.

23.     By reason of Ranir's infringement, Colgate has been irreparably harmed, and unless and until Ranir is enjoined by this Court, Colgate will continue to suffer irreparable damage and injury for which it has no adequate remedy at law.

## COUNT III
## INFRINGEMENT OF THE '818 PATENT

24.     As a cause of action and ground for relief, Colgate alleges design patent infringement under 35 U.S.C. §§ 271 and 281, and incorporates herein by reference the allegations set forth in Paragraphs 1-13 of this Complaint.

25.     On information and belief, Ranir has been and still is making, using, offering to sell, selling and/or importing into the United States toothbrushes that infringe the '818 patent in violation of 35 U.S.C. § 271(a).

26.     On information and belief, Ranir has been and still is actively inducing others to infringe the '818 patent in violation of 35 U.S.C. § 271(b).

27.     On information and belief, Ranir's infringement has been intentional and willful, making this an exceptional case.

28.     By reason of Ranir's infringement, Colgate has been irreparably harmed, and unless and until Ranir is enjoined by this Court, Colgate will continue to suffer irreparable damage and injury for which it has no adequate remedy at law.

## COUNT IV
## INFRINGEMENT OF THE '819 PATENT

29.     As a cause of action and ground for relief, Colgate alleges design patent infringement under 35 U.S.C. §§ 271 and 281, and incorporates herein by reference the allegations set forth in Paragraphs 1-13 of this Complaint.

30.     On information and belief, Ranir has been and still is making, using, offering to sell, selling and/or importing into the United States toothbrushes that infringe the '819 patent in violation of 35 U.S.C. § 271(a).

31.     On information and belief, Ranir has been and still is actively inducing others to infringe the '819 patent in violation of 35 U.S.C. § 271(b).

32.     On information and belief, Ranir's infringement has been intentional and willful, making this an exceptional case.

33.     By reason of Ranir's infringement, Colgate has been irreparably harmed, and unless and until Ranir is enjoined by this Court, Colgate will continue to suffer irreparable damage and injury for which it has no adequate remedy at law.

## COUNT V
## INFRINGEMENT OF THE '7812 PATENT

34.     As a cause of action and ground for relief, Colgate alleges design patent infringement under 35 U.S.C. §§ 271 and 281, and incorporates herein by reference the allegations set forth in Paragraphs 1-13 of this Complaint.

35.     On information and belief, Ranir has been and still is making, using, offering to sell, selling and/or importing into the United States toothbrushes that infringe the '7812 patent in violation of 35 U.S.C. § 271(a).

36.     On information and belief, Ranir has been and still is actively inducing others to infringe the '7812 patent in violation of 35 U.S.C. § 271(b).

37.     On information and belief, Ranir's infringement has been intentional and willful, making this an exceptional case.

38.     By reason of Ranir's infringement, Colgate has been irreparably harmed, and unless and until Ranir is enjoined by this Court, Colgate will continue to suffer irreparable damage and injury for which it has no adequate remedy at law.

### COUNT VI
### INFRINGEMENT OF THE '813 PATENT

39.     As a cause of action and ground for relief, Colgate alleges design patent infringement under 35 U.S.C. §§ 271 and 281, and incorporates herein by reference the allegations set forth in Paragraphs 1-13 of this Complaint.

40.     On information and belief, Ranir has been and still is making, using, offering to sell, selling and/or importing into the United States toothbrushes that infringe the '813 patent in violation of 35 U.S.C. § 271(a).

41.     On information and belief, Ranir has been and still is actively inducing others to infringe the '813 patent in violation of 35 U.S.C. § 271(b).

42.     On information and belief, Ranir's infringement has been intentional and willful, making this an exceptional case.

43.     By reason of Ranir's infringement, Colgate has been irreparably harmed, and unless and until Ranir is enjoined by this Court, Colgate will continue to suffer irreparable damage and injury for which it has no adequate remedy at law.

11

## COUNT VII
## INFRINGEMENT OF THE '753 PATENT

44.    As a cause of action and ground for relief, Colgate alleges design patent infringement under 35 U.S.C. §§ 271 and 281, and incorporates herein by reference the allegations set forth in Paragraphs 1-13 of this Complaint.

45.    On information and belief, Ranir has been and still is making, using, offering to sell, selling and/or importing into the United States toothbrushes that infringe the '753 patent in violation of 35 U.S.C. § 271(a).

46.    On information and belief, Ranir has been and still is actively inducing others to infringe the '753 patent in violation of 35 U.S.C. § 271(b).

47.    On information and belief, Ranir's infringement has been intentional and willful, making this an exceptional case.

48.    By reason of Ranir's infringement, Colgate has been irreparably harmed, and unless and until Ranir is enjoined by this Court, Colgate will continue to suffer irreparable damage and injury for which it has no adequate remedy at law.

## COUNT VII
## INFRINGEMENT OF THE '591 PATENT

49.    As a cause of action and ground for relief, Colgate alleges patent infringement under 35 U.S.C. §§ 271 and 281, and incorporates herein by reference the allegations set forth in Paragraphs 1-13 of this Complaint.

50.    On information and belief, Ranir has made, used, offered to sell, sold and/or imported into the United States toothbrushes that infringe the '591 patent in violation of 35 U.S.C. § 271(a).

51.     On information and belief, Ranir has been and still is actively inducing others to infringe the '591 patent in violation of 35 U.S.C. § 271(b).

52.     On information and belief, Ranir's infringement has been willful and deliberate.

53.     By reason of Ranir's infringement, Colgate has been irreparably harmed, and unless and until Ranir is enjoined by this Court, Colgate will continue to suffer irreparable damage and injury for which it has no adequate remedy at law.

## RELIEF REQUESTED

**WHEREFORE,** plaintiff Colgate respectfully requests the following relief:

A.     Judgment that Ranir has infringed and actively induced others to infringe the Colgate Design Patents;

B.     Judgment that Ranir has infringed and actively induced others to infringe the '591 patent;

C.     A permanent injunction enjoining Ranir, its officers, employees, agents, and all others acting in concert with it or participating with it from further infringement and/or inducement of infringement of the Colgate Design Patents;

D.     A permanent injunction enjoining Ranir, its officers, employees, agents, and all others acting in concert with it or participating with it from further infringement and/or inducement of infringement of the '591 patent;

E.     An award of damages adequate to compensate Colgate for Ranir's infringement of the Colgate Design Patents and the '591 patent pursuant to 35 U.S.C. § 284, which shall be trebled as a result of Ranir's willful patent infringement, or an

award of Ranir's profits from its infringements pursuant to 35 U.S.C. § 289, whichever is greater, together with prejudgment interest and costs;

F.    An assessment of costs, including reasonable attorney fees, pursuant to 35 U.S.C. § 285, with prejudgment interest; and

G.    Such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, Colgate demands a jury trial on all issues raised in this Complaint triable to a jury.

Dated: August 3, 2006

/s/ Francis DiGiovanni
Stanley C. Macel, III (#492)
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141

Robert F. Altherr, Jr.
Nina L. Medlock
Christopher B. Roth
Elizabeth Almeter
BANNER & WITCOFF, LTD.
1001 G Street, N.W.
Suite 1100
Washington, DC 20001
Phone (202) 824-3000

*Attorneys for Plaintiff Colgate-Palmolive Company*

479969v1

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on August 3, 2006, I electronically filed

plaintiff's FIRST AMENDED COMPLAINT with the Clerk of the Court using CM/ECF, which

will send notification of such filing to the following:

Steven J. Balick, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware  19899
Phone: 302-654-1888
sbalick@ashby-geddes.com

I hereby further certify that I have served the above counsel a copy of said document via

hand delivery and electronic mail.


                                        /s/ Francis DiGiovanni
                                        Francis DiGiovanni (#3189)


479979_1

A



US00D513882S

(12) **United States Design Patent**
Hohlbein et al.

(10) Patent No.:     **US D513,882 S**
(45) Date of Patent:  \*\*  \***Jan. 31, 2006**

(54) **TOOTHBRUSH**

(75) Inventors: **Douglas J. Hohlbein**, Pennington, NJ (US); **Luca Casini**, Milan (IT); **Jacob Pringiers**, Milan (IT)

(73) Assignee: **Colgate-Palmolive Company**, New York, NY (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(\*\*) Term: **14 Years**

(21) Appl. No.: **29/211,024**

(22) Filed: **Aug. 11, 2004**

**Related U.S. Application Data**

(63) Continuation of application No. 29/189,729, filed on Sep. 10, 2003.

