IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLGATE-PALMOLIVE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-417-GMS |
| | ) | |
| RANIR, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of the undersigned as counsel to the defendant, Ranir, L.L.C., in the above action.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendant*

*Of Counsel:*

James Moskal
Charles E. Burpee
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
616-752-2000

Dated: August 7, 2006
171884.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2006, the attached **ENTRY OF APPEARANCE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Stanley C. Macel, III, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Robert F. Altherr, Jr., Esquire<br>Banner & Witcoff, Ltd.<br>1001 G Street, N.W.<br>Suite 1100<br>Washington, DC  20001 | VIA FEDERAL EXPRESS |

/s/ Steven J. Balick
_____
Steven J. Balick

171890.1