**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| COLGATE-PALMOLIVE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-417-GMS |
| | ) | |
| RANIR, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

**ANSWER TO FIRST AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES**

Defendant answers plaintiff's First Amended Complaint as follows:

1. Admitted, upon information and belief.

2. Admitted.

3. Admitted.

4. Admitted.

5. Defendant does not contest personal jurisdiction.

6. Admitted.

7. Defendant lacks knowledge or information sufficient to form a belief as to the truth of this allegation.

8. Defendant lacks knowledge or information sufficient to form a belief as to the truth of this allegation.

9. Defendant lacks knowledge or information sufficient to form a belief as to the truth of this allegation.

10. Admitted.

11. Admitted.

12. Denied as untrue.

13. Denied as untrue.

14. Denied as untrue.

15. Denied as untrue.

16. Denied as untrue.

17. Denied as untrue.

18. Denied as untrue.

19. Denied as untrue.

20. Denied as untrue.

21. Denied as untrue.

22. Denied as untrue.

23. Denied as untrue.

24. Denied as untrue.

25. Denied as untrue.

26. Denied as untrue.

27. Denied as untrue.

28. Denied as untrue.

29. Denied as untrue.

30. Denied as untrue.

31. Denied as untrue.

32. Denied as untrue.

33. Denied as untrue.

34. Denied as untrue.

35. Denied as untrue.

36. Denied as untrue.

37. Denied as untrue.

38. Denied as untrue.

39. Denied as untrue.

40. Denied as untrue.

41. Denied as untrue.

42. Denied as untrue.

43. Denied as untrue.

44. Denied as untrue.

45. Denied as untrue.

46. Denied as untrue.

47. Denied as untrue.

48. Denied as untrue.

49. Denied as untrue.

50. Denied as untrue.

51. Denied as untrue.

52. Denied as untrue.

53. Denied as untrue.

WHEREFORE, defendant requests that the Court dismiss plaintiff's First Amended Complaint with prejudice, and that the Court award defendant costs, attorney fees and all additional relief to which it is entitled.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff has failed to state one or more claims upon which relief can be granted.

2. Defendant has not infringed any valid, enforceable claim of any of the patents at issue.

3. One or more of the patents is invalid for failure to meet the conditions of patentability of Title 35 of the United States Code.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware  19899
302-654-1888
sbalick@ashby-geddes.com
jday@asshby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendant*

*Of Counsel:*

James Moskal
Charles E. Burpee
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids,

Dated:  August 21, 2006

172272.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August, 2006, the attached **ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Stanley C. Macel, III, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| Robert F. Altherr, Jr., Esquire<br>Banner & Witcoff, Ltd.<br>1001 G Street, N.W.<br>Suite 1100<br>Washington, DC 20001 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

171890.1