## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLGATE-PALMOLIVE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-417-GMS |
| | ) | |
| RANIR, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S RULE 7.1 STATEMENT

Defendant provides the following information in connection with Fed. R. Civ. P. 7.1:

(a) *The identity of any parent corporation:* The name of defendant's parent corporation is Linden LLC.

(b) *The identity of any publicly held corporation that owns 10% or more of its stock:* No publicly held corporation owns 10% or more of defendant's stock.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware  19899
302-654-1888
sbalick@ashby-geddes.com
jday@asshby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendant*

*Of Counsel:*

James Moskal
Charles E. Burpee
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids,

Dated: August 21, 2006

172274.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August, 2006, the attached **DEFENDANT'S RULE 7.1 STATEMENT** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Stanley C. Macel, III, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| Robert F. Altherr, Jr., Esquire<br>Banner & Witcoff, Ltd.<br>1001 G Street, N.W.<br>Suite 1100<br>Washington, DC  20001 | **VIA FEDERAL EXPRESS** |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon