**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

November 6, 2006

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 N. King Street
Room 2124, Lockbox 19
Wilmington, Delaware 19801

      Re:   *Colgate-Palmolive Company v. Ranir, L.L.C.*,
             Civil Action No. 06-417-GMS

Dear Judge Sleet:

     Enclosed please find a revised version of the parties' proposed Scheduling Order that incorporates the dates and other matters discussed at the scheduling conference held on October 30, 2006. Counsel for all parties have approved the enclosed proposed order.

                                    Respectfully submitted,

                                      Francis DiGiovanni

FD:rkl
Enclosure

cc:    Clerk of the Court (by ECF)
        Robert F. Altherr, Jr., Esq. (by e-mail)
        Steven J. Balick, Esq. (by ECF and e-mail)
        James Moskal, Esq. (by e-mail)

498091_1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| COLGATE-PALMOLIVE COMPANY, )<br>)<br>  Plaintiff, )<br>) <br>  v. )<br>)<br>RANIR, L.L.C. )<br>)<br>  Defendant. ) | Civil Action No. 06-417-GMS |

**SCHEDULING ORDER**

This _____ day of November, 2006, the Court having conducted a Rule 16 Scheduling Conference pursuant to Local Rule 16.2(b) on October 30, 2006, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation or binding arbitration;

IT IS ORDERED that:

1. **Rule 26(a) Initial Disclosures**. Unless otherwise agreed to by the parties, they shall make their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) on or before November 15, 2006.

2. **Joinder of other Parties and Amendment of Pleadings**. All motions to join other parties and amend the pleadings shall be filed on or before February 1, 2007.

3. **Reliance Upon Advice of Counsel**. Defendant shall inform plaintiffs whether it intends to rely upon advice of counsel as a defense to willful infringement no later than February 15, 2007. If defendant elects to rely on advice of counsel as a defense to willful infringement, defendant shall advise plaintiff of any oral opinions on which defendant intends to rely and shall produce any written opinions on which defendant intends to rely to plaintiff no later than February 15, 2007.

- 1 -

4.  ***Markman* Claim Construction Hearing**.  A *Markman* claim construction hearing shall be held on June 5, 2007, at 9:30 a.m.  The *Markman* hearing is scheduled for a total of 3 hours, with each side having 1 hour and 30 minutes.  The parties shall meet and confer regarding narrowing and reducing the number of claim construction issues.  On or before April 17, 2007, the parties shall submit a Final Joint Claim Chart which shall include citations to intrinsic evidence.

The parties shall exchange opening claim construction briefs on May 8, 2007, and the answering claim construction briefs on May 22, 2007.

5.  **Discovery**.  All fact discovery in this case shall be initiated so that it will be completed on or before May 1, 2007.  Expert Discovery in this case shall be initiated so that it will be completed on or before September 14, 2007.  Specifically, opening expert reports on issues for which a party bears the burden of proof shall be served on or before July 19, 2007.  Responsive expert reports shall be served on or before August 9, 2007.  The last day for depositions of all experts shall be September 14, 2007.

   a.  **Discovery and Scheduling Matters**:  Should counsel find they are unable to resolve a discovery or scheduling matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference.  Not less than forty-eight hours prior to the teleconference, the parties shall file with the court, via electronic means (CM/ECF), a **joint**, **nonargumentative** letter agenda not to exceed two (2) pages outlining the issue(s) in dispute.  A sample letter can be located on this court's website at www.ded.uscourts.gov.  Should the court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party seeking relief shall file with the court a **TWO PAGE**

**LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**. The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

6. **Confidential Information and Papers filed under Seal**. Should counsel find it will be necessary to apply to the court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of order and submit it to the court within ten (10) days from the date of this order.

When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

**If after making a diligent effort the parties are unable to agree on the contents of the joint proposed protective order, then they shall follow the dispute resolution process outlined in paragraph 5(a).**

7. **Settlement Conference**. Pursuant to 28 U.S.C. §636, this matter is referred to the United States Magistrate for the purpose of exploring the possibility of a settlement.

8. **Summary Judgment Motions**. Prior to filing any summary judgment motion, the parties must submit letter briefs seeking permission to file the motion. The opening letter brief shall be no longer than five (5) pages and shall be filed with the Court no later than September 21, 2007. Answering letter briefs shall be no longer than five (5) pages and filed with the court no later than September 28, 2007. Reply letter briefs shall be no longer than three (3) pages and filed with the Court on or before October 3, 2007. The

Court shall hold a Status Conference to hear argument and to determine whether the filing of any motion for summary judgment will be permitted on October 10, 2007, at 1:00 p.m.

**Unless the Court directs otherwise, no letter requests to file a motion for summary judgment may be filed at a time before the dates set forth in paragraph 8.**

9.    **Case Dispositive Motions**: All case dispositive motions and an opening brief and affidavits, if any, in support of the motion shall be served and filed no later than two (2) weeks after the later of (a) the teleconference described in Paragraph 8 hereof or (b) the Court's decision on the issues addressed during the teleconference described in Paragraph 8 hereof. Briefing will be presented pursuant to the court's Local Rules, unless the parties agree to an alternative briefing schedule. Any such agreement shall be in writing and filed with the Court for the Court's approval. Any request for extensions of time as set forth in this Scheduling Order **must** be accompanied by an explanation or your request will be denied.

10.    **Applications by Motion**: Except as provided in this Scheduling Order or for matters relating to scheduling, any application to the Court shall be by written motion filed, via electronic means (CM/ECF). Unless otherwise requested by the Court, counsel shall **not** deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

11.    **Oral Argument**. If the Court believes that oral argument is necessary, the Court will schedule a hearing Pursuant to District of Delaware Local Rule 7.1.4.

12.    **Pretrial Conference**. On February 27, 2008, beginning at 10:00 a.m., the Court will hold a Pretrial Conference in Chambers with counsel. Unless otherwise ordered by

the Court, the parties should assume that filing the Joint Pretrial Order (a sample form of Pretrial Order can be located on this court's website at www.ded.uscourts.gov) satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). Thirty (30) days before the Joint Proposed Pretrial Order is due, plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order containing the information plaintiff proposes to include in the draft. Defendant's counsel shall, in turn, provide to plaintiff's counsel any comments on the plaintiff's draft as well as the information defendant proposes to include in the proposed pretrial order.

Motions *in limine*: No party shall file more than ten (10) motions *in limine*. Motions *in limine* and opening briefs shall be filed by January 4, 2008. Answering *in limine* briefs shall be filed by January 18, 2008. Reply *in limine* briefs shall be filed by January 28, 2008. Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three (3) pages. The parties shall file with the court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before January 28, 2008.

13.   **Trial**. This matter is scheduled for a 10 day jury trial beginning at 9:00 a.m. on March 24, 2008.

14.   **Scheduling**: The parties shall contact chambers, at (302) 573-6470, only in situations where scheduling relief is sought, and only then when ALL participating counsel is on the line for purposes of selecting a new date.

_____
UNITED STATES DISTRICT JUDGE