IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLGATE-PALMOLIVE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RANIR, L.L.C. ) <br> ) <br> Defendant. ) | Civil Action No. 06-417-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of the following documents: 1) Plaintiff Colgate-Palmolive Company's First Set of Requests for Production to Defendant; 2) Plaintiff Colgate-Palmolive Company's First Set of Interrogatories to Defendant; and 3) Plaintiff Colgate-Palmolive's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) were served as follows upon the following attorneys of record on November 15, 2006:

| VIA E-MAIL AND HAND DELIVERY | VIA E-MAIL AND U.S. MAIL |
|---|---|
| Steven J. Balick, Esq. <br> Ashby & Geddes <br> 222 Delaware Avenue, 17th Floor <br> P.O. Box 1150 <br> Wilmington, Delaware 19899 <br> Phone: 302-654-1888 <br> sbalick@ashby-geddes.com | James Moskal, Esq. <br> Warner Norcross & Judd LLP <br> 900 Fifth Third Center <br> 111 Lyon Street NW <br> Grand Rapids, MI 49503-2487 <br> jmoskal@wnj.com |

Dated: November 15, 2006

_____
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

Robert F. Altherr, Jr.
Nina L. Medlock
Christopher B. Roth
Elizabeth Almeter
BANNER & WITCOFF, LTD.
1001 G Street, N.W.
Suite 1100
Washington, DC 20001
Phone (202) 824-3000

*Attorneys for Plaintiff Colgate-Palmolive Company*

500094_1

<u>**CERTIFICATE OF SERVICE**</u>

I, Francis DiGiovanni, hereby certify that on November 15, 2006, I served the foregoing document upon the persons below by the manner of service so indicated:

**<u>BY HAND AND E-MAIL:</u>**
Steven J. Balick, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Phone: 302-654-1888
sbalick@ashby-geddes.com

**<u>BY U.S. MAIL AND E-MAIL:</u>**
James Moskal, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
jmoskal@wnj.com

_____
Francis DiGiovanni (#3189)

500083_1