IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLGATE-PALMOLIVE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-417-GMS |
| | ) | |
| RANIR, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 15th day of November, 2006, **DEFENDANT'S INITIAL DISCLOSURES** were served upon the following counsel of record at the address and in the manner indicated:

Robert F. Altherr, Jr., Esquire          VIA FIRST CLASS MAIL
Banner & Witcoff, Ltd.
1001 G Street, N.W.
Suite 1100
Washington, DC  20001

                                                                ASHBY & GEDDES

                                                                */s/ Tiffany Geyer Lydon*

                                                                _____
                                                                Steven J. Balick (I.D. #2114)
                                                               John G. Day (I.D. #2403)
                                                                Tiffany Geyer Lydon (I.D. #3950)
                                                                222 Delaware Avenue, 17th Floor
                                                                P.O. Box 1150
                                                                Wilmington, Delaware  19899
                                                                302-654-1888
                                                                sbalick@ashby-geddes.com
                                                                jday@ashby-geddes.com
                                                                tlydon@ashby-geddes.com

                                                                *Attorneys for Defendant*

*Of Counsel:*

James Moskal
Charles E. Burpee
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI  49503-2487
616-752-2000

Dated: November 20, 2006

171915.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

Francis DiGiovanni, Esquire          HAND DELIVERY
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

Robert F. Altherr, Jr., Esquire       VIA ELECTRONIC MAIL
Banner & Witcoff, Ltd.
1001 G Street, N.W.
Suite 1100
Washington, DC  20001


/s/ Tiffany Geyer Lydon
_____
Tiffany Geyer Lydon

171890.1