IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLGATE-PALMOLIVE COMPANY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-417-GMS |
| RANIR, L.L.C. | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, defendants hereby notify the Court that <u>Stephanie O'Byrne</u> is hereby withdrawn from representing plaintiff, Colgate-Palmolive Company.

Dated: November 20, 2006

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

Robert F. Altherr, Jr.
Nina L. Medlock
Christopher B. Roth
Elizabeth Almeter
BANNER & WITCOFF, LTD.
1001 G Street, N.W.
Suite 1100
Washington, DC 20001
Phone (202) 824-3000

*Attorneys for Plaintiff Colgate-Palmolive Company*

## **CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on November 20, 2006, I served the foregoing document upon the persons below by the manner of service so indicated:

**BY HAND AND E-MAIL:**
Steven J. Balick, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware  19899
Phone: 302-654-1888
sbalick@ashby-geddes.com


**BY U.S. MAIL AND E-MAIL:**
James Moskal, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
jmoskal@wnj.com

    /s/ Francis DiGiovanni
    Francis DiGiovanni (#3189)