IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLGATE-PALMOLIVE COMPANY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-417-GMS |
| RANIR, L.L.C., | ) ) | |
| Defendant. | ) ) | |

## STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE STIPULATED PROTECTIVE ORDER

WHEREAS, the parties have been negotiating the form of a proposed order governing the terms and conditions for the disclosure of confidential information, but need some additional time to conclude the negotiations;

IT IS HEREBY STIPULATED AND AGREED, subject to the Order of the Court, that the time within which the parties may file a stipulated proposed form of order governing the terms and conditions for the disclosure of confidential information shall be extended to and through November 29, 2006.

- 2 -

| | |
|---|---|
| /s/ Francis DiGiovanni | /s/ Steven J. Balick |
| Francis DiGiovanni (#3189) | Steven J. Balick (#2114) |
| Connolly Bove Lodge & Hutz LLP | John G. Day (#2403) |
| The Nemours Building | Tiffany Geyer Lydon (#3950) |
| 1007 N. Orange Street | ASHBY & GEDDES |
| Wilmington, DE 19899 | 222 Delaware Avenue, 17th Floor |
| Phone (302) 658-9141 | P. O. Box 1150 |
| | Wilmington, Delaware 19899 |
| Robert F. Altherr, Jr. | Phone (302) 654-1888 |
| Nina L. Medlock | |
| Christopher B. Roth | James Moskal |
| Elizabeth Almeter | Charles E. Burpee |
| BANNER & WITCOFF, LTD. | WARNER NORCROSS & JUDD LLP |
| 1001 G Street, N.W. | 900 Fifth Third Center |
| Suite 1100 | 111 Lyon Street, N.W. |
| Washington, DC 20001 | Grand Rapids, Michigan |
| Phone (202) 824-3000 | |
| | *Attorneys for Defendant Ranir, L.L.C.* |
| *Attorneys for Plaintiff* | |
| *Colgate-Palmolive Company* | |

SO ORDERED this ___ day of November, 2006.

_____
United States District Judge

501436_1