IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLGATE-PALMOLIVE COMPANY,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>RANIR, L.L.C.  )<br>  )<br>Defendant.  )  | Civil Action No. 06-417 |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following attorney to represent the plaintiff, Colgate-Palmolive, Inc. in this matter:

> Clifford E. Wilkins, Jr.
> Colgate-Palmolive Company
> 300 Park Avenue
> New York, NY 10022
> Phone: (212) 310-2000

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is forwarded with this motion.

Dated: December 22, 2006

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

*Attorneys for Plaintiff Colgate-Palmolive Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLGATE-PALMOLIVE COMPANY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-417 |
| RANIR, L.L.C. | ) ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Clifford E. Wilkins, Jr. is GRANTED.

Date: _____

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the State of New Jersey and the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: December 21, 2006

Clifford E. Wilkins, Jr.
Colgate-Palmolive Company
300 Park Avenue
New York, NY 10022
Phone: (212) 310-2000
Clifford_Wilkins@COLPAL.COM

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on December 22, 2006, I electronically filed plaintiff's MOTION AND ORDER FOR ADMISSION PRO HAC VICE AND CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Steven J. Balick, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Phone: 302-654-1888
sbalick@ashby-geddes.com

I further certify that on December 22, 2006, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record, and by e-mail and first class mail on the following counsel of record:

James Moskal, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 8th Floor
1007 North Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com

512107_1