IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLGATE-PALMOLIVE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-417-GMS |
| | ) | |
| RANIR, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that **DEFENDANT'S FIRST INTERROGATORIES TO PLAINTIFF** were served upon the following counsel of record at the address, on the date and in the manner indicated:

| | |
|---|---|
| Francis DiGiovanni, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | <u>HAND DELIVERY</u><br>On February 12, 2007 |
| Robert F. Altherr, Jr., Esquire<br>Banner & Witcoff, Ltd.<br>1001 G Street, N.W.<br>Suite 1100<br>Washington, DC  20001 | <u>VIA U.S. MAIL</u><br>On February 6, 2007 |

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendant*

*Of Counsel:*

James Moskal
Charles E. Burpee
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
616-752-2000

Dated: February 12, 2007

177690.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February, 2007, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

Francis DiGiovanni, Esquire  
Connolly Bove Lodge & Hutz LLP  
The Nemours Building  
1007 North Orange Street  
P.O. Box 2207  
Wilmington, DE  19899

HAND DELIVERY

Robert F. Altherr, Jr., Esquire  
Banner & Witcoff, Ltd.  
1001 G Street, N.W.  
Suite 1100  
Washington, DC  20001

VIA ELECTRONIC MAIL

/s/ *Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

171890.1