IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLGATE-PALMOLIVE COMPANY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-417-GMS |
| RANIR, L.L.C. | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF CHANGE OF FIRM ADDRESS

**TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, effective February 26, 2007, the Washington, DC office of **Banner & Witcoff, Ltd.** will move to 1100 13th Street, N.W., Suite 1200, Washington, DC 20005-4051.  The firm's telephone number, (202) 824-3000 and facsimile number (202) 824-3001 will remain the same.  Please update your service lists accordingly.

Date:   February 26, 2007

Respectfully submitted,

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141

Robert F. Altherr, Jr.
Nina L. Medlock
Christopher B. Roth
Elizabeth Almeter
BANNER & WITCOFF, LTD.
1100 13th Street, N.W.
Suite 1200
Washington, DC 20005
Phone (202) 824-3000

*Attorneys for Plaintiff Colgate-Palmolive Company*

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on February 26, 2007, I electronically filed Plaintiff's **NOTICE OF CHANGE OF FIRM ADDRESS** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Steven J. Balick, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
sbalick@ashby-geddes.com

I further certify that on February 26, 2007, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record, and by e-mail and first class mail on the following counsel of record:

James Moskal, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
jmoskal@wnj.com

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 9th Floor
1007 North Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com