IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLGATE-PALMOLIVE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RANIR, L.L.C., )<br>)<br>Defendant. ) | Civil Action No. 06-417-GMS |

**STIPULATION AND PROPOSED ORDER FOR EXTENSION
OF TIME TO RESPOND TO DISCOVERY REQUESTS**

WHEREAS, plaintiff has been diligently gathering information and preparing written responses to defendant's written discovery requests, but finds that it needs additional time to complete its responses;

IT IS HEREBY STIPULATED AND AGREED, subject to the Order of the Court, that the time within which plaintiff must serve its responses and/or objections to (a) defendant's first set of interrogatories and (b) defendant's first set of production of documents shall be extended to and through March 19, 2007.

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141

*Attorneys for Plaintiff
Colgate-Palmolive Company*

/s/ Steven J. Balick
Steven J. Balick (#2114)
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware  19899
Phone (302) 654-1888

*Attorneys for Defendant Ranir, L.L.C.*

SO ORDERED this ___ day of March, 2007.

_____
United States District Judge

525995_1