**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| COLGATE-PALMOLIVE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-417-GMS |
| ) | |
| RANIR, L.L.C. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of the following documents: **PLAINTIFF COLGATE-PALMOLIVE COMPANY'S RESPONSES TO RANIR, L.L.C.'S FIRST SET OF INTERROGATORIES TO COLGATE-PALMOLIVE COMPANY** and **PLAINTIFF COLGATE-PALMOLIVE COMPANY'S RESPONSES TO RANIR L.L.C.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF COLGATE-PALMOLIVE COMPANY** were served as follows upon the following attorneys of record on March 19, 2007:

| **VIA E-MAIL AND HAND DELIVERY** | **VIA E-MAIL AND U.S. MAIL** |
|---|---|
| Steven J. Balick, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Phone: 302-654-1888<br>sbalick@ashby-geddes.com | James Moskal, Esq.<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street NW<br>Grand Rapids, MI 49503-2487<br>jmoskal@wnj.com |

Dated: March 19, 2007	/s/ Francis DiGiovanni
	Francis DiGiovanni (#3189)
	Connolly Bove Lodge & Hutz LLP
	The Nemours Building
	1007 N. Orange Street
	Wilmington, DE  19899
	Phone (302) 658-9141

	Robert F. Altherr, Jr.
	Nina L. Medlock
	Christopher B. Roth
	Elizabeth Almeter
	BANNER & WITCOFF, LTD.
	1100 13th Street, N.W.
	Suite 1200
	Washington, DC 20005
	Phone (202) 824-3000

	*Attorneys for Plaintiff Colgate-Palmolive Company*

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on March 19, 2007, I caused a copy of the foregoing document to be served by e-mail and hand-delivery on the following counsel of record:

Steven J. Balick, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
sbalick@ashby-geddes.com

I, Francis DiGiovanni, hereby certify that on March 19, 2007, I caused a copy of the foregoing document to be served by e-mail and by U.S. Mail on the following counsel of record:

James Moskal, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
jmoskal@wnj.com

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 9th Floor
1007 North Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com