**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| COLGATE-PALMOLIVE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RANIR, L.L.C., )<br>)<br>Defendant. ) | Civil Action No. 06-417-GMS |

**STIPULATION AND PROPOSED ORDER FOR EXTENSION
OF FACT DISCOVERY CUT-OFF DATE**

WHEREAS, the parties have been diligently conducting discovery, but have found that the collection of documents and the completion of written discovery took longer than anticipated; that the scheduling of fact depositions therefore, got underway later than anticipated; and as a result, the parties are in need of some additional time to complete fact discovery, thus prompting the parties to respectfully seek the extension of time set forth below:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Order of the Court, that the time by which the parties must complete fact discovery shall be extended from its current date of May 1, 2007 (as set forth in paragraph 5 of the Scheduling Order [D.I. 15]), to a new date of June 1, 2007; the parties represent that this extension will not affect any other date set forth in the Scheduling Order.

| | |
|---|---|
| /s/ Francis DiGiovanni | /s/ Steven J. Balick |
| Francis DiGiovanni (# 3189) | Steven J. Balick (# 2114) |
| James D. Heisman (# 2746) | John G. Day (# 2403) |
| CONNOLLY BOVE LODGE & HUTZ LLP | Tiffany Geyer Lydon (# 3950) |
| The Nemours Building | ASHBY & GEDDES |
| 1007 N. Orange Street | 222 Delaware Avenue, 17th Floor |
| Wilmington, DE 19899 | P.O. Box 1150 |
| Phone (302) 658-9141 | Wilmington, Delaware 19899 |
| | Phone (302) 654-1888 |
| *Attorneys for Plaintiff* | |
| *Colgate-Palmolive Company* | *Attorneys for Defendant Ranir, L.L.C.* |

**IT IS SO ORDERED this ___ day of April, 2007.**

_____
United States District Judge

531704