**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| COLGATE-PALMOLIVE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-417-GMS |
| | ) | |
| RANIR, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT DISPUTED CLAIM TERMS CHART

Attached is the Joint Disputed Claim Terms Chart submitted by Plaintiff, Colgate-Palmolive Company ("Colgate"), and Defendant, Ranir L.L.C. ("Ranir"), pursuant to the Court's November 7, 2006 Scheduling Order ("Scheduling Order"). As required by paragraph 4 of the Scheduling Order, Colgate and Ranir have each additionally cited the supporting intrinsic evidence in the Joint Disputed Claim Terms Chart.

**JOINT CHART OF PROPOSED CONSTRUCTIONS**

| U.S. Patent 7,047,591 (claim limitations proposed for construction are <u>underlined</u>) | Ranir's Proposed Construction | Colgate's Proposed Construction[1] |
|---|---|---|
| 1. An oral care implement comprising: a base with a gripping region and an oral engaging region, the base having an aperture extending therethrough; <u>a gripping member</u> at least partially overlying the gripping region of the base and provided with at least one opening exposing a portion of the base; and <u>a resilient grip body</u> in the gripping region and extending through the aperture, <u>the gripping member having a different durometer characteristic than the resilient grip body</u>. | **"a gripping member"**: A slip-resistant element intended to be grasped by the third through fifth fingers of the user's hand. *Col. 1, line 45; Col. 13, lines 19-22.* | **"gripping member"**: the outer constituent part of the handle of an oral care implement that covers at least a portion of the base. *See, e.g., '591 Patent, col. 1, lines 40-46; col. 2, lines 44-57; col. 3, lines 13-25; col. 4, lines 41-67; col. 5, lines 1-39; Figs. 2 and 4, identified by number 407; Merriam-Webster's Collegiate Dictionary, 10th Ed. (1999)* |
| | **"a resilient grip body"**: A soft, resilient element separate from the gripping member intended to be grasped between the first and second fingers (i.e. the thumb and the index finger) of the user's hand. *Col. 3, lines 16-19; Col. 3, lines 40-61; Col. 4, lines 10-19;Col. 6, lines 4-13.* | **"a resilient grip body"**: a constituent part of the handle that can recover its size and shape after application of pressure. *See, e.g., '591 Patent, col. 1, lines 47-55; col. 1, line 63 – col. 2, line 2; col. 2, lines 44-57; col. 3, lines 13-65; col. 4, lines 10-40; col. 6, lines 4-14; Figs 1-5, 8 and, 9 identified by number 403; Merriam-Webster's Collegiate Dictionary, 10th Ed. (1999)* |
| | **"the gripping member having a different durometer characteristic than the resilient grip body"**: The hardness durometer measurement or | **"the gripping member having a different durometer characteristic than the resilient grip body"**: the gripping member has a different hardness than the resilient |

[1] Colgate does not believe that any claim limitation needs to be construed as each claim limitation is properly given its ordinary meaning according to one of skill in the art at the time of invention. In order to expedite the claim construction process, Colgate hereby provides its understanding of the ordinary meaning according to one of skill in the art at the time of the invention for the claim terms that Ranir asserts need to be construed.

