IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLGATE-PALMOLIVE COMPANY,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>RANIR, L.L.C.,  )<br>  )<br>   Defendant.  ) | Civil Action No. 06-417-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of the following documents:

**PLAINTIFF COLGATE-PALMOLIVE COMPANY'S FIRST AMENDED NOTICE OF DEPOSITION TO RANIR** was served as follows upon the following attorneys of record on April 30, 2007:

| **VIA E-MAIL AND HAND DELIVERY** | **VIA E-MAIL AND U.S. MAIL** |
|---|---|
| Steven J. Balick, Esq.<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19801<br>sbalick@ashby-geddes.com | James Moskal, Esq.<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street NW<br>Grand Rapids, MI 49503-2487<br>jmoskal@wnj.com |

Dated: April 30, 2007

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

Robert F. Altherr, Jr.
Nina L. Medlock

Christopher B. Roth
Elizabeth Almeter
BANNER & WITCOFF, LTD.
1100 13th Street, N.W.
Suite 1200
Washington, DC 20005
Phone (202) 824-3000

*Attorneys for Plaintiff Colgate-Palmolive Company*

## **CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on April 30, 2007, I caused a copy of the foregoing document to be served by e-mail and hand-delivery on the following counsel of record:

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19801
sbalick@ashby-geddes.com

I, Francis DiGiovanni, hereby certify that on April 30, 2007, I caused a copy of the foregoing document to be served by e-mail and by U.S. Mail on the following counsel of record:

James Moskal, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
jmoskal@wnj.com

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 9th Floor
1007 North Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com

536298