IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

COLGATE-PALMOLIVE COMPANY,    )
                                         )
        Plaintiff,            )
                                         )
        v.                  )     C.A. No. 06-417-GMS
                                       )
RANIR, L.L.C.,               )
                                       )
        Defendant.      )

## NOTICE OF SERVICE

The undersigned hereby certifies that **ANSWERS TO PLAINTIFF'S REQUESTS**

**FOR ADMISSION** were served upon the following counsel of record at the address, on the date

and in the manner indicated:

Francis DiGiovanni, Esquire                               <u>HAND DELIVERY</u>
Connolly Bove Lodge & Hutz LLP                      On May 3, 2007
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

Robert F. Altherr, Jr., Esquire                             <u>VIA U.S. MAIL</u>
Banner & Witcoff, Ltd.                                     On April 30, 2007
1001 G Street, N.W.
Suite 1100
Washington, DC  20001

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendant*


*Of Counsel:*

James Moskal
Charles E. Burpee
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI  49503-2487
616-752-2000

Dated: May 3, 2007

177690.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May, 2007, the attached **NOTICE OF SERVICE**

was served upon the below-named counsel of record at the addresses and in the manner

indicated:

Francis DiGiovanni, Esquire                                                HAND DELIVERY
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

Robert F. Altherr, Jr., Esquire                                           VIA ELECTRONIC MAIL
Banner & Witcoff, Ltd.
1001 G Street, N.W.
Suite 1100
Washington, DC  20001

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon