IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLGATE-PALMOLIVE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-417-GMS |
| | ) | |
| RANIR, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>AMENDED NOTICE OF DEPOSITION OF DOUGLAS HOHLBEIN</u>**

Please take notice that defendant will take the deposition of Douglas Hohlbein at 9:00 a.m. on June 13, 2007, at the offices of defense counsel, Banner & Witcoff, Ltd., 1100 - 13TH Street, N.W., Suite 1200, Washington, DC 20005-4051. The deposition will be recorded by stenographic means.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant*

*Of Counsel:*

Charles E. Burpee
James Moskal
Chad E. Kleinheksel
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503
Phone (616) 752-2000
Fax (616) 752-2500

Dated: June 5, 2007
181237.1