IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLGATE-PALMOLIVE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-417-GMS |
| ) | |
| RANIR, L.L.C., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION OF MICHAEL SLOAD

Please take notice that defendant will take the deposition of Michael Sload at 9:00 a.m. on June 20, 2007, at the offices of Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York. The deposition will be recorded by stenographic means.

ASHBY & GEDDES

/s/ Lauren E. Maguire

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com

*Of Counsel:*

jday@ashby-geddes.com
lmaguire@ashby-geddes.com

Charles E. Burpee
James Moskal
Chad E. Kleinheksel
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503
Phone (616) 752-2000
Fax (616) 752-2500

*Attorneys for Defendant*

Dated: June 12, 2007
181472.1