IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLGATE-PALMOLIVE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-417-GMS |
| | ) | |
| RANIR, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION OF MATHILDE FLEURY

Please take notice that defendant will take the deposition of Mathilde Fleury at 9:00 a.m. on June 19, 2007 at the offices of Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York.  The deposition will be recorded by stenographic means.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Of Counsel:*

Charles E. Burpee
James Moskal
Chad E. Kleinheksel
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503
Phone (616) 752-2000
Fax (616) 752-2500

*Attorneys for Defendant*

Dated: June 12, 2007
181471.1