# CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

June 15, 2007

**Via CM/ECF and Hand Delivery**
Clerk of the Court
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:   *Colgate-Palmolive Company v. Ranir L.L.C.*, Civ. No. 06-417 GMS

Dear Sir/Madam:

    The attached pages (numbered JA00050A-D) were inadvertently omitted from the Joint Appendix of Intrinsic and Extrinsic Evidence (Vol. I) filed on May 22, 2007 (D.I. No. 42). Please accept these pages and consider them part of the Joint Appendix.

                     Respectfully submitted,

                     */s/ Francis DiGiovanni*

                     Francis DiGiovanni

Enclosure
cc:    Clerk of the Court (Via CM/ECF and Hand Delivery)
       Steven J. Balick (Via Hand Delivery and Email)
       James Moskal (Via First Class Mail and Email)

UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.   : Des. 520,753 S
DATED        : May 16, 2006
INVENTOR(S)  : Douglas J. Hohlbein

Page 1 of 4

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

The Title page, showing an illustrative figure 1, should be deleted and substitute the attached title page.

Drawing sheets, consisting of Fig. 1 thru Fig. 3, should be deleted and replaced with the drawing sheets, consisting of Fig. 1 thru Fig. 3, as shown on the attached pages.

Signed and Sealed this

Thirteenth Day of June, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

(12) **United States Design Patent**  
Hohlbein

(10) Patent No.: **US D520,753 S**  
(45) Date of Patent: ** *May 16, 2006

(54) SET OF BRISTLES FOR A TOOTHBRUSH

(75) Inventor: Douglas J. Hohlbein, Pennington, NJ (US)

(73) Assignee: Colgate-Palmolive Company, New York, NY (US)

(*) Notice: This patent is subject to a terminal disclaimer.

(**) Term: 14 Years

(21) Appl. No.: 29/211,030

(22) Filed: Aug. 11, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 29/189,729, filed on Sep. 10, 2003.

(51) LOC (8) Cl. .................................................. 04-02
(52) U.S. Cl. .................................................. D4/104
(58) Field of Classification Search ........ D4/104–112, D4/132, 134, 138; D24/146, 147; 15/105, 15/110, 111, 143.1, 167.1, 167.2, 207.2, DIG. 5, 15/6; 16/430, 431; 132/308, 309, 311; 601/139, 601/141; 606/160, 161, 235

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,132,326 A * | 3/1915 | Fouyer .................. 15/167.1 |
| 1,588,785 A | 6/1926 | Van Sant |
| 2,161,349 A | 6/1939 | Hadden |
| 2,186,005 A | 1/1940 | Casto |
| 2,262,982 A * | 11/1941 | Wolcott ................. 15/167.1 |
| D272,683 S | 2/1984 | Stocchi |
| D273,635 S | 5/1984 | Stocchi |
| 5,120,225 A | 6/1992 | Amit |
| 5,396,678 A | 3/1995 | Bredall et al. |
| D360,981 S * | 8/1995 | Moskovich et al. ...... D4/104 |
| D378,166 S | 2/1997 | Savitt et al. |
| 5,628,082 A | 5/1997 | Moskovich |
| D434,906 S * | 12/2000 | Beals et al. ............. D4/104 |
| D440,767 S | 4/2001 | Moskovich et al. |
| 6,311,358 B1 | 11/2001 | Soetewey et al. |
| D451,286 S * | 12/2001 | Hohlbein ................ D4/104 |
| 6,374,448 B1 | 4/2002 | Seifert |
| D456,607 S | 5/2002 | Carlucci et al. |
| 6,446,295 B1 | 9/2002 | Calabrese |
| D479,046 S | 9/2003 | Winkler |
| D483,183 S | 12/2003 | De Salvo |
| 6,654,979 B1 | 12/2003 | Calabrese |
| 6,735,804 B1 | 5/2004 | Carlucci et al. |
| 2001/0023516 A1 | 9/2001 | Driesen et al. |
| 2002/0004904 A1 | 1/2002 | Luchino et al. |
| 2002/0108194 A1 | 8/2002 | Carlucci et al. |
| 2002/0138926 A1 | 10/2002 | Brown, Jr. et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 2000000118 A | * | 1/2000 |
| JP | 2002191436 A | * | 7/2002 |
| WO | WO 2004/026162 A2 | | 4/2004 |
| WO | WO 2004/028235 A2 | | 4/2004 |

* cited by examiner

Primary Examiner—Alan P. Douglas
Assistant Examiner—Lavone D. Tabor
(74) Attorney, Agent, or Firm—Harris A. Wolin

(57) **CLAIM**

The ornamental design for a set of bristles of a toothbrush, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective front view of a set of bristles for a toothbrush showing my new design;
FIG. 2 is a right side view thereof;
FIG. 3 is a left side view thereof;
FIG. 4 is a top view thereof; and
FIG. 5 is an enlarged perspective view thereof; and,
FIG. 6 is an enlarged top view thereof.
The broken line showing of the remainder of the toothbrush for illustrative purposes only and forms no part of the claimed design.

1 Claim, 4 Drawing Sheets



