IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLGATE-PALMOLIVE COMPANY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-417-GMS |
| RANIR, L.L.C., | ) ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER FOR EXTENSION
OF EXPERT REPORT AND DISCOVERY DATES**

WHEREAS, the claim construction hearing in this case was rescheduled from June 5, 2007, to June 28, 2007, and the Court's claim construction order is now anticipated to be issued at the end of July, thus prompting the parties to respectfully seek the extension of time set forth below:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Order of the Court, that the time by which the parties may serve expert reports is extended from its current date (as set forth in the Scheduling Order [D.I. 15]), to the following new dates:

Opening Expert Reports: August 7, 2007.

Rebuttal Expert Reports: August 28, 2007.

Completion of Expert Depositions: September 18, 2007.

The parties represent that this extension will not affect any other date set forth in the Scheduling Order.

| | |
|---|---|
| /s/ Francis DiGiovanni | /s/ John G. Day |
| Francis DiGiovanni (# 3189) | Steven J. Balick (# 2114) |
| Kristen H. Cramer (#4512) | John G. Day (# 2403) |
| CONNOLLY BOVE LODGE & HUTZ LLP | Tiffany Geyer Lydon (# 3950) |
| The Nemours Building | ASHBY & GEDDES |
| 1007 N. Orange Street | 222 Delaware Avenue, 17th Floor |
| Wilmington, DE 19899 | P.O. Box 1150 |
| Phone (302) 658-9141 | Wilmington, Delaware 19899 |
| | Phone (302) 654-1888 |
| *Attorneys for Plaintiff* | |
| *Colgate-Palmolive Company* | *Attorneys for Defendant Ranir, L.L.C.* |

SO ORDERED this ___ day of July, 2007.

_____
Chief Judge Gregory M. Sleet
United States District Court for the District of Delaware