IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **COLGATE-PALMOLIVE COMPANY,**<br><br>    **PLAINTIFF,**<br><br>V.<br><br>**RANIR, L.L.C.,**<br><br>    **DEFENDANT.** | )<br>)<br>)<br>) **Civil Action No. 06-417-GMS**<br>)<br>)<br>)<br>) |

**STIPULATION AND PROPOSED ORDER FOR EXTENSION
OF TIME TO SERVE OPENING EXPERT REPORTS**

WHEREAS, the deadline for service of opening expert reports in the above matter is August 7, 2007 (D.I. 51);

WHEREAS, the parties are engaged in settlement discussions and respectfully request a three-day extension of that deadline; and

WHEREAS, the parties are mindful of the Court's usual practice of not altering the case schedule in order to facilitate settlement talks, but are hopeful that the Court will make an exception in this instance because: (i) the proposed extension is just three days; (ii) no other date in the case schedule will be impacted; and (iii) the parties are concerned that the service of adversarial expert reports at this juncture would be counterproductive to the settlement process; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline for service of opening expert reports is extended through and including August 10, 2007.

| | |
|---|---|
| /s/ Francis DiGiovanni | /s/ Steven J. Balick |
| Francis DiGiovanni (#3189) | Steven J. Balick (#2114) |
| Connolly Bove Lodge & Hutz LLP | Ashby & Geddes |
| The Nemours Building | 500 Delaware Avenue, 8th Floor |
| 1007 North Orange Street | P.O. Box 1150 |
| P.O. Box 2207 | Wilmington, Delaware 19801 |
| Wilmington, DE 19899 | Telephone: (302) 504-3700 |
| Telephone: (302) 658-9141 | sbalick@ashby-geddes.com |
| fdigiovanni@cblh.com | *Attorneys for Ranir, L.L.C.* |
| *Attorneys for Colgate-Palmolive Company* | |

SO ORDERED this ____ of August, 2007.

_____
Chief United States District Judge