IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLGATE-PALMOLIVE COMPANY,<br><br>PLAINTIFF,<br><br>V.<br><br>RANIR, L.L.C.,<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>) Civil Action No. 06-417-GMS<br>)<br>)<br>)<br>) |

## STIPULATION AND PROPOSED ORDER TO STAY CASE

WHEREAS, the parties have reached an agreement in principle to settle this case and respectfully request that: i) the case be stayed for thirty (30) days; and ii) a thirty (30) day extension of time be entered for the Opening Expert Reports due August 10, 2007, the Rebuttal Expert Reports due August 28, 2007, the Expert Deposition date (September 18, 2007), and the Summary Judgment teleconference (October 10, 2007) so that the parties can draft mutually acceptable documentation memorializing their agreement in principle;

WHEREAS, the pretrial and trial dates in the Scheduling Order [D.I. 15] will not be impacted; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that:

i) the case shall be stayed until September 10, 2007, at which point the parties will either have resolved the case, or will report on its status;

ii) the deadline for service of Opening Expert Reports is extended through and including September 10, 2007;

iii)   the deadline for service of Rebuttal Expert Reports is extended through and including September 27, 2007;

iv)   the deadline for Expert Depositions is extended through and including October 18, 2007; and

v)   the Summary Judgment teleconference is postponed and will be re-set if necessary.

/s/ Francis DiGiovanni            .
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
fdigiovanni@cblh.com
*Attorneys for Colgate-Palmolive Company*

/s/ Steven J. Balick            .
Steven J. Balick (#2114)
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19801
Telephone: (302) 504-3700
sbalick@ashby-geddes.com
*Attorneys for Ranir, L.L.C.*

SO ORDERED this ____ of August, 2007.

_____
Chief United States District Judge