## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLGATE-PALMOLIVE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 06-417-GMS |
| | ) |
| RANIR, L.L.C. | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of the following documents:

**EXPERT REPORT OF DONALD L. MARTIN, PH.D.; EXPERT REPORT OF RICHARD W. GARDNER; AND EXPERT REPORT OF CHARLES L. MAURO, CHFP**

were served as follows on August 13, 2007:

| **VIA FEDERAL EXPRESS** | **VIA FEDERAL EXPRESS** |
|---|---|
| Steven J. Balick, Esq. | James Moskal, Esq. |
| Ashby & Geddes | Warner Norcross & Judd LLP |
| 500 Delaware Avenue, 8th Floor | 900 Fifth Third Center |
| P.O. Box 1150 | 111 Lyon Street NW |
| Wilmington, DE 19801 | Grand Rapids, MI 49503-2487 |
| sbalick@ashby-geddes.com | jmoskal@wnj.com |

Dated:  August 20, 2007

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141

Robert F. Altherr, Jr.
Nina L. Medlock
Christopher B. Roth
Elizabeth Almeter
BANNER & WITCOFF, LTD.
1100 13th Street, N.W.
Suite 1200
Washington, DC 20005
Phone (202) 824-3000

*Attorneys for Plaintiff Colgate-Palmolive Company*

## **CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on August 20, 2007, I caused a copy of the foregoing document to be served by e-mail and hand-delivery on the following counsel of record:

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19801
sbalick@ashby-geddes.com

I, Francis DiGiovanni, hereby certify that on August 20, 2007, I caused a copy of the foregoing document to be served by e-mail and by U.S. Mail on the following counsel of record:

James Moskal, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
jmoskal@wnj.com

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 9th Floor
1007 North Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com

559329