(51) **LOC (8) Cl.** .................................................. **04-02**
(52) **U.S. Cl.** ..................................................... **D4/104**
(58) **Field of Classification Search** ......... D4/104–112, D4/132, 134, 138; D24/146, 147; 15/105, 15/110, 111, 143.1, 167.1, 167.2, 207.2, DIG. 56; 16/430, 431; 132/308, 309, 311; 601/139, 601/141; 606/160, 161, 235
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,132,326 A | * | 3/1915 | Fouyer ...................... 15/167.1 |
| 1,588,785 A | | 6/1926 | Van Sant |
| 2,161,349 A | | 6/1939 | Hadden |
| 2,188,005 A | | 1/1940 | Casto |
| 2,262,982 A | * | 11/1941 | Wolcott ................... 15/167.1 |
| D272,683 S | | 2/1984 | Stocchi |
| D273,635 S | | 5/1984 | Stocchi |
| 4,461,285 A | | 7/1984 | Courtin |
| 4,610,043 A | | 9/1986 | Vezjak |

| | | | |
|---|---|---|---|
| 5,120,225 A | | 6/1992 | Amit |
| D334,474 S | * | 4/1993 | Sauceda ...................... D4/104 |
| 5,242,235 A | | 9/1993 | Li |
| 5,340,808 S | | 11/1993 | Sherman et al. |
| D345,256 S | | 3/1994 | Khin |
| 5,305,489 A | | 4/1994 | Lage |
| 5,396,678 A | | 3/1995 | Bredall et al. |
| 5,398,369 A | | 3/1995 | Heinzelman et al. |
| D371,680 S | | 7/1996 | Juhlin et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| JP | 2000000118 A | * | 1/2000 | |
| JP | 2002191436 A | * | 7/2002 | |
| WO | WO 200117433 A1 | * | 3/2001 | |
| WO | WO 2004/026162 A2 | | 4/2004 | |
| WO | WO 2004/028235 A2 | | 4/2004 | |

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—Lavone D. Tabor
(74) *Attorney, Agent, or Firm*—Harris A. Wolin

(57)                **CLAIM**

The ornamental design for a toothbrush, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective front view of a toothbrush showing our new design;
FIG. 2 is a head end view thereof;
FIG. 3 is a handle end view thereof;
FIG. 4 is a right side view thereof;
FIG. 5 is a left side view thereof;
FIG. 6 is a bottom view thereof; and,
FIG. 7 is a top view thereof.
The broken line showing of the two generally-oval shaped regions on the handle including the unshaded areas therein, and the enclosed region and features on the back of the toothbrush head, is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



**US D513,882 S**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,628,082 | A | 5/1997 | Moskovich |
| D386,905 | S | 12/1997 | Brady et al. |
| D391,769 | S | 3/1998 | Kling et al. |
| 5,735,011 | A | 4/1998 | Asher |
| 5,735,012 | A | 4/1998 | Heinzelman et al. |
| 5,735,864 | A | 4/1998 | Heisinger, Jr. |
| D412,064 | S | 7/1999 | Achepohl et al. |
| D413,728 | S | 9/1999 | Waguespack et al. |
| D416,685 | S | 11/1999 | Overthun |
| D418,979 | S | 1/2000 | Moskovich et al. |
| D418,981 | S | 1/2000 | Cheong et al. |
| D419,304 | S | 1/2000 | Moskovich et al. |
| D419,773 | S | 2/2000 | Beals et al. |
| D420,802 | S | 2/2000 | Cheong et al. |
| D420,804 | S | 2/2000 | Juhlin et al. |
| D421,841 | S | 3/2000 | Achepohl et al. |
| D427,437 | S | 7/2000 | Vonarburg |
| 6,108,869 | A | 8/2000 | Meessmann et al. |
| D437,486 | S | * 2/2001 | Francos ...................... D4/104 |
| D438,012 | S | * 2/2001 | Cheong et al. .............. D4/104 |
| D439,412 | S | 3/2001 | Volpenhein et al. |
| D440,767 | S | 4/2001 | Moskovich et al. |
| D448,174 | S | 9/2001 | Harris et al. |
| 6,298,516 | B1 | 10/2001 | Beals et al. |
| D450,457 | S | 11/2001 | Hohlbein |
| 6,311,358 | B1 | 11/2001 | Soetewey et al. |
| D452,615 | S | 1/2002 | Cheong et al. |
| D453,270 | S | 2/2002 | Choong |
| D453,998 | S | 3/2002 | Ping |
| D454,252 | S | 3/2002 | Lee |
| D456,139 | S | 4/2002 | Hohlbein |
| 6,374,448 | B2 | 4/2002 | Seifert |
| D456,607 | S | 5/2002 | Carlucci et al. |
| D457,323 | S | 5/2002 | Hohlbein |
| D457,325 | S | 5/2002 | Wilson et al. |
| D458,453 | S | 6/2002 | Baertschi |
| D459,086 | S | 6/2002 | Belton et al. |
| D461,313 | S | 8/2002 | Hohlbein |
| D462,178 | S | 9/2002 | Moskovich et al. |
| D462,528 | S | 9/2002 | Crossman et al. |
| D463,132 | S | 9/2002 | Winter et al. |
| D463,133 | S | 9/2002 | Hohlbein |
| 6,446,295 | B1 | 9/2002 | Calabrese |
| D463,668 | S | 10/2002 | Yoshimoto et al. |
| D466,302 | S | 12/2002 | Ping |
| D471,362 | S | 3/2003 | Moskovich et al. |
| D474,608 | S | 5/2003 | Hohlbein |
| D475,531 | S | 6/2003 | Klimeck et al. |
| D476,158 | S | 6/2003 | Ling |
| D478,213 | S | 8/2003 | Ping |
| D478,424 | S | 8/2003 | Saindon et al. |
| D478,425 | S | 8/2003 | Ping |
| D478,727 | S | 8/2003 | Wong |
| D479,046 | S | 9/2003 | Winkler |
| D479,047 | S | 9/2003 | Wong |
| D479,914 | S | 9/2003 | Choong |
| D480,213 | S | 10/2003 | Ping |
| D483,183 | S | 12/2003 | De Salvo |
| 6,654,979 | B2 | 12/2003 | Calabrese |
| D486,649 | S | 2/2004 | Sprosta et al. |
| 6,687,940 | B1 | 2/2004 | Gross et al. |
| D487,195 | S | 3/2004 | Winkler |
| 6,735,804 | B2 | 5/2004 | Carlucci et al. |
| 2001/0023516 | A1 | 9/2001 | Driesen et al. |
| 2002/0004964 | A1 | 1/2002 | Luchino et al. |
| 2002/0100134 | A1 | 8/2002 | Dunn et al. |
| 2002/0138926 | A1 | 10/2002 | Brown, Jr. et al. |
| 2002/0138931 | A1 | 10/2002 | Davies |

\* cited by examiner



FIG. 1



# FIG. 2



# FIG. 3



FIG. 4                FIG. 5





FIG. 6                    FIG. 7

**B**



US00D514812S

(12) **United States Design Patent**
Hohlbein et al.

(10) Patent No.: **US D514,812 S**

(45) Date of Patent: ** **Feb. 14, 2006**

(54) **HANDLE PORTION OF A TOOTHBRUSH**

(75) Inventors: **Douglas J. Hohlbein**, Pennington, NJ (US); **Luca Casini**, Milan (IT); **Jacob Pringiers**, Milan (IT)

(73) Assignee: **Colgate-Palmolive Company**, New York, NY (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/211,027**

(22) Filed: **Aug. 11, 2004**

**Related U.S. Application Data**

(63) Continuation of application No. 29/189,729, filed on Sep. 10, 2003.

(51) **LOC (8) Cl.** ................................................ **04-02**

(52) **U.S. Cl.** ...................................................... **D4/104**

(58) **Field of Classification Search** .......... D4/104–112, D4/132, 134, 138; D24/146, 147; 15/105, 15/110, 111, 143.1, 167.1, 167.2, 207.2, DIG. 5, 15/6; 16/430, 431; 132/308, 309, 311; 601/139, 601/141; 606/160, 161, 235

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D334,474 | S | * | 4/1993 | Sauceda ........................ D4/104 |
| 5,398,369 | A | | 3/1995 | Heinzelman et al. |
| D371,680 | S | | 7/1996 | Juhlin et al. |
| 5,735,012 | A | | 4/1998 | Heinzelman et al. |
| D416,685 | S | | 11/1999 | Overthun |
| D418,981 | S | | 1/2000 | Cheong et al. |
| D420,802 | S | | 2/2000 | Cheong et al. |
| D420,804 | S | | 2/2000 | Juhlin et al. |
| D421,841 | S | | 3/2000 | Achepohl et al. |
| D427,437 | S | | 7/2000 | Vonarburg |
| D437,486 | S | * | 2/2001 | Francos ........................ D4/104 |
| D439,412 | S | | 3/2001 | Volpenhein et al. |
| D448,174 | S | | 9/2001 | Harris et al. |
| 6,298,516 | B1 | | 10/2001 | Beals et al. |
| D450,457 | S | | 11/2001 | Hohlbein |
| D452,615 | S | | 1/2002 | Cheong et al. |

| | | | |
|---|---|---|---|
| D453,270 | S | 2/2002 | Choong |
| D454,252 | S | 3/2002 | Lee |
| D457,323 | S | 5/2002 | Hohlbein |
| D458,453 | S | 6/2002 | Baertschi |
| D461,313 | S | 8/2002 | Hohlbein |
| D462,178 | S | 9/2002 | Moskovich et al. |
| D462,528 | S | 9/2002 | Crossman et al. |
| D463,132 | S | 9/2002 | Winter et al. |
| D463,668 | S | 10/2002 | Yoshimoto et al. |
| D466,302 | S | 12/2002 | Ping |
| D471,362 | S | 3/2003 | Moskovich et al. |
| D474,608 | S | 5/2003 | Hohlbein |
| D475,531 | S | 6/2003 | Klimeck et al. |
| D478,727 | S | 8/2003 | Wong |
| D479,914 | S | 9/2003 | Choong |
| D480,213 | S | 10/2003 | Ping |
| 2002/0100134 | A1 | 8/2002 | Dunn et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO 200117433 A1 | * | 3/2001 |
| WO | WO 2004/026162 A2 | | 4/2004 |
| WO | WO 2004/028235 A2 | | 4/2004 |

* cited by examiner

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—Lavone D. Tabor
(74) *Attorney, Agent, or Firm*—Harris A. Wolin

(57) **CLAIM**

The ornamental design for a handle portion of a toothbrush, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective front view of a handle portion of a toothbrush showing our new design;
FIG. 2 is a right side view thereof;
FIG. 3 is a left side view thereof;
FIG. 4 is a bottom view thereof; and,
FIG. 5 is a top view thereof.
The broken line showing of the two generally-oval shaped regions within the claim boundaries, including the unshaded areas therein, and the remainder of the toothbrush is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 3 Drawing Sheets**





FIG. 1



FIG. 2                    FIG. 3



FIG. 4          FIG. 5

C



US00D516818S

(12) **United States Design Patent** (10) Patent No.: **US D516,818 S**

Hohibein et al.