| U.S. Patent 7,047,591 (claim limitations proposed for construction are <u>underlined</u>) | Ranir's Proposed Construction | Colgate's Proposed Construction[1] |
|---|---|---|
| | rating of the gripping member material, measured on the Shore A scale, is different than that of the grip body material. *Col. 3, lines 49-53; Col. 5, lines 40-45, Col. 6, lines 4-6.* | grip body. *See, e.g., '591 Patent, col. 3, lines 39-57; col. 5, lines 40-61 ; Merriam-Webster's Collegiate Dictionary, 10th Ed. (1999).*<br><br>Hardness is a property measured by a durometer. *Merriam-Webster's Collegiate Dictionary, 10th Ed. (1999).* |
| 2. The oral care implement according to claim 1, in which <u>the gripping member and the grip body comprises an elastomeric material</u>. | **"the gripping member and the grip body comprises an elastomeric material"**: The gripping member and the grip body are each a thermoplastic elastomer. *Col. 1, lines 43-45; Col. 3, lines 45-47; Col. 4; line 45; Col. 5; lines 3-6; Col. 6, lines12-14.* | **"the gripping member and the grip body comprises an elastomeric material"**: the gripping member and grip body are composed of at least a material resembling rubber. *See, e.g., '591 Patent, col. 3, lines 39-57; col. 4, lines 10-31; col. 4, lines 41-47; col. 5, lines 1-25; col.5, lines 40-61; col. 6, lines 4-14; Merriam-Webster's Collegiate Dictionary 10th Ed., (1999).* |
| 15. The oral care implement according to claim 1, in which <u>the grip body is of a softer material than said gripping member</u>. | **"the grip body is of a softer material than said gripping member"**: The grip body material is softer than the gripping member material. The hardness durometer measurement of the resilient grip body material, measured on the Shore A scale, is less than that of the gripping member material. *Col. 6, lines 6-7.* | **"the grip body is of a softer material than said gripping member"**: the grip body material has a durometer measurement that is less than the durometer measurement of the gripping member. *See, e.g., '591 Patent, col. 3, lines 39-57; col. 5, lines 40-61 ; Merriam-Webster's Collegiate Dictionary, 10th Ed. (1999); ASTM D2440-00* |
| 24. The oral care implement according to claim 1, in which the gripping member is composed of a softer material than the base and <u>the grip body is composed of a softer material than the</u> | **"the grip body is composed of a softer material than the gripping member"**: The grip body material is softer than the gripping member material. The hardness | **"the grip body is composed of a softer material than the gripping member"**: the grip body material has a durometer measurement that is less than the |

| U.S. Patent 7,047,591 (claim limitations proposed for construction are <u>underlined</u>) | Ranir's Proposed Construction | Colgate's Proposed Construction[1] |
|---|---|---|
| <u>gripping member</u>. | durometer measurement of the resilient grip body material, measured on the Shore A scale, is less than that of the gripping member material. *Col. 6, lines 6-7.* | durometer measurement of the gripping member. *See, e.g., '591 Patent, col. 3, lines 39-57; col. 5, lines 40-61 ; Merriam-Webster's Collegiate Dictionary, 10th Ed. (1999); ASTM D2440-00* |
| 27. An oral care implement comprising: a base with <u>a gripping region</u> and an oral engaging region, the gripping region including <u>a rear segment and a front segment inclined relative to the rear segment wherein the front segment is inclined relative to the rear segment at about 20 40 degrees thereby defining the inclined portion</u>; <u>a resilient grip surface</u> being disposed on the rear segment; and <u>a grip body</u> extending through an aperture in the base and <u>spaced from the grip surface</u>, the grip body forming opposite finger gripping surfaces on the inclined portion of the base. | **"a gripping region"**: The gripping region is the longitudinal portion of the implement defined by the longitudinal extent of the gripping member and the grip body. *Col. 1, lines 49-57; Col. 2, lines 49-51.*<br><br>**"a rear segment and a front segment inclined relative to the rear segment wherein the front segment is inclined relative to the rear segment at about 20-40 degrees thereby defining the inclined portion"**: This language does not comply with 35 U.S.C. 112, First and Second Paragraphs. Nevertheless, the following best guess is provided. The rear segment is the portion of the implement from the tip of the base to center of the top-most finger opening in the grip surface. The front segment is the portion of the implement from the lower-most edge of the base material surrounding the grip body to the top-most portion of the grip surface. The | **"a gripping region"**: a subdivision of the oral care implement that includes the area held by a user. *See e.g., '591 Patent, col. 1, lines 40-47; col. 2, line 58 – col. 3, line 12; Figs*. 1-9 numbered item 301*; Merriam-Webster's Collegiate Dictionary 10th Ed. (1999)*<br><br>**"a rear segment and a front segment inclined relative to the rear segment wherein the front segment is inclined relative to the rear segment at about 20-40 degrees thereby defining the inclined portion"**: the front segment of the gripping region is inclined at an angle of about 20 to about 40 degrees relative to the rear segment of the gripping region. *See, e.g., '591 Patent, col. 1, lines 57-62; col. 2, lines 44-67; col. 3, lines 1-12; Figs 2, 3, , identified by numbers 111, 113, and 115; Merriam-Webster's Collegiate Dictionary, 10th Ed. (1999)* |