(45) Date of Patent: ** *Mar. 14, 2006

(54) **HANDLE PORTION OF A TOOTHBRUSH**

(75) Inventors: **Douglas J. Hohibein**, Pennington, NJ (US); **Luca Casini**, Milan (IT); **Jacob Pringiers**, Milan (IT)

(73) Assignee: **Colgate-Palmolive Company**, New York, NY (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/211,025**

(22) Filed: **Aug. 11, 2004**

**Related U.S. Application Data**

(63) Continuation of application No. 29/189,729, filed on Sep. 10, 2003.

(51) **LOC (8) Cl.** ..................................................... **04-02**
(52) **U.S. Cl.** ...................................................... **D4/104**
(58) **Field of Classification Search** .......... D4/104–112, D4/132, 134, 138; D24/146, 147; 15/105, 15/110, 111, 143.1, 167.1, 167.2, 207.2, DIG. 5, 15/DIG. 6; 16/430, 431; 132/308, 309, 311; 601/139, 141, 606/160, 161, 235

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,610,043 A | 9/1986 | Vezjak | |
| D334,474 S | * 4/1993 | Sauceda | D4/104 |
| D386,905 S | 12/1997 | Brady et al. | |
| D391,769 S | 3/1998 | Kling et al. | |

| | | | |
|---|---|---|---|
| D413,728 S | 9/1999 | Waguespack et al. | |
| D418,979 S | 1/2000 | Moskovich et al. | |
| D418,981 S | 1/2000 | Cheong et al. | |
| D419,304 S | 1/2000 | Moskovich et al. | |
| D419,773 S | 2/2000 | Beals et al. | |
| D422,413 S | * 4/2000 | Goldinger et al. | D4/104 |
| D427,437 S | 7/2000 | Vonarburg | |
| 6,108,869 A | 8/2000 | Messmann et al. | |
| D437,486 S | * 2/2001 | Francos | D4/104 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO 200117433 A1 | * 3/2001 | |
| WO | WO 2004/026162 A2 | 4/2004 | |
| WO | WO 2004/028235 A2 | 4/2004 | |

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—Lavone D. Tabor
(74) *Attorney, Agent, or Firm*—Harris A. Wolin

(57) **CLAIM**

The ornamental design for a handle portion of a toothbrush, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective front view of a handle portion of a toothbrush showing our new design;

FIG. 2 is a right side view thereof;

FIG. 3 is a left side view thereof;

FIG. 4 is a bottom view thereof; and,

FIG. 5 is a top view thereof.

The broken line showing of the toothbrush head and of various regions, including the unshaded areas therein, are for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



**US D516,818 S**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D439,412 S | 3/2001 | Volpenhein et al. |
| 6,298,516 B1 | 10/2001 | Beals et al. |
| D452,615 S | 1/2002 | Cheong et al. |
| D453,998 S | 3/2002 | Ping |
| D456,139 S | 4/2002 | Hohlbein |
| D457,325 S | 5/2002 | Wilson et al. |
| D459,086 S | 6/2002 | Delton et al. |
| D462,178 S | 9/2002 | Moskovich et al. |
| D463,133 S | 9/2002 | Hohlbein |
| D471,362 S | 3/2003 | Moskovich et al. |
| D475,531 S | 6/2003 | Klimeck et al. |
| D476,158 S | 6/2003 | Ling |
| D478,213 S | 8/2003 | Ping |
| D478,424 S | 8/2003 | Saindon et al. |
| D478,425 S | 8/2003 | Ping |
| D479,047 S | 9/2003 | Wong |
| D479,914 S | 9/2003 | Choong |
| D480,213 S | 10/2003 | Ping |
| D486,649 S | 2/2004 | Sprosta et al. |
| 6,687,940 B1 | 2/2004 | Gross et al. |
| D487,195 S | 3/2004 | Winkler |
| 2002/0138931 A1 | 10/2002 | Davies |

* cited by examiner



FIG. 1



FIG. 2                FIG. 3





FIG. 4                    FIG. 5

**D**



US00D516819S

(12) **United States Design Patent**     (10) Patent No.:     **US D516,819 S**
Hohlbein                                 (45) Date of Patent:    ** **Mar. 14, 2006**

(54) **SET OF BRISTLES FOR A TOOTHBRUSH**

(75) Inventor:   **Douglas J. Hohlbein**, Pennington, NJ (US)

(73) Assignee:   **Colgate-Palmolive Company**, New York, NY (US)

( * ) Notice:    This patent is subject to a terminal disclaimer.

(**) Term:       **14 Years**

(21) Appl. No.: **29/211,028**

(22) Filed:      **Aug. 11, 2004**

**Related U.S. Application Data**

(63) Continuation of application No. 29/189,729, filed on Sep. 10, 2003.

(51) **LOC (8) Cl.** .................................................. **04-02**
(52) **U.S. Cl.** ...................................................... **D4/104**
(58) **Field of Classification Search** .......... D4/104–112, D4/132, 134, 138; D24/146, 147; 15/105, 15/110, 111, 143.1, 167.1, 167.2, 207.2, DIG. 5, 15/DIG. 6; 16/430, 431; 132/308, 309, 311; 601/139, 141; 606/160, 161, 235
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,132,326 A | * | 3/1915 | Fouyer | 15/167.1 |
| 1,588,785 A | | 6/1926 | Van Sant | |
| 2,161,349 A | | 6/1939 | Hadden | |
| 2,186,005 A | | 1/1940 | Casto | |
| 2,262,982 A | * | 11/1941 | Wolcott | 15/167.1 |
| D272,683 S | | 2/1984 | Stocchi | |
| D273,635 S | | 5/1984 | Stocchi | |
| 5,120,225 A | | 6/1992 | Amit | |
| 5,396,678 A | | 3/1995 | Dredall et al. | |
| D378,166 S | | 2/1997 | Savitt et al. | |
| 5,628,082 A | | 5/1997 | Moskovich | |

| | | | | |
|---|---|---|---|---|
| D434,906 S | * | 12/2000 | Beals et al. | D4/104 |
| D440,767 S | | 4/2001 | Moskovich et al. | |
| 6,311,358 B1 | | 11/2001 | Soetewey et al. | |
| D451,286 S | * | 12/2001 | Hohlbein | D4/104 |
| 6,374,448 B1 | | 4/2002 | Seifert | |
| D456,607 S | | 5/2002 | Carlucci et al. | |
| 6,446,295 B1 | | 9/2002 | Calabrese | |
| D479,046 S | | 9/2003 | Winkler | |
| D483,183 S | | 12/2003 | De Salvo | |
| 6,654,979 B1 | | 12/2003 | Calabrese | |
| 6,735,804 B1 | | 5/2004 | Carlucci et al. | |
| 2001/0023516 A1 | | 9/2001 | Driesen et al. | |
| 2002/0004964 A1 | | 1/2002 | Luchino et al. | |
| 2002/0108194 A1 | | 8/2002 | Carlucci et al. | |
| 2002/0138926 A1 | | 10/2002 | Brown, Jr. et al. | |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| JP | 2000000118 A | * | 1/2000 | |
| JP | 2002191436 A | * | 7/2002 | |
| WO | WO 2004/026162 A2 | | 4/2004 | |
| WO | WO 2004/028235 A2 | | 4/2004 | |

* cited by examiner

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—Lavone D. Tabor
(74) *Attorney, Agent, or Firm*—Harris A. Wolin

(57)     **CLAIM**

The ornamental design for a set of bristles for a toothbrush, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective front view of a set of bristles for a toothbrush showing my new design;
FIG. 2 is a right side view thereof;
FIG. 3 is a left side view thereof;
FIG. 4 is a top view thereof; and,
FIG. 5 is a head end view thereof.
The broken line showing of the remainder of the toothbrush for illustratve pusposes only and forms no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



Case 1:06-cv-00417-GMS    Document 9-5    Filed 08/03/2006    Page 3 of 5



FIG. 1

FIG. 2

FIG. 3

Case 1:06-cv-00417-GMS    Document 9-5    Filed 08/03/2006    Page 5 of 5



FIG. 4



FIG. 5

E



US00D517812S

(12) **United States Design Patent**    (10) Patent No.:    **US D517,812 S**
Hohlbein et al.    (45) Date of Patent:    ✱✱ **Mar. 28, 2006**

(54) **TOOTHBRUSH**

(75) Inventors: **Douglas J. Hohlbein**, Pennington, NJ (US); **Luca Casini**, Milan (IT); **Jacob Pringiers**, Milan (IT)

(73) Assignee: **Colgate-Palmolive Company**, New York, NY (US)