| U.S. Patent 7,047,591 (claim limitations proposed for construction are <u>underlined</u>) | Ranir's Proposed Construction | Colgate's Proposed Construction[1] |
|---|---|---|
| | angle of inclination of the front segment to the rear segment is defined by the angle of the intersection of the midlines of the front and rear segments. Each midline is defined by the midpoints of the thickness of the implement at each end of the respective segment. *Col. 2, lines 49-64; Fig. 2, Fig. 4.* | |
| | **"<u>a resilient grip surface</u>"**: A resilient, slip-resistant element intended to be grasped by the third through fifth fingers of the user's hand. *Col. 1, line 45; Col. 13, lines 19-22.* | **"<u>a resilient grip surface</u>"**: an exterior of the gripping member that can recover its size and shape after application of pressure. *See, e.g., '591 Patent, Col. 5, line 1 – col. 6, line 14; Figs. 2, 4, and 9 identified by number 410; Merriam-Webster's Collegiate Dictionary, 10th Ed. (1999)* |
| | **"<u>a grip body</u>"**: A soft element separate from the gripping member intended to be grasped between the first and second fingers (i.e. the thumb and the index finger) of the user's hand. *Col. 3, lines 16-19; Col. 3, lines 40-61; Col. 4, lines 10-19; Col. 6, lines 4-13.* | **"<u>a grip body</u>"**: a constituent part of the handle that may be contacted by a user's thumb and finger during normal use of the oral cleaning implement. *See, e.g., '591 Patent, col. 1, lines 47-55; col. 1, line 63 – col. 2, line 2; col. 2, lines 44-57; col. 3, lines 13-65; col. 4, lines 10-40; col. 6, lines 4-14; Figs 1-5, 8 and, 9 identified by number 403; Merriam-Webster's Collegiate Dictionary, 10th Ed. (1999)* |
| | **"<u>spaced from the grip surface</u>"**: The resilient grip surface and the grip body do not contact each other. *Fig. 5* | **"<u>spaced from the grip surface</u>"**: there is an area separating the grip body from the grip surface. *See. e.g., '591 Patent, col. 3,* |

4

| U.S. Patent 7,047,591 (claim limitations proposed for construction are <u>underlined</u>) | Ranir's Proposed Construction | Colgate's Proposed Construction[1] |
|---|---|---|
| | | *line 66 – col. 4, line 9; Figs, 5-7; Merriam-Webster's Collegiate Dictionary, 10th Ed. (1999)* |
| 29. The oral care implement according to claim 27, in which the grip body is <u>configured to counterbalance forces acting on the base</u>. | **"configured to counterbalance forces acting on the base"**: The mass of the grip body can be shifted by pressure on either side for greater comfort and control, and to dampen the pressure applied by the brush. The grip body can flow and shift within the base. *Col. 1, lines 52-54; Col. 3, line 66 through Col. 4, line 40.* | **"configured to counterbalance forces acting on the base"**: the grip body is particularly arranged to transmit forces acting on the base. *See, e.g., '591 Patent, col. 4, lines 10-31; Merriam-Webster's Collegiate Dictionary, 10th Ed. (1999)* |

**Claim Chart for U.S. Patent D513,882**

| U.S. Patent D513,882 | Ranir's Proposed Construction | Colgate's Proposed Construction |
|---|---|---|
| See Figures | A toothbrush including: a head supporting a set of bristles; a neck that is narrower than the head; the width of the front handle segment increases from the end adjacent to the neck to the end opposite the neck; the transition handle segment has an oval-shaped cross-section that is longer in the vertical direction; the rear handle segment is generally round in cross-section; the grip material overlies approximately only the lower half of the transition handle segment and the rear handle | The claim is for the overall design of a toothbrush as shown in the figures. The generally almond-shaped regions depicted in broken lines on opposing sides of the handle and the unshaded areas within have been disclaimed. The region on the back of the toothbrush head depicted in broken lines (best shown in FIG. 6) and the unshaded area within have been disclaimed. It is this claimed design that is to be compared to the accused products. |