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/189,729**

(22) Filed: **Sep. 10, 2003**

(51) LOC (8) Cl. .................................................. **04-02**
(52) U.S. Cl. ........................................................ **D4/104**
(58) **Field of Classification Search** .......... D4/104–112,
D4/132, 134, 138; D24/146, 147; 15/105,
15/110, 111, 143.1, 167.1, 167.2, 207.2, DIG. 5–DIG. 6;
16/430, 431; 132/308, 309, 311; 601/139,
601/141; 606/160, 161, 235
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,132,326 A | ✱ | 3/1915 | Fouyer ...................... 15/167.1 |
| 1,588,785 A | | 6/1926 | Van Sant |
| 2,161,349 A | | 6/1939 | Hadden |
| 2,186,005 A | | 1/1940 | Casto |
| 2,262,982 A | ✱ | 11/1941 | Wolcott ...................... 15/167.1 |
| D272,683 S | | 2/1984 | Stocchi |
| D273,635 S | | 5/1984 | Stocchi |
| 4,461,285 A | | 7/1984 | Courtin |
| 4,610,043 A | | 9/1986 | Vezjak |
| 5,120,225 A | | 6/1992 | Amit |
| 5,242,235 A | | 9/1993 | Li |
| D340,808 S | | 11/1993 | Sherman et al. |
| D345,256 S | | 3/1994 | Khin |
| 5,305,489 A | | 4/1994 | Lage |
| 5,396,678 A | | 3/1995 | Bredall et al. |
| 3,398,369 A | | 3/1995 | Heinzelman et al. |
| D371,680 S | | 7/1996 | Juhlin et al. |
| 5,628,082 A | | 5/1997 | Moskovich |
| D386,905 S | | 12/1997 | Brady et al. |
| D391,769 S | | 3/1998 | Kling et al. |

| | | |
|---|---|---|
| 5,735,011 A | 4/1998 | Asher |
| 5,735,012 A | 4/1998 | Heinzelman et al. |
| 5,735,864 A | 4/1998 | Heinzelman, Jr. |
| D412,064 S | 7/1999 | Achepohl et al. |
| D413,728 S | 9/1999 | Waguespack et al. |
| D416,685 S | 11/1999 | Overthun |
| D418,979 S | 1/2000 | Moskovich et al. |
| D418,981 S | 1/2000 | Cheong et al. |
| D419,304 S | 1/2000 | Moskovich et al. |
| D419,773 S | 2/2000 | Beals et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| JP | 2000000118 A | ✱ | 1/2000 | |
| JP | 2001314232 A | ✱ | 11/2001 | |
| JP | 2002191436 A | ✱ | 7/2002 | |
| WO | WO 9825500 A1 | ✱ | 6/1998 | |
| WO | WO 200117433 A1 | ✱ | 3/2001 | |
| WO | WO 2004/026162 A2 | | 4/2004 | |
| WO | WO 2004/028235 A2 | | 4/2004 | |

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—Lavone D. Tabor
(74) *Attorney, Agent, or Firm*—Harris A. Wolin

(57)    **CLAIM**

The ornamental design for a toothbrush, as shown and described.

**DESCRIPTION**

FIG. **1** is a right side front perspective view of a toothbrush of our new design, the left side front perspective view being a mirror image;
FIG. **2** is a right side back perspective view thereof, the left side back perspective view being a mirror image;
FIG. **3** is a back elevation view thereof;
FIG. **4** is a left side elevation view thereof, the right side elevation view being a mirror image;
FIG. **5** is a front elevation view thereof;
FIG. **6** is a bottom plan view thereof; and,
FIG. **7** is a top plan view thereof.
FIGS. **6** and **7** are partial views with the portions not shown being omitted for clarity of the disclosure.

**1 Claim, 3 Drawing Sheets**



**US D517,812 S**

Page 2

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| D420,802 S | 2/2000 | Cheong et al. |
| D420,804 S | 2/2000 | Juhlin et al. |
| D421,841 S | 3/2000 | Achepohl et al. |
| D427,437 S | 7/2000 | Vonarburg |
| 6,108,869 A | 8/2000 | Meessmann et al. |
| D437,486 S * | 2/2001 | Francos ..................... D4/104 |
| D439,412 S | 3/2001 | Volpenhein et al. |
| D440,767 S | 4/2001 | Moskovich et al. |
| D448,174 S | 9/2001 | Harris et al. |
| 6,298,516 B1 | 10/2001 | Beals et al. |
| D450,457 S | 11/2001 | Hohlbein |
| 6,311,358 B1 | 11/2001 | Soetewey et al. |
| D452,615 S | 1/2002 | Cheong et al. |
| D453,270 S | 2/2002 | Choong |
| D453,998 S | 3/2002 | Ping |
| D454,252 S | 3/2002 | Lee |
| D456,139 S | 4/2002 | Hohlbein |
| 6,374,448 B1 | 4/2002 | Seifert |
| D456,607 S | 5/2002 | Carlucci et al. |
| D457,323 S | 5/2002 | Hohlbein |
| D457,325 S | 5/2002 | Wilson et al. |
| D458,453 S | 6/2002 | Baertschi |
| D459,086 S | 6/2002 | Belton et al. |
| D461,313 S | 8/2002 | Hohlbein |
| D462,178 S | 9/2002 | Moskovich et al. |
| D462,528 S | 9/2002 | Crossman et al. |
| D463,132 S | 9/2002 | Winter et al. |

| | | |
|---|---|---|
| D463,133 S | 9/2002 | Hohlbein |
| 6,446,295 B1 | 9/2002 | Calabrese |
| D463,668 S | 10/2002 | Yoshimoto et al. |
| D466,302 S | 12/2002 | Ping |
| D471,362 S | 3/2003 | Moskovich et al. |
| D474,608 S | 5/2003 | Hohlbein |
| D475,531 S | 6/2003 | Klimeck et al. |
| D476,158 S | 6/2003 | Ling |
| D478,213 S | 8/2003 | Ping |
| D478,424 S | 8/2003 | Saindon et al. |
| D478,425 S | 8/2003 | Ping |
| D478,727 S | 8/2003 | Wong |
| D479,046 S | 9/2003 | Winkler |
| D479,047 S | 9/2003 | Wong |
| D479,914 S | 9/2003 | Choong |
| D480,213 S | 10/2003 | Ping |
| D483,183 S | 12/2003 | De Salvo |
| 6,654,979 B1 | 12/2003 | Calabrese |
| D486,649 S | 2/2004 | Sprosta et al. |
| 6,687,940 B1 | 2/2004 | Gross et al. |
| D487,195 S | 3/2004 | Winkler |
| 6,735,804 B1 | 5/2004 | Carlucci et al. |
| 2001/0023516 A1 | 9/2001 | Driesen et al. |
| 2002/0004964 A1 | 1/2002 | Luchino et al. |
| 2002/0100134 A1 | 8/2002 | Dunn et al. |
| 2002/0138926 A1 | 10/2002 | Brown, Jr. et al. |
| 2002/0138931 A1 | 10/2002 | Davies |

* cited by examiner



FIG. 1          FIG. 2

U.S. Patent     Mar. 28, 2006     Sheet 2 of 3     US D517,812 S



FIG. 3          FIG. 4          FIG. 5

**U.S. Patent**    Mar. 28, 2006    Sheet 3 of 3    US D517,812 S



**FIG. 6**



**FIG. 7**

**F**

US00D517813S

(12) **United States Design Patent**    (10) Patent No.:    **US D517,813 S**
Hohlbein et al.    (45) Date of Patent:    ** **Mar. 28, 2006**

(54) **HANDLE PORTION OF A TOOTHBRUSH**

(75) Inventors: **Douglas J. Hohlbein**, Pennington, NJ (US); **Luca Casini**, Milan (IT); **Jacob Pringiers**, Milan (IT)

(73) Assignee: **Colgate-Palmolive Company**, New York, NY (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/211,026**

(22) Filed: **Aug. 11, 2004**

**Related U.S. Application Data**

(63) Continuation of application No. 29/189,729, filed on Sep. 10, 2003.

(51) **LOC (8) Cl.** ...................................................... **04-02**
(52) **U.S. Cl.** ...................................................... **D4/104**
(58) **Field of Classification Search** ......... D4/104–112, D24/132, J34, 138; D24/146, 147; 15/105, 15/110, 111, 143.1, 167.1, 167.2, 207.2, DIG. 5, 15/6; 16/430, 431; 132/308, 309, 311; 601/139, 601/141; 606/160, 161, 235
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D334,474 S | * 4/1993 | Sauceda | D4/104 |
| D358,938 S | 6/1995 | Schneider et al. | |
| D391,769 S | 3/1998 | Kling et al. | |
| 5,781,958 A | 7/1998 | Meessmann et al. | |
| D416,685 S | 11/1999 | Overthun | |
| D418,981 S | 1/2000 | Cheong et al. | |
| D419,773 S | 2/2000 | Beals et al. | |
| D422,413 S | 4/2000 | Goldinger et al. | |
| D427,437 S | 7/2000 | Vonarburg | |
| D429,566 S | 8/2000 | Yoshimoto et al. | |
| D429,567 S | 8/2000 | Yoshimoto et al. | |
| 6,108,869 A | 8/2000 | Meessmann et al. | |

| | | | |
|---|---|---|---|
| D437,486 S | * 2/2001 | Francos | D4/104 |
| D439,412 S | 2/2001 | Volpenhein et al. | |
| 6,298,546 B1 | 10/2001 | Beals et al. | |
| D452,615 S | 1/2002 | Cheong et al. | |
| D457,325 S | 5/2002 | Wilson et al. | |
| D459,086 S | 6/2002 | Belton et al. | |
| D462,178 S | 9/2002 | Moskovich et al. | |
| D463,131 S | 9/2002 | Winter et al. | |
| D463,132 S | 9/2002 | Winter et al. | |
| D463,133 S | 9/2002 | Hohlbein | |
| D463,668 S | 10/2002 | Yoshimoto | |
| D471,362 S | 3/2003 | Moskovich et al. | |
| D475,531 S | 6/2003 | Klimeck et al. | |
| D478,211 S | 8/2003 | Ping | |
| D480,213 S | 10/2003 | Ping | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO 200117433 A1 | * 3/2001 | |
| WO | 2004/026162 A2 | 4/2004 | |
| WO | 2004/028235 A2 | 4/2004 | |

* cited by examiner

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—Lavone D. Tabor
(74) *Attorney, Agent, or Firm*—Harris A. Wolin

(57) **CLAIM**

The ornamental design for a handle portion of a toothbrush, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective front view of a handle portion of a toothbrush showing our new design;
FIG. 2 is a right side view thereof;
FIG. 3 is a left side view thereof;
FIG. 4 is a bottom view thereof; and,
FIG. 5 is a top view thereof.
The broken line showing of the toothbrush head and of various regions and the unshaded areas therein are for illustrative purposes only and forms no part of the claimed design. The different shading techniques used represent a contrast in appearance and do not represent any particular color, material or texture.