| U.S. Patent D513,882 | Ranir's Proposed Construction | Colgate's Proposed Construction |
|---|---|---|
| | segment, forming a straight dividing line along the sides and rear of the handle; the transverse slots are parallel; the transverse slots are narrow, and extend across approximately the entire width of the handle; each loop configuration having a circular shape formed from four arc-shaped elastomers, the loop configurations approximately evenly spaced on the head; the loop configurations each having the same diameter; the bristles of the outer ring arranged in two opposing arc-shaped tufts; the central bristle tufts being no taller than the loop configurations; three peripheral tufts spaced apart in a line along each side of the distal loop configuration; three peripheral tufts spaced apart in a line on each side of the proximal loop configuration; each peripheral bristle tuft having a gradually increasing diameter from the head to the tip; each peripheral bristle tuft narrowing to a point at the tip; two distal bristle tufts, each with a slight arc-shape, having bristles of uniform length; the distal bristle tufts having a slight gap | |

| U.S. Patent D513,882 | Ranir's Proposed Construction | Colgate's Proposed Construction |
|---|---|---|
| | between them at the base, but converging together to close the gap at the tips; the distal bristle tufts being shorter in height than the peripheral bristle tufts; two proximal bristle tufts, each with a slight arc-shape, including bristles of uniform length; and the proximal bristle tufts being shorter in height than the peripheral bristle tufts. *Figs. 1-7* | |

Claim Chart for U.S. Patent D516,819

| U.S. Patent D516,819 | Ranir's Proposed Construction | Colgate's Proposed Construction |
|---|---|---|
| See Figures | A toothbrush including:<br>a plurality of bristles, wherein some of the bristles form loop configurations that each have a circular shape formed from four arc-shaped elastomers;<br>the loop configurations are approximately evenly spaced on the head;<br>the loop configurations each having the same diameter;<br>the bristles of the outer ring arranged in two opposing arc-shaped tufts;<br>the central bristle tufts being no taller than the loop configurations;<br>three peripheral tufts spaced apart in a line along each side of the distal loop configuration;<br>three peripheral tufts spaced apart in a line on each side of the proximal loop configuration;<br>each peripheral bristle tuft having a generally uniform diameter from the head to the tip;<br>two distal bristle tufts, each with a slight arc-shape, having bristles of uniform length;<br>the distal bristle tufts having a slight gap between them at the base, but converging together to close the gap at the tips;<br>the distal bristle tufts being shorter in | The claim is for a design for a set of bristles for a toothbrush as shown in the figures. The claimed design includes the bristle design which is the portion of the design shown in solid lines. The remainder of the toothbrush, which is shown in broken lines, forms no part of the claimed design. It is this claimed design in the figures that is to be compared to the accused products. |

| U.S. Patent D516,819 | Ranir's Proposed Construction | Colgate's Proposed Construction |
|---|---|---|
| | height than the peripheral bristle tufts; two proximal bristle tufts, each with a slight arc-shape, including bristles of uniform length; and the proximal bristle tufts being shorter in height than the peripheral bristle tufts. *Figs. 1-5* | |

**Claim Chart for U.S. Patent D514,812**

| U.S. Patent D514,812 | Ranir's Proposed Construction | Colgate's Proposed Construction |
|---|---|---|
| See Figures | A toothbrush including: a front handle segment having a width that gradually increases from the end adjacent to the neck to the end opposite the neck; a transition handle segment that has an oval-shaped cross-section that is longer in the vertical direction; a grip material that overlies approximately only the lower half of the transition handle segment and the rear handle segment, forming a straight dividing line along the sides and rear of the handle; and a narrow ring of uniform width formed around the finger grip between the grip material and the finger grip. *Figs. 1-5* | The claim is for a design for a center handle portion of a toothbrush as shown in the figures. The generally almond-shaped regions depicted in broken lines on opposing sides of the handle and the unshaded areas within have been disclaimed. The remainder of the toothbrush which is shown in broken lines forms no part of the claimed design. It is this claimed design that is to be compared to the accused products. |

9

**Claim Chart for U.S. Patent D516,818**

| U.S. Patent D516,818 | Ranir's Proposed Construction | Colgate's Proposed Construction |
|---|---|---|
| See Figures | A toothbrush including: a handle having a front handle segment with a width that gradually increases from the end adjacent to the neck to the end opposite the neck; a transition handle segment that has an oval-shaped cross-section that is longer in the vertical direction; a rear handle segment that is generally round in cross-section; and a grip material that overlies approximately only the lower half of the transition handle segment and the rear handle segment, forming a straight dividing line along the sides and rear of the handle. *Figs. 1-5* | The claim is for a design for a handle portion of a toothbrush as shown in the figures. The claimed design includes the handle shown in solid lines and depicted with line shading. The head of the toothbrush which is shown in broken lines forms no part of the claimed design. The generally almond-shaped regions depicted in broken lines on opposing sides of the handle and the unshaded areas within form no part of the claimed design. The nine elongated strip-shaped regions depicted in broken lines on the back of the handle and the unshaded areas within form no part of the claimed design. It is this claimed design that is to be compared to the accused products. |