**1 Claim, 3 Drawing Sheets**



Case 1:06-cv-00417-GMS     Document 9-7     Filed 08/03/2006     Page 3 of 5



FIG. 1



FIG. 2          FIG. 3



FIG. 4



FIG. 5

G



US00D520753S

(12) **United States Design Patent**
Hohlbein

(10) Patent No.:    **US D520,753 S**
(45) Date of Patent:    ** *May 16, 2006

(54) **SET OF BRISTLES FOR A TOOTHBRUSH**

(75) Inventor: **Douglas J. Hohlbein**, Pennington, NJ (US)

(73) Assignee: **Colgate-Palmolive Company**, New York, NY (US)

(*) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/211,030**

(22) Filed: **Aug. 11, 2004**

**Related U.S. Application Data**

(63) Continuation of application No. 29/189,729, filed on Sep. 10, 2003.

(51) **LOC (8) Cl.** .................................................. **04-02**
(52) **U.S. Cl.** ..................................................... **D4/104**
(58) **Field of Classification Search** ........... D4/104–112, D4/132, 134, 138; D24/146, 147; 15/105, 15/110, 111, 143.1, 167.1, 167.2, 207.2, DIG. 5, 15/6; 16/430, 431; 132/308, 309, 311; 601/139, 601/141; 606/160, 161, 235
See application file for complete search history.

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,132,326 A | * | 3/1915 | Fouyer ....................... 15/167.1 |
| 1,588,785 A | | 6/1926 | Van Sant |
| 2,161,349 A | | 6/1939 | Hadden |
| 2,186,005 A | | 1/1940 | Casto |
| 2,262,982 A | * | 11/1941 | Wolcott ..................... 15/167.1 |
| D272,683 S | | 2/1984 | Stocchi |
| D273,635 S | | 5/1984 | Stocchi |
| 5,120,225 A | | 6/1992 | Amit |
| 5,396,678 A | | 3/1995 | Bredall et al. |
| D360,981 S | * | 8/1995 | Moskovich et al. ......... D4/104 |
| D378,166 S | | 2/1997 | Savitt et al. |
| 5,628,082 A | | 5/1997 | Moskovich |

| | | | |
|---|---|---|---|
| D434,906 S | * | 12/2000 | Beals et al. .................. D4/104 |
| D440,767 S | | 4/2001 | Moskovich et al. |
| 6,311,358 B1 | | 11/2001 | Soetewey et al. |
| D451,286 S | * | 12/2001 | Hohlbein ..................... D4/104 |
| 6,374,448 B1 | | 4/2002 | Seifert |
| D456,607 S | | 5/2002 | Carlucci et al. |
| 6,446,295 B1 | | 9/2002 | Calabrese |
| D479,046 S | | 9/2003 | Winkler |
| D483,183 S | | 12/2003 | De Salvo |
| 6,654,979 B1 | | 12/2003 | Calabrese |
| 6,735,804 B1 | | 5/2004 | Carlucci et al. |
| 2001/0023516 A1 | | 9/2001 | Driesen et al. |
| 2002/0004964 A1 | | 1/2002 | Luchino et al. |
| 2002/0108194 A1 | | 8/2002 | Carlucci et al. |
| 2002/0138926 A1 | | 10/2002 | Brown, Jr. et al. |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| JP | | 2000000118 A | * | 1/2000 |
| JP | | 2002191436 A | * | 7/2002 |
| WO | WO 2004/026162 A2 | | | 4/2004 |
| WO | WO 2004/028235 A2 | | | 4/2004 |

* cited by examiner

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—Lavone D. Tabor
(74) *Attorney, Agent, or Firm*—Harris A. Wolin

(57)    **CLAIM**

The ornamental design for a set of bristles of a toothbrush, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective front view of a set of bristles for a toothbrush showing my new design;
FIG. 2 is a right side view thereof;
FIG. 3 is a left side view thereof;
FIG. 4 is a top view thereof; and
FIG. 5 is an enlarged perspective view thereof; and,
FIG. 6 is an enlarged top view thereof.
The broken line showing of the remainder of the toothbrush for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 4 Drawing Sheets**





**U.S. Patent**     May 16, 2006     Sheet 1 of 4     US D520,753 S



FIG. 3                    FIG. 4



FIG. 1                    FIG. 2

**U.S. Patent**     May 16, 2006     Sheet 2 of 4     US D520,753 S



FIG. 5




FIG. 6



FIG. 7



FIG. 4

**U.S. Patent**      May 16, 2006      Sheet 4 of 4      **US D520,753 S**



FIG. 5



FIG. 6

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.      : Des. 520,753 S                                    Page 1 of 4
DATED           : May 16, 2006
INVENTOR(S)     : Douglas J. Hohlbein

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

The Title page, showing an illustrative figure 1, should be deleted and substitute the
attached title page.

Drawing sheets, consisting of Fig. 1 thru Fig. 3, should be deleted and replaced with the
drawing sheets, consisting of Fig. 1 thru Fig. 3, as shown on the attached pages.

Signed and Sealed this

Thirteenth Day of June, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

Page 2 of 4

(12) **United States Design Patent**
    Hohlbein

(10) Patent No.: **US D520,753 S**
(45) Date of Patent: ★★ ***May 16, 2006**

(54) **SET OF BRISTLES FOR A TOOTHBRUSH**

(75) Inventor: Douglas J. Hohlbein, Pennington, NJ (US)

(73) Assignee: Colgate-Palmolive Company, New York, NY (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: 14 Years

(21) Appl. No.: 29/211,030

(22) Filed: Aug. 11, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 29/189,729, filed on Sep. 10, 2003.

(51) LOC (8) Cl. ........................................... 04-02
(52) U.S. Cl. ........................................... D4/104
(58) Field of Classification Search .......... D4/104–112, D4/132, 134, 138; D24/146, 147; 15/105, 15/110, 111, 143.1, 167.1, 167.2, 207.2, DIG. 5, 15/6; 16/430, 431; 132/308, 309, 311; 601/139, 601/141; 606/160, 161, 235
        See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,132,326 A | * | 3/1915 | Fouyer .......................... 15/167.1 |
| 1,588,785 A | | 6/1926 | Van Sant |
| 2,161,349 A | | 6/1939 | Hadden |
| 2,186,005 A | | 1/1940 | Casto |
| 2,262,982 A | * | 11/1941 | Wolcott .......................... 15/167.1 |
| D272,683 S | | 2/1984 | Stocchi |
| D273,635 S | | 5/1984 | Stocchi |
| 5,120,225 A | | 6/1992 | Amit |
| 5,390,678 A | | 3/1995 | Bredall et al. |
| D360,981 S | * | 8/1995 | Moskovich et al. .......... D4/104 |
| D378,166 S | | 3/1997 | Savitt et al. |
| 5,628,082 A | | 5/1997 | Moskovich |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D434,906 S | * | 12/2000 | Beals et al. .................... D4/104 |
| D440,767 S | | 4/2001 | Moskovich et al. |
| 6,311,358 B1 | | 11/2001 | Soetewey et al. |
| D451,286 S | * | 12/2001 | Hohlbein .................... D4/104 |
| 6,374,448 B1 | | 4/2002 | Seifert |
| D456,607 S | | 5/2002 | Carlucci et al. |
| 6,446,295 B1 | | 9/2002 | Calabrese |
| D479,046 S | | 9/2003 | Winkler |
| D483,183 S | | 12/2003 | De Salvo |
| 6,654,979 B1 | | 12/2003 | Calabrese |
| 6,735,804 B1 | | 5/2004 | Carlucci et al. |
| 2001/0023516 A1 | | 9/2001 | Driesen et al. |
| 2002/0004904 A1 | | 1/2002 | Luchino et al. |
| 2002/0108194 A1 | | 8/2002 | Carlucci et al. |
| 2002/0138926 A1 | | 10/2002 | Brown, Jr. et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 2000000118 A | * | 1/2000 |
| JP | 2002191436 A | * | 7/2002 |
| WO | WO 2004/026162 A2 | | 4/2004 |
| WO | WO 2004/028235 A2 | | 4/2004 |

* cited by examiner

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—Lavone D. Tabor
(74) *Attorney, Agent, or Firm*—Harris A. Wolin

(57) **CLAIM**

The ornamental design for a set of bristles of a toothbrush, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective front view of a set of bristles for a toothbrush showing my new design;
FIG. 2 is a right side view thereof;
FIG. 3 is a left side view thereof;
FIG. 4 is a top view thereof; and
FIG. 5 is an enlarged perspective view thereof; and,
FIG. 6 is an enlarged top view thereof.
The broken line showing of the remainder of the toothbrush for illustrative purposes only and forms no part of the claimed design.

1 Claim, 4 Drawing Sheets





**U.S. Patent**    May 16, 2006    Sheet 1 of 4    **D520,753 S**



FIG. 1

Page 4 of 4

**U.S. Patent**      May 16, 2006      Sheet 2 of 4      **D520,753 S**



FIG. 2        FIG. 3

**H**

US007047591B2

(12) **United States Patent**
Hohlbein

(10) Patent No.: **US 7,047,591 B2**
(45) **Date of Patent:** **May 23, 2006**

(54) **ORAL CARE IMPLEMENT**

(75) Inventor: **Douglas J. Hohlbein**, Pennington, NJ (US)

(73) Assignee: **Colgate-Palmolive Company**, New York, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/902,257**

(22) Filed: **Jul. 30, 2004**

(65) **Prior Publication Data**

US 2005/0044647 A1    Mar. 3, 2005

**Related U.S. Application Data**

(63) Continuation-in-part of application No. PCT/US03/29497, filed on Sep. 17, 2003, and a continuation-in-part of application No. 29/189,729, filed on Sep. 10, 2003.

(60) Provisional application No. 60/412,290, filed on Sep. 20, 2002.