**Claim Chart for U.S. Patent D517,812**

| U.S. Patent D517,812 | Ranir's Proposed Construction | Colgate's Proposed Construction |
|---|---|---|
| See Figures | A toothbrush including: a head supporting a set of bristles; a neck that is narrower than the head; a front handle segment having a width that increases from the end adjacent to the neck to the end opposite the neck; a transition handle segment that has an oval-shaped cross-section that is longer | The claim is for the overall design of a toothbrush as shown in the figures. No portions have been disclaimed. It is the design in the figures that is to be compared to the accused products. |

| U.S. Patent D517,812 | Ranir's Proposed Construction | Colgate's Proposed Construction |
|---|---|---|
| | in the vertical direction; a rear handle segment that is generally round in cross-section; a rear handle segment that is straight; a grip material that overlies approximately only the lower half of the transition handle segment and the rear handle segment, forming a straight dividing line along the sides and rear of the handle; transverse slots that are parallel; transverse that slots are narrow, and extend across approximately the entire width of the handle; a thumb grip having a football shaped periphery; a finger grip having a football shaped periphery; nubs on the thumb grip that are arranged in three rings, each ring having approximately the same football shape as the thumb grip periphery; nubs on the finger grip that are arranged in an outer ring and an inner ring having approximately the same football shape as the finger grip periphery, and a line extending in a longitudinal direction within the inner ring; a narrow ring of uniform width formed around the finger grip between the grip material and the finger grip; a tongue cleanser overlying | |

| U.S. Patent D517,812 | Ranir's Proposed Construction | Colgate's Proposed Construction |
|---|---|---|
| | approximately the entire lower surface of the head;<br>a portion of the tongue cleanser extending over a portion of the lower surface of the neck;<br>nubs covering approximately the entire surface of the tongue cleanser;<br>the tips of the nubs extending outwardly at a uniform distance from the lower surface of the head;<br>the nubs arranged in rows extending in a longitudinal direction;<br>the nubs approximately evenly spaced on the tongue cleanser;<br>three white circles evenly spaced along the longitudinal axis of the toothbrush within the tongue cleanser;<br>the loop configurations approximately evenly spaced on the head;<br>the loop configurations each having the same diameter;<br>an outer bristle ring comprised of two arc-shaped bristle tufts on opposite sides of the middle loop configuration, the bristles of the outer ring are taller than the loop configurations;<br>the central bristle tufts being no taller than the loop configurations;<br>three peripheral tufts spaced apart in a line along each side of the distal loop configuration;<br>three peripheral tufts spaced apart in a | |

| U.S. Patent D517,812 | Ranir's Proposed Construction | Colgate's Proposed Construction |
|---|---|---|
| | line on each side of the proximal loop configuration; <br> each peripheral bristle tuft having a generally uniform diameter from the head to the tip; <br> two distal bristle tufts, each with a slight arc-shape, having bristles of uniform length; <br> the distal bristle tufts having a slight gap between them at the base, but converging together to close the gap at the tips; <br> the distal bristle tufts being shorter in height than the peripheral bristle tufts; <br> two proximal bristle tufts, each with a slight arc-shape, including bristles of uniform length; and <br> the proximal bristle tufts being shorter in height than the peripheral bristle tufts. <br> *Figs. 1-7* | |

**Claim Chart for U.S. Patent D517,813**

| U.S. Patent D517,813 | Ranir's Proposed Construction | Colgate's Proposed Construction |
|---|---|---|
| See Figures | A toothbrush including: <br> a front handle segment with a width that gradually increases from the end adjacent to the neck to the end opposite the neck; <br> a transition handle segment that has an oval-shaped cross-section that is longer | The claim is for a design for a handle portion of a toothbrush as shown in the figures.  The claimed design includes the handle which is the portions of the handle that is shown in solid lines and depicted with line and stipple (i.e., formed by dots) shading.  The head of the toothbrush which is shown in broken lines forms no part of the claimed design.  The generally almond-shaped regions depicted in broken lines on opposing sides of the handle |