(51) **Int. Cl.**
*A46B 5/02* (2006.01)

(52) **U.S. Cl.** ...................... **15/143.1**; 15/167.1; 16/430; 16/436; 16/DIG. 19

(58) **Field of Classification Search** .............. 15/143.1, 15/167.1; 16/431, 436, DIG. 19, 16/430; 132/321, 323; 433/141; 601/141; 606/141
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,796,001 A | 3/1931 | Church | |
| 2,263,885 A | 11/1941 | McGauley | |
| 3,185,582 A | 5/1965 | Viator | |

| | | | |
|---|---|---|---|
| 3,848,871 A | * 11/1974 | Sweet et al. | ................. 473/549 |
| 4,712,304 A | * 12/1987 | Sanelli | ........................ 30/343 |
| 4,721,021 A | 1/1988 | Kusznir | |
| D317,986 S | 7/1991 | Huang | |
| 5,052,071 A | * 10/1991 | Halm | ........................ 15/167.1 |
| 5,054,154 A | 10/1991 | Schiffer et al. | |
| D334,288 S | 3/1993 | Witzig-Jaggi | |
| 5,339,482 A | 8/1994 | Desimone et al. | |
| 5,398,369 A | 3/1995 | Heinzelman et al. | |
| D358,938 S | 6/1995 | Schneider et al. | |
| D368,163 S | 3/1996 | Overthun | |
| D371,680 S | 7/1996 | Juhlin et al. | |
| D376,695 S | 12/1996 | Tveras | |
| 5,673,454 A | 10/1997 | Quintanilla et al. | |
| 5,735,012 A | 4/1998 | Heinzelman et al. | |
| 5,781,958 A | 7/1998 | Meessmann et al. | |
| 5,860,183 A | 1/1999 | Kam | |
| 5,875,510 A | 3/1999 | Lamond et al. | |
| 5,908,038 A | 6/1999 | Bennett | |

(Continued)

FOREIGN PATENT DOCUMENTS

WO    WO 00/64306    11/2000

(Continued)

*Primary Examiner*—Mark Spisich
(74) *Attorney, Agent, or Firm*—Harris A. Wolin

(57) **ABSTRACT**

An oral care implement has an improved handle for control. The handle may include a gripping region having a grip surface with a plurality of spaced slot openings exposing portions of the base. In one construction, the handle may have an inclined portion and a grip body extending through a base of the handle. The grip body forms opposite finger grips on the inclined portion of the handle. In one construction, the handle may include a grip element which provides shifting of a mass centroid of the handle during use. In another construction, the handle includes a resilient grip body and the handle includes an aperture extend through the handle. Aperture has an inclined surface for engaging a resilient grip body.

**34 Claims, 6 Drawing Sheets**



## US 7,047,591 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D412,064 | S | 7/1999 | Achepohl et al. |
| 5,926,901 | A | 7/1999 | Tseng et al. |
| D413,728 | S | 9/1999 | Waguespack et al. |
| D415,352 | S | 10/1999 | Beals et al. |
| 5,964,009 | A * | 10/1999 | Hoepfl et al. ................. 16/430 |
| D416,685 | S | 11/1999 | Overthun |
| D418,979 | S | 1/2000 | Moskovich et al. |
| D419,304 | S | 1/2000 | Moskovich et al. |
| D419,773 | S | 2/2000 | Beals et al. |
| D420,802 | S | 2/2000 | Cheong et al. |
| D420,804 | S | 2/2000 | Juhlin et al. |
| D421,184 | S | 2/2000 | Koh et al. |
| D421,841 | S | 3/2000 | Achepohl et al. |
| 6,049,936 | A | 4/2000 | Holley |
| 6,070,286 | A * | 6/2000 | Cardarelli ................. 15/167.1 |
| 6,076,223 | A * | 6/2000 | Dair et al. ................. 15/167.1 |
| D429,566 | S | 8/2000 | Yoshimoto et al. |
| D429,567 | S | 8/2000 | Yoshimoto et al. |
| 6,108,849 | A | 8/2000 | Weihrauch |
| 6,108,869 | A | 8/2000 | Meessmann et al. |
| 6,128,808 | A * | 10/2000 | Jansson et al. ............... 16/431 |
| D434,906 | S | 12/2000 | Beals et al. |
| 6,179,503 | B1 | 1/2001 | Taghavi-Khanghah |
| D439,412 | S | 3/2001 | Volpenhein et al. |
| D440,767 | S | 4/2001 | Moskovich et al. |
| D441,958 | S | 5/2001 | Rueb |
| 6,266,840 | B1 * | 7/2001 | Munro ...................... 15/167.1 |
| D446,021 | S | 8/2001 | Jen |
| D447,238 | S | 8/2001 | Tang |
| D448,174 | S | 9/2001 | Harris et al. |
| D448,570 | S | 10/2001 | Harris et al. |
| D448,571 | S | 10/2001 | Harris et al. |
| 6,298,516 | B1 | 10/2001 | Beals et al. |
| D450,457 | S | 11/2001 | Hohlbein |
| 6,322,362 | B1 * | 11/2001 | Holms ........................ 433/143 |
| 6,325,626 | B1 * | 12/2001 | Blass .......................... 433/141 |
| 6,332,233 | B1 | 12/2001 | Proulx |
| D452,615 | S | 1/2002 | Cheong et al. |
| D453,270 | S | 2/2002 | Choong |
| D453,998 | S | 3/2002 | Ping |
| D454,252 | S | 3/2002 | Lee |
| 6,353,958 | B1 * | 3/2002 | Weihrauch ................. 15/167.1 |
| D456,139 | S | 4/2002 | Hohlbein |
| D457,323 | S | 5/2002 | Hohlbein |
| D457,325 | S | 5/2002 | Wilson et al. |
| D458,453 | S | 6/2002 | Baertschi |
| D459,086 | S | 6/2002 | Belton et al. |
| 6,408,476 | B1 | 6/2002 | Cann |
| 6,408,524 | B1 * | 6/2002 | Lai .............................. 30/324 |
| D461,313 | S | 8/2002 | Hohlbein |
| D462,178 | S | 9/2002 | Moskovich et al. |
| D462,527 | S | 9/2002 | Ping |
| D462,528 | S | 9/2002 | Crossman et al. |
| D463,131 | S | 9/2002 | Winter et al. |
| D463,132 | S | 9/2002 | Winter et al. |
| D463,133 | S | 9/2002 | Hohlbein |
| D463,668 | S | 10/2002 | Yoshimoto et al. |
| D466,302 | S | 12/2002 | Ping |
| D467,430 | S | 12/2002 | Ping |
| D469,958 | S | 2/2003 | Saindon et al. |
| D474,608 | S | 5/2003 | Hohlbein |
| D475,531 | S | 6/2003 | Klimeck et al. |
| D476,158 | S | 6/2003 | Ling |
| D476,487 | S | 7/2003 | Saindon et al. |
| D478,211 | S | 8/2003 | Ping |
| D478,213 | S | 8/2003 | Ping |
| D478,424 | S | 8/2003 | Saindon et al. |
| D478,425 | S | 8/2003 | Ping |
| D478,727 | S | 8/2003 | Wong |
| D478,728 | S | 8/2003 | Wong |
| 6,601,272 | B1 | 8/2003 | Stvartak et al. |
| D479,047 | S | 9/2003 | Wong |
| D479,914 | S | 9/2003 | Choong |
| D480,213 | S | 10/2003 | Ping |
| D480,214 | S | 10/2003 | Kling et al. |
| D480,877 | S | 10/2003 | Crossman et al. |
| D482,199 | S | 11/2003 | De Salvo |
| D483,569 | S | 12/2003 | Wong |
| D485,989 | S | 2/2004 | Winkler |
| D486,649 | S | 2/2004 | Sprosta et al. |
| 6,687,940 | B1 | 2/2004 | Gross et al. |
| D487,195 | S | 3/2004 | Winkler |
| D488,621 | S | 4/2004 | Wong |
| 2001/0047556 | A1 | 12/2001 | Weihrauch |
| 2002/0100134 | A1 | 8/2002 | Dunn et al. |
| 2002/0138931 | A1 | 10/2002 | Davies |
| 2002/0170145 | A1 | 11/2002 | Stvartak et al. |
| 2004/0010878 | A1 | 1/2004 | Kraemer |
| 2004/0025272 | A1 | 2/2004 | Stvartak et al. |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO 2003-005855 | A1 | 1/2003 |

* cited by examiner



FIG. 1



FIG. 2                    FIG. 3



FIG. 4



FIG. 5



FIG. 6

FIG. 7



FIG. 8



FIG. 9

US 7,047,591 B2

1

# ORAL CARE IMPLEMENT

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation in part of co-pending PCT Application No. PCT/US2003/029497 (designating the U.S.), filed Sep. 17, 2003, entitled "Toothbrush With Gripping Area", which claims priority of U.S. Provisional Application Ser. No. 60/412,290, filed Sep. 20, 2002. This application also is a continuation in part of co-pending U.S. patent application Ser. No. 29/189,729, filed Sep. 10, 2003. The contents of the above-noted applications are each expressly incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention generally pertains to an oral care implement, and in particular, to an implement with an improved handle.

## BACKGROUND OF THE INVENTION

Oral care implements, especially toothbrushes, are used by many people on a daily basis. With such devices, a handle is usually provided to be grasped and manipulated by the user as needed. However, many handles are simply linear rods of relatively rigid material which are neither comfortable nor given to easy manipulation. Further, use of an oral care implement may commonly occur under wet conditions, which can cause the handle to be slippery. Accordingly, there is a need for an oral care implement that provides for improved control and greater comfort for the user.

## BRIEF SUMMARY OF THE INVENTION

The invention pertains to an oral care implement with an improved handle that provides greater comfort and improved control during use.

In one aspect of the invention, the handle includes a gripping region formed by a grip member having a plurality of spaced openings that expose portions of an underlying base. In a preferred embodiment, the grip member is an elastomer and the exposed base portions are recessed in the slots. This construction provides a reliable, slip-resistant and comfortable portion to be grasped.

In one other aspect of the invention, the handle has a resilient grip body that extends through the handle to be gripped by the user's finger and thumb. In a preferred embodiment, the grip body is fit into a large opening in a base where the mass of the grip body can be shifted by pressure on either side for greater comfort and control, and to dampen the pressure applied by the brush. Moreover, the grip body also preferably includes a friction surface to resist slippage.