13

| U.S. Patent D517,813 | Ranir's Proposed Construction | Colgate's Proposed Construction |
|---|---|---|
| | in the vertical direction; a rear handle segment that is generally round in cross-section; and a grip material that overlies approximately only the lower half of the transition handle segment and the rear handle segment, forming a straight dividing line along the sides and rear of the handle. *Figs. 1-5* | and the unshaded areas within form no part of the claimed design. The nine elongated strip-shaped regions depicted in broken lines on the bottom of the handle and the unshaded areas within form no part of the claimed design. The appearance of the area shaded with the line shading technique contrasts with the appearance of the area shaded with the stipple shading technique. It is this claimed design that is to be compared to the accused products. |

**Claim Chart for U.S. Patent D520,753**

| U.S. Patent D520,753 | Ranir's Proposed Construction | Colgate's Proposed Construction |
|---|---|---|
| See Figures | A toothbrush including: a plurality of bristles, wherein some of the bristles form loop configurations that each have a circular shape formed from four arc-shaped elastomers, the loop configurations are approximately evenly spaced on the head; the loop configurations each having the same diameter; the bristles of the outer ring arranged in two opposing arc-shaped tufts; the central bristle tufts being no taller than the loop configurations; three peripheral tufts spaced apart in a line along each side of the distal loop configuration; three peripheral tufts spaced apart in a line on each side of the proximal loop | The claim is for a design for a set of bristles for a toothbrush as shown in the figures. These figures consist of FIGS. 4-6 in the patent as originally printed and FIGS. 1-3 in the Certificate of Correction. The claimed design includes the bristle design which is the portion shown in photographic imagery. The remainder of the toothbrush, which is shown in broken lines, forms no part of the claimed design. It is this claimed design in the figures that is to be compared to the accused products. |

| U.S. Patent D520,753 | Ranir's Proposed Construction | Colgate's Proposed Construction |
|---|---|---|
| | configuration; each peripheral bristle tuft having a generally uniform diameter from the head to the tip; two distal bristle tufts, each with a slight arc-shape, having bristles of uniform length; the distal bristle tufts having a slight gap between them at the base, but converging together to close the gap at the tips; the distal bristle tufts being shorter in height than the peripheral bristle tufts; two proximal bristle tufts, each with a slight arc-shape, including bristles of uniform length; and the proximal bristle tufts being shorter in height than the peripheral bristle tufts. *Figs. 1-6* | |

| | |
|---|---|
| */s/ Francis DiGiovanni* . <br> Francis DiGiovanni (#3189) <br> fdigiovanni@cblh.com <br> Connolly Bove Lodge & Hutz LLP <br> The Nemours Building <br> 1007 N. Orange Street <br> Wilmington, DE  19899 <br> (302) 658-9141 <br><br> Robert F. Altherr, Jr. <br> Nina L. Medlock <br> Christopher B. Roth <br> Elizabeth A. Almeter <br> Banner & Witcoff, Ltd. <br> 1100 13th Street, N.W., Suite 1200 <br> Washington, D.C. 20005 <br><br> Attorneys for Plaintiff, <br> Colgate-Palmolive Company | */s/ Steven J. Balick* . <br> Steven J. Balick (#2114) <br> sbalick@ashby-geddes.com <br> Ashby & Geddes <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, Delaware 19899 <br> (302) 654-1888 <br><br> James Moskal <br> Warner Norcross & Judd <br> 900 Fifth Third Center <br> 111 Lyon Street, N.W. <br> Grand Rapids, MI 49503-2487 <br><br> Attorneys for Defendant, <br> Ranir, L.L.C. |

## <u>CERTIFICATE OF SERVICE</u>

I, Francis DiGiovanni, hereby certify that on April 17, 2007, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF, which will send notification of

such filing to the following:

Steven J. Balick, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware  19899
Phone: 302-654-1888
sbalick@ashby-geddes.com

I hereby further certify that I have served the above counsel a copy of said document via

hand delivery and electronic mail, and have served the following counsel via electronic mail and

U.S. mail:

James Moskal, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487

<u>/s/ Francis DiGiovanni        </u>.
Francis DiGiovanni (#3189)

533705v1