In one other aspect of the invention, the handle includes an inclined segment that offsets the head of the implement relative to a palm gripping region for better control and manipulation of the toothbrush or other implement. A grip body is preferably positioned along the inclined segment to further enhance the comfort and control felt by the user.

In another aspect of the invention, the handle includes a large aperture into which a resilient grip body is stably fixed. The aperture has a sidewall geometry shaped for securely engaging the resilient grip body while facilitating an easy molding process. In a preferred construction, the sidewall

2

geometry includes at least one inclined surface which defines a narrowed portion of the aperture.

## BRIEF DESCRIPTION OF THE DRAWINGS

A more complete understanding of the present invention and the advantages thereof may be acquired by referring to the following description in consideration of the accompanying drawings, in which like reference numbers indicate like features, and wherein:

FIG. 1 is a perspective front view of an oral care implement according to one or more aspects of an illustrative embodiment;

FIG. 2 is a rear view of the oral care implement of FIG. 1;

FIG. 3 is a front view of the oral care implement of FIG. 1;

FIG. 4 is a side view of the oral care implement of FIG. 1;

FIG. 5 is a section view of the oral care implement taken along line 5—5 in FIG. 3;

FIG. 6 is a partial side view of a base of an oral care implement of FIG. 1;

FIG. 7 is a partial front view of the base of FIG. 6;

FIG. 8 is a top axial view of the oral care implement of FIG. 1; and

FIG. 9 is a bottom axial view of the oral care implement of FIG. 1.

## DETAILED DESCRIPTION OF THE INVENTION

FIGS. 1–9 illustrate an oral care implement in the form of a toothbrush 100 having an improved handle 103 and a head 105 with bristles or other tooth engaging elements. While reference is made to a toothbrush with an improved handle, other oral care implements, such as inter-proximal picks, flossing tools, plaque scrapers, tongue and soft tissue cleansers/massagers and the like, may use the same handle. It is also to be understood that other embodiments may be utilized, and that structural and functional modifications may be made without departing from the scope of the present invention.

Handle 103 is provided for the user to reliably grip and manipulate the toothbrush. Handle 103 includes ergonomic features which provide a high degree of control for the user while maintaining comfort. In a preferred construction (FIGS. 1–9), handle 103 includes a base 300, a grip body 403, and a gripping member 407. These components cooperatively form a grip portion 400 by which the user holds and manipulates the toothbrush. For optimum comfort and control, grip portion 400 includes three segments 111, 113, 115. A rear segment 115 forms a portion that generally fits comfortably within the palm of the user. A front segment 111 forms a portion that generally fits comfortably between the user's thumb and index finger. A narrow transition segment 113 connects the front and rear segments 111, 115.

In a preferred construction, front segment 111 is inclined relative to rear segment 115 to define an inclined portion positioned for comfortable gripping and to facilitate a desired offset positioning of the head relative to the palm gripping region 115. The angle θ of the incline is preferably 23 degrees, but may range approximately between 5–40 degrees. This feature allows improved control of the handle during brushing in which the head 105 can be more desirably positioned within the mouth to engage the tooth cleaning elements 200 against the teeth.

US 7,047,591 B2

3

In the preferred embodiment, front and rear segments **111**, **115** are widened sections that are joined by a narrowed portion **113** to form an undulating structure which is more reliably and comfortably held within the user's hand. Further, this wide construction of the palm and finger gripping regions **111**, **115** requires less fine motor control by the user and is, hence, easier to hold and manipulate. In addition, front segment **111** transitions into neck **116** which, in turn, supports head **105**. In a preferred embodiment, base **300** includes a gripping region **301** that corresponds to grip portion **400**, the neck **116**, and the head **105** to define an oral engaging region.

Under a normal use position, grip portion **400** is grasped by a user with the fingers engaging the handle **103** so that the thumb is on one side and the index finger and other fingers are positioned on the opposite side. Front segment **111** of grip portion **400** includes grip body **403** having opposing sides **405**, **404** preferably for engaging the thumb and index finger of a user. Grip portion **400** further includes a rear segment **115** which enables reliable gripping of the toothbrush **100** with the third through the fifth fingers of the user's hand in a normal use position. While a normal use position is discussed, the features of the toothbrush could be employed by a user having less fingers or a user which holds the toothbrush in other ways.

In one preferred construction, front section **111** includes a soft, resilient grip body **403** fixed within aperture **303** of base **300**. As shown in FIGS. **8** and **9**, front section **111** has the widest transverse dimension of any other part of handle **103**. As shown in FIGS. **1** and **4**, aperture **303** occupies more than one-half of the transverse dimension across front section **111** of handle **103**. Nevertheless, other constructions are possible. As an example only, grip body **403** may occupy a smaller portion of the transverse dimension, such as one-third of the transverse dimension of front section **111**. Nevertheless, the width and length of aperture **303** may be adjusted as desired and other parts of handle **103** may be as wide as or wider than front segment **111**.

Referring to FIGS. **5**–**7**, in one construction, aperture **303** extends through base **300** to mount grip body **403**. Aperture **303** includes a sidewall geometry **305** for the retaining and dynamic positioning of the resilient grip body **403** during use of the toothbrush. While grip body **403** is preferably molded into aperture **303**, it could be premolded and mounted into aperture **303**. In a preferred construction, grip member **403** is a soft, resilient element formed of a thermoplastic elastomer (TPE) which fills the aperture **303**. To provide optimum comfort as well as control benefits, the elastomeric material preferably has a hardness durometer measurement ranging between A11 to A15 Shore hardness. Nevertheless, the hardness of the elastomer could also range between A8 to A24 Shore hardness. Other materials outside this hardness range could also be used. As an example, one preferred elastomeric material is styrene-ethylene/butylene-styrene (SEBS) manufactured by GLS Corporation. Nevertheless, other manufacturers can supply the SEBS material and other materials could be used.

Referring to FIGS. **1**–**5**, resilient grip body **403** preferably has a generally bulbous shape that bulges out of aperture **303** and which resembles an oval or elliptical shape. The bulbous shape of the resilient grip body **403** enables the user to reliably roll and control the handle **103** between the thumb and index fingers during use. Grip body **403** could also be non-bulging or have any number of shapes, such as circular, a true oval shape and the like.

Referring to FIGS. **5**–**7**, aperture **303** preferably includes a peripheral shoulder or rim **304** for supporting grip body

4

**403**. Sidewall **305** of aperture **303** extends between opposing outer surfaces of base **300** and includes inclined surfaces **309**, **310** inside of the periphery of aperture **303**. The inclined surfaces **309**, **310** extend from the outer surfaces towards a rounded edge surface **311** which is the narrowest part of the aperture **303**. This construction, in conjunction with the soft, resilient nature of grip member **403**, provides a weight shifting feature which improves control of the handle **103** during use.

Resilient grip body **403** further helps attenuate the brushing force applied to the oral surfaces to prevent gum recession, loss of tooth enamel or to provide for a more comfortable brushing experience. When the toothbrush is used against the oral surfaces, such as the teeth, reaction forces are transferred to the resilient grip body **403**. The elastomeric material dampens the forces against the head **105** which reduces the brush pressure applied to the teeth and soft tissue surfaces, such as the gums. In a preferred construction, elastomeric material of the resilient grip body **403** is enabled to flow and shift within aperture **303**. Net pressure applied by the user's fingers is transferred to grip body **403** so that the inclined surface **309**, **310** enables the elastomeric material to flow to the narrowest portion of the aperture. Hence, some of the elastomeric material squeezes past rounded edge surface **311** to the other side of the aperture while under pressure. The shifting of the material to the other side of the aperture causes a slight shift in the mass centroid of the resilient member **403** to counter balance the brushing forces. Thus, grip body **403** balances handle **103** enabling it to "float" in the hand of the user and reduce the brushing forces applied by the head **105**.

In one preferred construction, grip body **403** has a multiplicity of finger grip protrusions **411** (FIGS. **1**–**5**). Finger grip protrusions **411** provide a tactile feature to increase the friction on the user's finger surfaces and thus enhance the user's ability to grip the handle, particularly under wet conditions. Finger grip protrusions **411** are preferably provided in a desired conical or frusto-conical shape for improved grip performance. Of course, other roughened surfaces could be used.

Referring to FIGS. **6** and **7**, rear segment **115** is preferably formed by base **300** and gripping member **407**. In one preferred embodiment, base **300** defines a relatively rigid support structure which is at least partially overlain by an elastomeric gripping member **407**. While gripping member **407** is shown as a single unitary member or layer, it could be formed by separate independent parts or sections.

Base **300** along rear segment **115** includes at least one projection, and preferably a plurality of spaced projections. While the projections could have virtually any shape, they are preferably in the form of spaced, elongate, transverse projections or ribs **315**. In the preferred embodiment, ribs **315** are generally parallel with respect to each other and generally symmetrical in relation to the longitudinal axis a—a of rear segment **115**. The projections **315** are preferably linear and span laterally between the longitudinal sides **313**, **314** of handle **103**, although they may have different transverse lengths. The transverse length of each projection **315** generally matches the width at the longitudinal location along the handle **103**; although the ribs are preferably slightly short of the actual width of handle segment **115** at any one location so as to be covered on the sides by gripping member **407**. Since ribs **315** span the width of segment **115**, they each have varying lengths due to the variations in the width of handle segment **115**. While nine projections are shown, the inventive aspects may be obtained by other numbers of projections.

US 7,047,591 B2

5

In a preferred arrangement, a receiving region **317** is defined between each of the adjacent transverse projections **315**. The receiving regions **317** are configured to retain and hold a layer of suitable gripping member **407**, such as a thermoplastic elastomer (TPE) or other similar materials used in oral care products. In a preferable construction, receiving regions **317** have a transverse arcuate base surface **319** with a transverse groove or depression **321**. The arcuate base surface **319** extends between the longitudinal sides of base **300**. When a gripping member **407** is applied to the base, grooves **321** create concaved regions **413** in grip surface **410** to improve the tactile performance of the toothbrush handle (see FIG. **4**). While horizontal or straight projections **315** are illustrated, the projections **315**, alternatively, may be any number of shapes or orientations with respect to the longitudinal axis a—a. For example, the projections **315** may be chevron shaped, circular, oval, elliptical, rectangular, or triangular or other shapes. The orientation of the projections **315** may also be off-axis from the longitudinal axis a-a to form an asymmetrical relationship. The projections **315** may be regularly or randomly spaced on base **300** for the intended gripping performance. As shown in FIG. **7**, a peripheral portion of base **300** has a peripheral groove **323** arranged to receive and hold a layer of the grip material for suitable use with the toothbrush.

Referring to FIGS. **2**, **4** and **5**, gripping member **407** is fixed to base **300** to provide several gripping features to improve performance. In one aspect, gripping member **407** has a grip surface **410** with at least one and preferably a plurality of spaced openings, preferably in the form of elongate transverse slots **415**, which expose portions of base **300**. In this way, the outline shape of slots **415** is formed by the peripheral shape of projections **315** of base **300** (FIGS. **6** and **7**). To form slots **415**, suitable injection molding equipment mates with the top surfaces of the projections **315** to prevent overmolding of ribs **315** and any undesired deflection of base **300** during the molding process. This enables the top surfaces of the projections **315** to be exposed after the molding process.

To provide comfort as well as control benefits, the elastomeric material of the grip surface **410** may have a hardness durometer measurement ranging between A13 to A50 Shore hardness, although materials outside this range may be used. A preferred range of the hardness durometer rating is between A25 to A40 Shore hardness. While an injection molded construction is preferred, a suitable deformable thermoplastic material, such as TPE, may be formed in a thin layer and attached to base **300** with an appropriate adhesive or by other means. Irrespective of the manufacturing process, ribs **315** are preferably recessed relative to gripping surface **410**, i.e., a suitable thickness of elastomeric material is used to control the depth of the slot **415** as measured from the top of the grip surface **410** to the top of the projection (e.g., the exposed portion of base **300**). In a preferred construction, the depth of the slots along axis a—a is about 0.5 mm. These transverse slots **415** prevent slippage of the handle **103** by enabling portions of the user's fingers to slightly protrude into the depth of the slot **415**. Additionally, slots **415** channel water away from the fingers tips during wet operational conditions. Air is also able to enter the slots during brushing to provide some evaporative effect.

In another aspect, the grip surface **410** includes concaved regions **413** between each slot **415** to further improve the grip performance of handle **103**. The concaved regions **413** are preferably created by a suitable thickness of the elastomeric material during the injection molding process filling into the transverse grooves **321** in base **300**, but could be

6

formed by other means (FIGS. **6** and **7**). While base surface **319** is preferably arcuate in a transverse direction, the base surface may be horizontal or take on other shapes.

In one preferred construction, resilient grip body **403** has a different hardness as compared to the hardness of the grip surface **410**. Generally, the material of grip body **403** is softer than the material forming the grip surface **410**. In this manner, the handle **103** may be provided different grip features to complement the particular control need. For example, the handle **103** may have a soft forward portion with a shock absorption advantage and a slightly harder aft portion with a comfort and control advantage. The material of the resilient grip body **403** and grip surface **410** are preferably each a thermoplastic elastomer.

The inventive aspects may be practiced for a manual toothbrush or a powered toothbrush. In operation, the previously described features, individually and/or in any combination, improve the control and grip performance of oral implements. Other constructions of toothbrush are possible. For example, head **105** may be replaceable or interchangeable on handle **103**. Head **105** may include various oral surface engaging elements, such as inter-proximal picks, brushes, flossing element, plaque scrapper, tongue cleansers and soft tissue massages. While the various features of the toothbrush **100** work together to achieve the advantages previously described, it is recognized that individual features and sub-combinations of these features can be used to obtain some of the aforementioned advantages without the necessity to adopt all of these features in an oral care implement.

While the invention has been described with respect to specific examples including presently preferred modes of carrying out the invention, those skilled in the art will appreciate that there are numerous variations and permutations of the above described systems and techniques. It is to be understood that other embodiments may be utilized and structural and functional modifications may be made without departing from the scope of the present invention. Thus, the spirit and scope of the invention should be construed broadly as set forth in the appended claims.

What is claimed is:

**1**. An oral care implement comprising:

a base with a gripping region and an oral engaging region, the base having an aperture extending therethrough;

a gripping member at least partially overlying the gripping region of the base and provided with at least one opening exposing a portion of the base; and

a resilient grip body in the gripping region and extending through the aperture, the gripping member having a different durometer characteristic than the resilient grip body.

**2**. The oral care implement according to claim **1**, in which the gripping member and the grip body comprises an elastomeric material.

**3**. The oral care implement according to claim **2**, in which the at least one opening exposing a portion of the base is recessed to define a cavity.

**4**. The oral care implement according to claim **3**, in which the base further includes at least one projection which has an outer surface, and the exposed portion of the base in the least one opening being the outer surface of the projection.

**5**. The oral care implement according to claim **2** wherein the at least one opening further comprises a plurality of the openings provided in the gripping member.

**6**. The oral care implement according to claim **5**, in which the gripping member further includes a concaved region disposed between each pair of adjacent openings.

7

8

**7**. The oral care implement according to claim **6**, in which the base further includes a plurality of projections and a base surface extending between the projections, wherein the base surface between each adjacent pair of said projections has a groove disposed between the projections, and wherein the groove is disposed below the concaved regions.

**8**. The oral care implement of claim **5**, in which the openings are elongate, transverse slots.

**9**. The oral care implement according to claim **8**, in which the slots have varying lengths along a longitudinal direction of the gripping region.

**10**. The oral care implement according to claim **5** wherein the resilient grip body is fixed in the aperture to define tactile finger gripping surfaces on opposite sides of the base.

**11**. The oral care implement according to claim **10**, in which the openings in the gripping member with exposed portions of the base are recessed.

**12**. The oral care implement according to claim **11**, in which the gripping region of the base includes a rear segment and a front segment that is inclined relative to the rear segment, the rear segment including the gripping member.

**13**. The oral care implement according to claim **12** wherein the aperture is formed in the front segment.

**14**. The oral care implement according to claim **2** wherein the grip body is surrounded by the gripping member on one side of the aperture.

**15**. The oral care implement according to claim **1**, in which the grip body is of a softer material than said gripping member.

**16**. The oral care implement according to claim **15** wherein the aperture and grip body received therein has a width at its largest dimension which is more than one half of the width of the base at the same location.

**17**. The oral care implement according to claim **16** wherein the at least one opening further comprises a plurality of openings provided in the gripping member.

**18**. The oral care implement according to claim **17**, in which the exposed portions of the base in the gripping member are recessed.

**19**. The oral care implement according to claim **1**, wherein the resilient grip body is fixed in the aperture to define tactile finger gripping surfaces on opposite sides of the base.

**20**. The oral care implement according to claim **19** wherein the aperture and grip body received therein has a width at its largest dimension which is more than one half of the width of the base at the same location.

**21**. The oral care implement according to claim **1**, in which the base includes first and second sections and an intermediate section that connects the first and second sections, wherein the intermediate section is narrower than the first and second sections.

**22**. The oral care implement according to claim **21**, in which the first section is inclined relative to the second section.

**23**. The oral care implement according to claim **1**, in which the exposed portion of the base is recessed in the gripping member to define a cavity in the opening.

**24**. The oral care implement according to claim **1**, in which the gripping member is composed of a softer material than the base and the grip body is composed of a softer material than the gripping member.

**25**. The oral care implement according to claim **24**, in which the at least one opening includes a plurality of openings exposing base portions that are recessed relative to the gripping member.

**26**. The oral care implement according to claim **1**, in which the oral engaging region includes teeth cleaning elements.

**27**. An oral care implement comprising:

a base with a gripping region and an oral engaging region, the gripping region including a rear segment and a front segment inclined relative to the rear segment wherein the front segment is inclined relative to the rear segment at about 20–40 degrees thereby defining the inclined portion;

a resilient grip surface being disposed on the rear segment; and

a grip body extending through an aperture in the base and spaced from the grip surface, the grip body forming opposite finger gripping surfaces on the inclined portion of the base.

**28**. The oral care implement according to claim **27**, in which the grip body comprises an elastomeric material.

**29**. The oral care implement according to claim **27**, in which the grip body is configured to counterbalance forces acting on the base.

**30**. The oral care implement according to claim **27**, in which the grip body has a hardness of about 8–24 Shore A.

**31**. The oral care implement according to claim **30** wherein the resilient grip surface has a hardness of about 13–50 Shore A.

**32**. The oral care implement according to claim **27** wherein the grip body is spaced from the grip surface by a portion of the base.

**33**. The oral care implement according to claim **27** wherein the aperture and grip body received therein has a width at its largest dimension which is more than one half of the width of the base at the same location.

**34**. The oral care implement according to claim **27** wherein each said finger gripping surface includes a plurality of projections.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
## Certificate

Patent No. 7,047,591 B2                                     Patented: May 23, 2006

On petition requesting issuance of a certificate for correction of inventorship pursuant to 35 U.S.C. 256, it has been found that the above identified patent, through error and without any deceptive intent, improperly sets forth the inventorship.

Accordingly, it is hereby certified that the correct inventorship of this patent is: Douglas J. Hohlbein, Pennington, NJ (US); Michael Charles Rooney, Milburn, NJ (US); Luca Casini, Milan, Italy; and Jacob Pringiers, Milan, Italy.

Signed and Sealed this First Day of August 2006.

GLADYS JP CORCORAN
*Supervisory Patent Examiner*
Art Unit 3672